# In The United States Court of Federal Claims

Cover Sheet 06-141 C

Plaintiff(s) or Petitioner(s)

Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Michael W. Kirk

Firm Name: Cooper & Kirk, PLLC

Post Office Box:

Street Address: 555 Eleventh Street, N.W. #750

City-State-Zip: Washington, D.C. 20004

Telephone & Facsimile Numbers: phone 202-220-9600, fax 202-220-9601

E-mail address: mkirk@cooperkirk.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Breach of contract entered into during World War II.

Government Agency Involved: ? S A

**See attached Sheet for three digit code.**

Amount Claimed: $ 100,000,000.00-$200,000,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005