IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 2 4 2006
U.S. COURT OF FEDERAL CLAIMS

SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

06-141 C

Case No.

CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the Plaintiffs in the above-captioned action submit the following corporate disclosure statement.

1. Shell Oil Company is a nongovernmental corporate party organized and existing under the laws of the State of Delaware with its principal place of business in Houston, Texas. Shell Oil Company is a wholly-owned subsidiary of Shell Petroleum, Inc., and there is no publicly held corporation that owns 10% or more of Shell Oil Company's stock.

2. Union Oil Company of California is a nongovernmental corporate party organized and existing under the laws of the State of California with its principal place of business in San Ramon, California. Union Oil Company of California is a wholly-owned subsidiary of Unocal Corporation, and there is no publicly held corporation that owns 10% or more of Union Oil Company of California's Stock.

3. Atlantic Richfield Company ("Atlantic Richfield") is a nongovernmental corporate party organized and existing under the laws of the State of Delaware with its principal place of business in Warrenville, Illinois. Atlantic Richfield is a wholly-owned subsidiary of BP

America, Inc., and there is no publicly held corporation that owns 10% or more of Atlantic Richfield's stock.

4. Texaco Inc. is a nongovernmental corporate party organized and existing under the laws of the State of Delaware with its principal place of business in San Ramon, California. Texaco Inc. is a wholly-owned subsidiary of Chevron Asiatic Limited, and there is no publicly held corporation that holds 10% or more of Texaco Inc.'s stock.

Dated: February 24, 2006

Respectfully Submitted,

Michael W. Kirk

Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
555 Eleventh Street, N.W.
Suite 750
Washington, DC 20004
(202) 220-9600

*Of Counsel:*
Vincent J. Colatriano
Nicholas A. Oldham
COOPER & KIRK, PLLC
555 Eleventh Street, N.W.
Suite 750
Washington, D.C. 20004
(202) 220-9600