FILED
FEB 24 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

06-141 C

SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No.

## STATEMENT OF RELATED CASES

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, the Plaintiffs in the above-captioned action state that this case is directly related to a prior action filed in the United States Court of Federal Claims, *Shell Oil Co. v. United States*, Case No. 05-704C (the "Prior Action"), because the Prior Action (1) involved the same parties and was based on the same claims, and (2) involved the same contracts. The Prior Action was transferred pursuant to 28 U.S.C. § 1631 from the United States District Court of the Central District of California, and was assigned to Senior Judge Loren A. Smith. The Plaintiffs voluntarily dismissed the Prior Action on September 22, 2005 pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims.

Plaintiffs are not aware of any additional related cases.

Dated: February 24, 2006

Respectfully Submitted,

Michael W. Kirk

Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
555 Eleventh Street, N.W.
Suite 750
Washington, DC 20004
(202) 220-9600

*Of Counsel*:

Vincent J. Colatriano
Nicholas A. Oldham
COOPER & KIRK, PLLC
555 Eleventh Street, N.W.
Suite 750
Washington, D.C. 20004
(202) 220-9600

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Statement of Related Cases was served upon the following counsel on this 24th day of February, 2006 by first class mail, postage prepaid:

Kyle Chadwick, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
ATTN: Classification Unit
Washington, D.C. 20530

Sarah M. Hamilton