**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC., | |
| Plaintiffs, | |
| v. | Case No. 06-CV-141<br>(Senior Judge Smith) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**CONSENT MOTION TO EXTEND TIME TO FILE**
**<u>PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiffs Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco Inc. (collectively, "Plaintiffs") respectfully move for an order granting a 46-day extension, up to and including Monday, July 3, 2006, of the deadline for filing their brief in opposition to Defendant United States' Motion to Dismiss the Complaint in the above-captioned matter. Plaintiffs' opposition brief is currently due on Thursday, May 18, 2006. The United States has consented to this motion.

As set forth below, good cause exists for a 46-day extension of time.

1. Plaintiffs' opposition brief is currently due on Thursday, May 18, 2006, which has created unanticipated scheduling difficulties for counsel for Plaintiffs. In particular, counsel for Plaintiffs has an extremely pressing litigation schedule in May and June in *John B. v. Goetz*, No. 3-98-0168, pending before the United States District Court for the Middle District of Tennessee.

In *John B.*, counsel is engaged in expedited discovery, which requires counsel to review and produce hundreds of thousands of pages of documents and data by May 16, 2006, and then proceed immediately with other discovery including fact and expert depositions that most likely will take place in June. Counsel also has a Petition for Writ of Mandamus pending before the United States Court of Appeals for the Sixth Circuit related to *John B.*, captioned *In re M.D. Goetz, Jr.*, which was filed on Tuesday, April 25, 2006. In light of the nature of such action, the briefing and argument schedule will likely be set for May and June. In addition, in *Grier v. Goetz*, No. 79-3107, pending before the United States District Court for the Middle District of Tennessee, counsel will be engaged in extensive briefing and a hearing in May and June on revisions to the consent decree at issue in that case.

2. Plaintiffs' opposition brief is also currently due in a month in which counsel for Plaintiffs is working on a number of other matters that have deadlines near the deadline for Plaintiffs' opposition brief in this case. For example, counsel must prepare for and argue three appeals pending before the United States Court of Appeals for the Federal Circuit: in *American Capital v. United States*, No. 05-5150, oral argument is set for Monday, June 5, 2006, and in *United States v. Ford Motor Co.*, No. 05-1584 and *United States v. Ford Motor Co.*, No. 05-1593, oral arguments are set for Wednesday, June 7, 2006.

3. In light of these other matters, counsel for Plaintiffs needs additional time to prepare the opposition brief.

4. No previous requests for extensions of time have been sought.

5. Counsel for Plaintiffs has consulted with counsel for the United States, and the United States consents to this Motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant a 46-day extension, up to and including Monday, July 3, 2006, of the deadline for their opposition brief.

Dated: May 3, 2006

Respectfully Submitted,

s/ Michael W. Kirk
Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
555 Eleventh Street, NW
Suite 750
Washington, DC 20004
(202) 220-9600
(202) 220-9601 (fax)

*Of Counsel*:
Vincent J. Colatriano
Nicholas A. Oldham
COOPER & KIRK, PLLC
555 Eleventh Street, N.W.
Suite 750
Washington, D.C. 20004
(202) 220-9600
(202) 220-9601 (fax)

**CERTIFICATE OF FILING**

I certify that on May 3, 2006, the attached document was filed electronically. I understand that service is complete upon filing and that parties may access this filing through the Court's ECF system.

s/ Michael W. Kirk
Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
555 Eleventh Street, NW
Suite 750
Washington, DC 20004
(202) 220-9600
(202) 220-9601 (fax)

*Of Counsel*:
Vincent J. Colatriano
Nicholas A. Oldham
COOPER & KIRK, PLLC
555 Eleventh Street, N.W.
Suite 750
Washington, D.C. 20004
(202) 220-9600
(202) 220-9601 (fax)