# In the United States Court of Federal Claims

| | |
|---|---|
| **SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC**. | No. 06-141C |
| *Plaintiffs,* | |
| v. | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | Filed: May 11, 2006 |
| *Defendant.* | |

## ORDER

The Court hereby GRANTS Plaintiffs' Motion to Extend Time to File Opposition to Defendant's Motion to Dismiss. Plaintiffs' Response shall be filed and served on or before July 3, 2006.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE