Transfer of records and property.

SECTION 208. *Transfer of Records and Property.*—All records and property (including office equipment) of the several agencies which, with their functions, are consolidated by section 201 into the Federal Security Agency are hereby transferred to the jurisdiction and control of the Federal Security Agency for use in the administration of the agencies and functions consolidated by that section.

Transfer of funds.

SECTION 209. *Transfer of Funds.*—So much of the unexpended balances of appropriations, allocations, or other funds (including those available for the fiscal year ending June 30, 1940) available for the use of any agency in the exercise of any functions transferred by this Part, or for the use of the head of any department or agency in the exercise of any functions so transferred, as the Director of the Bureau of the Budget shall determine, shall be transferred for use in connection with the exercise of the functions transferred by this Part. In determining the amount to be transferred the Director of the Bureau of the Budget may include an amount to provide for the liquidation of obligations incurred against such appropriations, allocations, or other funds prior to the transfer: *Provided*, That the use of the unexpended balances of appropriations, allocations, or other funds transferred by this section shall be subject to the provisions of section 4 (d) (3) and section 9 of the Reorganization Act of 1939.

Liquidation of obligations incurred prior to transfer.

*Proviso.* Provisions applicable.

*Ante*, pp. 562, 563.

Administrative funds.

SECTION 210. *Administrative Funds.*—The Director of the Bureau of the Budget shall allocate to the Federal Security Agency, from appropriations, allocations, or other funds available (including those available for the fiscal year ending June 30, 1940) for the administrative expenses of the agencies and functions consolidated by this Part, such sums, and in such proportions, as he may find necessary for the administrative expenses of the Federal Security Agency.

Excess personnel.

SECTION 211. *Personnel.*—Any personnel transferred by this Part found to be in excess of the personnel necessary for the efficient administration of the functions transferred by this Part shall be re-transferred under existing law to other positions in the Government service, or separated from the service subject to the provisions of section 10 (a) of the Reorganization Act of 1939.

*Ante*, p. 563.

## PART 3.—FEDERAL WORKS AGENCY

Federal Works Agency, offices, etc., transferred and consolidated.

SECTION 301. *Federal Works Agency.*—(*a*) The Bureau of Public Roads in the Department of Agriculture and its functions and personnel (including the Chief thereof) are transferred from the Department of Agriculture; the Public Buildings Branch of the Procurement Division in the Treasury Department and its functions and personnel are transferred from the Treasury Department; the Branch of Buildings Management of the National Park Service in the Department of the Interior and its functions and personnel (except those relating to monuments and memorials), and the functions of the National Park Service in the District of Columbia in connection with the general assignment of space, the selection of sites for public buildings, and the determination of the priority in which the construction or enlargement of public buildings shall be undertaken, and the personnel engaged exclusively in the administration of such functions, and the United States Housing Authority in the Department of the Interior and its functions and personnel (including the Administrator) are transferred from the Department of the Interior; and all of these agencies and functions, together with the Federal Emergency Administration of Public Works and its functions, and all of the Works Progress Administration and its functions (except the National Youth Administration and its functions) are hereby consolidated into one agency to be known

as the Federal Works Agency, with a Federal Works Administrator at the head thereof. The Federal Works Administrator shall be appointed by the President, by and with the advice and consent of the Senate, and shall receive a salary at the rate of $12,000 per annum. He shall have general direction and supervision over the administration of the several agencies consolidated into the Federal Works Agency by this section and shall be responsible for the coordination of their functions.

Federal Works Administrator, appointment, salary, authority.

(*b*) The Federal Works Administrator shall appoint an Assistant Federal Works Administrator, who shall receive a salary at the rate of $9,000 per annum, and he may also appoint such other personnel and make such expenditures as may be necessary.

Assistant Federal Works Administrator.

(*c*) The Assistant Administrator shall act as Administrator during the absence or disability of the Administrator, or in the event of a vacancy in that office, and shall perform such other duties as the Administrator shall direct.

Duties.

(*d*) The several agencies and functions consolidated by this section in the Federal Works Agency shall carry with them their personnel.

Personnel.

SECTION 302. *Public Roads Administration.*—(*a*) The Bureau of Public Roads and its functions shall be administered as the Public Roads Administration at the head of which shall be the Chief of the Bureau of Public Roads whose title shall be changed to Commissioner of Public Roads. Hereafter the Commissioner of Public Roads shall be appointed by the Federal Works Administrator.

Public Roads Administration.

Commissioner of Public Roads, appointment.

(*b*) All functions of the Secretary of Agriculture relating to the administration of the Bureau of Public Roads are hereby transferred to, and shall be exercised by, the Federal Works Administrator.

Transfer of designated functions of Secretary of Agriculture.

SECTION 303. *Public Buildings Administration.*—(*a*) The Public Buildings Branch of the Procurement Division and its functions, the Branch of Buildings Management of the National Park Service and its functions (except those relating to monuments and memorials) and the functions of the National Park Service in the District of Columbia in connection with the general assignment of space, the selection of sites for public buildings, and the determination of the priority in which the construction or enlargement of public buildings shall be undertaken, are hereby consolidated and shall be administered as the Public Buildings Administration, with a Commissioner of Public Buildings at the head thereof. The Commissioner of Public Buildings shall be appointed by the Federal Works Administrator and shall receive a salary at the rate of $9,000 per annum. The Commissioner of Public Buildings shall act under the direction and supervision of the Federal Works Administrator.

Public Buildings Administration, designated agencies consolidated under.

Commissioner of Public Buildings.

(*b*) All functions of the Secretary of the Treasury and the Director of Procurement relating to the administration of the Public Buildings Branch of the Procurement Division and to the selection of location and sites for public buildings, and all functions of the Secretary of the Interior and the Director of the National Park Service relating to the administration of the functions of the Branch of Buildings Management and the functions of the National Park Service in the District of Columbia in connection with the general assignment of space, the selection of sites for public buildings, and the determination of the priority in which the construction or enlargement of public buildings shall be undertaken, are hereby transferred to, and shall be exercised by, the Federal Works Administrator.

Functions transferred to Federal Works Administrator.

SECTION 304. *United States Housing Authority.*—(*a*) The United States Housing Authority and its functions shall be administered by the United States Housing Administrator under the direction and supervision of the Federal Works Administrator.

United States Housing Authority.

Transfer of designated functions of Secretary of the Interior.

(*b*) All functions of the Secretary of the Interior relating to the administration of the United States Housing Authority are hereby transferred to, and shall be exercised by, the Federal Works Administrator.

Public Works Administration.

Commissioner of Public Works.

SECTION 305. *Public Works Administration.*—The Federal Emergency Administration of Public Works and its functions shall be administered as the Public Works Administration with a Commissioner of Public Works at the head thereof. The Commissioner of Public Works shall be appointed by the Federal Works Administrator and shall receive a salary at the rate of $10,000 per annum. The Commissioner of Public Works shall act under the direction and supervision of the Federal Works Administrator.

Work Projects Administration.

Commissioner of Work Projects.

SECTION 306. *Work Projects Administration.*—The Works Progress Administration and its functions (except the National Youth Administration and its functions) shall be administered as the Work Projects Administration, with a Commissioner of Work Projects at the head thereof. The Commissioner shall be appointed by the Federal Works Administrator and shall receive a salary at the rate of $10,000 per annum. The Commissioner shall act under the direction and supervision of the Federal Works Administrator.

Transfer of records and property.

SECTION 307. *Transfer of Records and Property.*—All records and property (including office equipment) of the several agencies which, with their functions, are consolidated by section 301 into the Federal Works Agency are hereby transferred to the jurisdiction and control of the Federal Works Agency for use in the administration of the agencies and functions consolidated by that section.

Transfer of funds.

Amount for incurred obligations.

*Proviso.* Provisions applicable.

*Ante*, pp. 562, 563.

SECTION 308. *Transfer of Funds.*—(*a*) So much of the unexpended balances of appropriations, allocations, or other funds available (including those available for the fiscal year ending June 30, 1940) for the use of any agency (except the United States Housing Authority) in the exercise of any functions transferred by this Part, or for the use of the head of any department or agency in the exercise of any functions so transferred, and so much of such balances available to the United States Housing Authority for administrative expenses, as the Director of the Bureau of the Budget shall determine, shall be transferred for use in connection with the exercise of the functions transferred by this Part. In determining the amount to be transferred the Director of the Bureau of the Budget may include an amount to provide for the liquidation of obligations incurred against such appropriations, allocations, or other funds prior to the transfer: *Provided*, That the use of the unexpended balances of appropriations, allocations, or other funds transferred by this section shall be subject to the provisions of section 4 (d) (3) and section 9 of the Reorganization Act of 1939.

Funds available.

(*b*) All unexpended balances of appropriations, allocations, or other funds available (including those available for the fiscal year ending June 30, 1940) for the use of the United States Housing Authority, other than those transferred by subsection (*a*) of this section, are hereby transferred with the United States Housing Authority and shall remain available to it for the exercise of its functions.

Administrative funds.

SECTION 309. *Administrative Funds.*—The Director of the Bureau of the Budget shall allocate to the Federal Works Agency, from appropriations, allocations, or other funds available (including those available for the fiscal year ending June 30, 1940) for the administrative expenses of the agencies and functions consolidated by section 301, such sums, and in such proportions, as he may find necessary for the administrative expenses of the Federal Works Agency.

SECTION 310. *Personnel.*—Any of the personnel transferred by this Part found to be in excess of the personnel necessary for the efficient administration of the functions transferred by this Part shall be re-transferred under existing law to other positions in the Government service, or separated from the service subject to the provisions of section 10 (a) of the Reorganization Act of 1939.

Excess personnel.

*Ante*, p. 563.

PART 4.—LENDING AGENCIES

SECTION 401. (*a*) *Transfers to the Department of Agriculture.*—The Farm Credit Administration, the Federal Farm Mortgage Corporation, and the Commodity Credit Corporation, and their functions and activities, together with their respective personnel, records, and property (including office equipment), are hereby transferred to the Department of Agriculture and shall be administered in such Department under the general direction and supervision of the Secretary of Agriculture, who shall be responsible for the coordination of their functions and activities.

Transfers to Department of Agriculture.

(*b*) *Transfer of Administrative Funds.*—So much of the unexpended balances of appropriations, allocations, or other funds available (including those available for the fiscal year ending June 30, 1940) for the administrative expenses of any agency transferred by this section, as the Director of the Bureau of the Budget shall determine, shall be transferred to the Secretary of Agriculture for such use; and the Director of the Bureau of the Budget shall allocate to the Secretary of Agriculture from such funds, such sums, and in such proportions, as he may find necessary for the administrative expenses of the Secretary of Agriculture in connection with the agencies and functions transferred by this section. In determining the amount to be transferred, the Director of the Bureau of the Budget may include an amount to provide for the liquidation of obligations incurred against such appropriations, allocations, or other funds prior to the transfer. The use of the unexpended balances of appropriations, allocations, or other funds transferred by this subsection shall be subject to the provision of section 4 (d) (3) and section 9 of the Reorganization Act of 1939.

Transfer of administrative funds.

Amount for incurred obligations.

*Ante*, pp. 562, 563.

(*c*) *Transfer of other funds.*—All unexpended balances of appropriations, allocations, or other funds, other than those mentioned in subsection (*b*) of this section, available (including those available for the fiscal year ending June 30, 1940) for any agency transferred by subsection (*a*) of this section shall be transferred with such agency and shall remain available to it for the exercise of its functions.

Transfer of other funds.

(*d*) *Personnel.*—Any of the personnel transferred by this section to the Department of Agriculture which the Secretary of Agriculture shall find to be in excess of the personnel necessary for the administration of the functions transferred by this section shall be re-transferred under existing law to other positions in the Government, or separated from the service subject to the provisions of section 10 (a) of the Reorganization Act of 1939.

Excess personnel.

*Ante*, p. 563

SECTION 402. (*a*) *Federal Loan Agency.*—There shall be at the seat of the Government a Federal Loan Agency, with a Federal Loan Administrator at the head thereof. The Federal Loan Administrator shall be appointed by the President by and with the advice and consent of the Senate, and shall receive a salary at the rate of $12,000 per annum.

Federal Loan Agency.

Federal Loan Administrator.

(*b*) *Assistant Federal Loan Administrator.*—The Federal Loan Administrator shall appoint an Assistant Federal Loan Administrator, who shall receive a salary at the rate of $9,000 per annum. The

Assistant Federal Loan Administrator.

Assistant Administrator shall act as Administrator during the absence or disability of the Administrator, or in the event of a vacancy in that office, and shall perform such other duties as the Administrator shall direct.

Powers and duties of Administrator.

(c) *Powers and Duties of Administrator.*—The Administrator shall supervise the administration, and shall be responsible for the coordination of the functions and activities, of the following agencies: Reconstruction Finance Corporation, Electric Home and Farm Authority, RFC Mortgage Company, Disaster Loan Corporation, Federal National Mortgage Association, Federal Home Loan Bank Board, Home Owners' Loan Corporation, Federal Savings and Loan Insurance Corporation, Federal Housing Administration, and Export-Import Bank of Washington. The Administrator may appoint such officers and employees and make such expenditures as may be necessary.

Administrative funds.

(d) *Administrative Funds.*—The Director of the Bureau of the Budget shall allocate to the Federal Loan Agency, from appropriations, allocations, or other funds available (including those available for the fiscal year ending June 30, 1940) for the administrative expenses of the agencies named in this section, such sums, and in such proportion, as he may find necessary for the administrative expenses of the Federal Loan Agency.

# REORGANIZATION PLAN NO. II

Prepared by the President and transmitted to the Senate and the House of Representatives in Congress assembled, May 9, 1939, pursuant to the provisions of the Reorganization Act of 1939, approved April 3, 1939.

Transmitted May 9, 1939. Effective July 1, 1939; *ante*, p. 813. *Ante*, p. 561.

## PART 1.—DEPARTMENTS

SECTION 1. *State Department.*—Transfers and consolidations relating to the Department of State are hereby effected as follows:

State Department, transfers, etc., relating to.

(a) *Foreign Commerce Service and Foreign Agricultural Service.*—The Foreign Commerce Service of the United States and its functions in the Bureau of Foreign and Domestic Commerce of the Department of Commerce and the Foreign Agricultural Service of the United States and its functions as established by the Act of June 5, 1930 (46 Stat. 497), in the Department of Agriculture are hereby transferred to the Department of State and shall be consolidated with and administered as a part of the Foreign Service of the United States under the direction and supervision of the Secretary of State.

Foreign Commerce Service and Foreign Agricultural Service.

46 Stat. 497. 7 U. S. C. ch. 23.

(b) *Functions of the Secretary of Commerce and the Secretary of Agriculture Transferred to the Secretary of State; Exceptions.*—The functions of the Secretary of Commerce with respect to the Foreign Commerce Service and the functions of the Secretary of Agriculture with respect to the Foreign Agricultural Service (other than functions with respect to such services pertaining to activities in the United States and to the compilation, publication, and dissemination of information) are hereby transferred to, and shall be exercised by, the Secretary of State, except and provided that under regulations prescribed by the President—

Functions transferred to Secretary of State; exceptions.

(1) The Secretary of State shall cause to be made such investigations relating to commercial and industrial conditions and activities in foreign countries and such other specific investigations relating to foreign commerce as the Secretary of Commerce shall determine to be in the public interest, and shall report to the Secretary of Commerce the results of, and the information secured through, such investigations. He shall also cause to be made such investigations relating to world competition and demand for agricultural products, to production, marketing, and disposition of such products in foreign countries, and to farm management and other phases of agricultural industry in foreign countries, and shall conduct abroad such activities (including the demonstration of standards for cotton, wheat, and other American agricultural products), as the Secretary of Agriculture shall determine to be in the public interest, and shall report to the Secretary of Agriculture the results of, and the information secured through, such investigations and activities.

Investigation of commercial and industrial conditions, etc.

(2) The Secretary of Commerce may from time to time when he deems it in the public interest designate any officer in his Department to render temporary service under the provisions of, and subject to the conditions named in, section 5 of the Act of March 3, 1927, (44 Stat. 1396).

Temporary details.

44 Stat. 1396. 15 U. S. C. §197d.

(3) The Secretary of Agriculture may from time to time when he deems it in the public interest designate any officer in his Department to render temporary service under the provisions of, and subject to the conditions named in, section 2 of the Act of June 5, 1930, (46 Stat. 498).

46 Stat. 498. 7 U. S. C. § 542.

Liaison officers.

(4) The Secretary of Commerce and the Secretary of Agriculture may each designate an officer in his Department, acceptable to the Secretary of State, to serve in the Department of State as liaison officer in connection with the administration of the foreign service of the United States.

Representation on Board of Foreign Service Personnel for Foreign Service.

(5) One officer in the Department of Commerce designated by the Secretary of Commerce and acceptable to the Secretary of State and one officer in the Department of Agriculture designated by the Secretary of Agriculture and acceptable to the Secretary of State shall be added to the membership of the Board of Foreign Service Personnel for the Foreign Service.

Status of Foreign Service officers.

(*c*) *Status of Foreign Service Officers.*—Foreign Commerce Service officers and Foreign Agricultural Service officers who by reason of transfer to the Foreign Service of the United States and by appointment according to law acquire status of Foreign Service officers therein shall not be included in the total number of officers in such Service for the purpose of determining the percentage limitation established by section 10 of the Act of February 23, 1931 (46 Stat. 1207), as amended.

*Ante*, p. 583.

China Trade Act Registrar.

(*d*) *China Trade Act Registrar.*—Such officer of the Foreign Service as the Secretary of State shall make available for that purpose may be authorized by the Secretary of Commerce to perform the duties of China Trade Act Registrar provided for in the Act of September 19, 1922 (42 Stat. 849), under the direction of the Secretary of Commerce.

42 Stat. 849. 15 U. S. C. ch. 4.

Foreign Service Buildings Commission.

(*e*) *Foreign Service Buildings Commission.*—The Foreign Service Buildings Commission and its functions are hereby transferred to the Department of State. The Commission shall exercise advisory functions, but all other functions (including administrative functions) shall be exercised under the direction and supervision of the Secretary of State by such division, bureau, or office in the Department of State as the Secretary shall determine.

Treasury Department.

SEC. 2. *Treasury Department.*—Transfers, consolidations, and abolitions relating to the Department of the Treasury are hereby effected as follows:

Bureau of Lighthouses.

(*a*) *Bureau of Lighthouses.*—The Bureau of Lighthouses in the Department of Commerce and its functions are hereby transferred to and shall be consolidated with and administered as a part of the Coast Guard in the Department of the Treasury.

Director General of Railroads: Office abolished and functions transferred.

(*b*) *Director General of Railroads: Office Abolished and Functions Transferred.*—The office of Director General of Railroads is hereby abolished. The functions and duties of the Director General of Railroads are hereby transferred to the Secretary of the Treasury to be exercised and performed by him personally or through such officer or officers of the Department of the Treasury as he may authorize. The Secretary of the Treasury is hereby designated as the agent provided for in section 206 of the Transportation Act, 1920 (41 Stat. 461).

41 Stat. 461. 49 U. S. C. § 74.

War Finance Corporation abolished.

(*c*) *War Finance Corporation Abolished.*—All of the functions, property, and obligations of the War Finance Corporation not heretofore transferred by statute to the Secretary of the Treasury are hereby transferred to the Department of the Treasury. The War Finance Corporation is hereby abolished and the Secretary of the Treasury shall complete the winding up of its affairs and shall dispose of its assets in accordance with the Act of March 1, 1929 (45 Stat. 1442), not later than December 31, 1939.

45 Stat. 1442. 15 U. S. C. § 374.

insignia or any colorable imitation thereof, or the reproduction thereof for commercial purposes, of any veterans' organization incorporated by Act of Congress, or the printing, lithographing, engraving or other like reproduction on any poster, circular, periodical, magazine, newspaper, or other publication, or the circulation or distribution of any such printed matter bearing a reproduction of such badge, medal, emblem, or other insignia or any colorable imitation thereof, of any such veterans' organization, is prohibited except when authorized under such rules and regulations as may be prescribed by such organization so incorporated. Any person who knowingly offends against any provision of this Act shall on conviction be punished by a fine not exceeding $250 or by imprisonment not exceeding six months, or by both such fine and imprisonment.

Penalty.

Approved, June 25, 1940.

---

[CHAPTER 427]

AN ACT

June 25, 1940
[H. R. 9958]
[Public, No. 664]

To authorize the purchase by the Reconstruction Finance Corporation of stock of Federal home-loan banks; to amend the Reconstruction Finance Corporation Act, as amended, and for other purposes.

National banking system.
48 Stat. 6.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That section 304 of the Act entitled "An Act to provide relief in the existing national emergency in banking, and for other purposes", approved March 9, 1933, as amended (U. S. C., 1934 edition, title 12, sec. 51d; Supp. V, title 12, sec. 51d), is hereby amended by adding at the end thereof the following new paragraph:

Purchase by R.F.C. of U. S. owned Federal home-loan bank stock.

"The Reconstruction Finance Corporation is authorized to purchase at par any part of the stock of any Federal home-loan bank owned by the United States, as evidenced by certificates, receipts, or otherwise, in amounts to be determined by the Corporation, with the approval of the Federal Loan Administrator; and the Secretary of the Treasury is authorized on behalf of the United States to sell such stock to the Corporation. Any such stock so purchased by the Corporation shall be held subject to the same conditions, requirements, rights, and privileges (including all dividend and retirement provisions) as are provided by law for or in connection with the ownership of such stock by the United States.".

Conditions under which held.

Reconstruction Finance Corporation Act, amendments.
47 Stat. 5.
15 U. S. C., Supp. V, §602.
Partial retirement of capital stock, etc.

SEC. 2. Section 2 of the Reconstruction Finance Corporation Act, as amended (U. S. C., 1934 edition, title 15, sec. 602), is hereby amended by adding at the end thereof the following new paragraphs:

"The Corporation is authorized to make payments from time to time to the Secretary of the Treasury in amounts to be determined by the Corporation, with the approval of the Federal Loan Administrator, for the partial retirement of its capital stock at par and in payment of dividends from earnings. The aggregate amount of notes, debentures, bonds, or other such obligations which the Corporation is authorized to issue and have outstanding at any one time under the provisions of law in force on the date this paragraph takes effect shall not be decreased by reason of any retirement of capital stock under this paragraph, and such aggregate amount is hereby increased by an amount sufficient to carry out the provisions of this paragraph and of the second paragraph of section 304 of the Act of March 9, 1933, as amended.

Increase of outstanding obligations authorized.

12 U. S. C., Supp. V, § 51d.
*Supra.*
Retirement of capital stock; dividends.
Purchase of stock of Federal home-loan banks.

"The Corporation, on or before June 30, 1941, may retire its capital stock and pay dividends under the preceding paragraph of this section, and may purchase stock of the Federal home-loan banks

under section 304 of the Act of March 9, 1933, as amended, in an aggregate amount of not to exceed $300,000,000 to be determined by the Secretary of the Treasury; but the Corporation, with the approval of the Federal Loan Administrator, shall determine that portion of such aggregate amount which may be used for the retirement of the capital stock of the Corporation, the payment of dividends, and the purchase of such stock of the Federal home-loan banks.". Apportionment.

SEC. 3. (a) The third paragraph of section 5 of the Reconstruction Finance Corporation Act, as amended (U. S. C., 1934 edition, title 15, sec. 605; Supp. V, title 15, sec. 605), is hereby amended by striking out "$350,000,000" and inserting in lieu thereof "$500,000,000". Reconstruction Finance Corporation Act, amendment. 47 Stat. 7; 49 Stat. 3.

(b) The first sentence of section 3 of the Act entitled "An Act to extend the functions of the Reconstruction Finance Corporation for two years, and for other purposes", approved January 31, 1935, as amended (U. S. C., 1934 edition, Supp. V, title 15, sec. 605m), is hereby amended by striking out "January 31, 1945" and inserting in lieu thereof "January 31, 1955". 49 Stat. 2.

SEC. 4. Section 3 of the Federal Farm Mortgage Corporation Act (U. S. C., 1934 edition, title 12, sec. 1020b) is hereby amended by adding at the end thereof the following new sentences: "The Federal Farm Mortgage Corporation is authorized to repay on or before June 30, 1941, to the Secretary of the Treasury on behalf of the United States, all amounts in excess of $100,000,000 theretofore subscribed to the capital stock of the corporation. The proceeds of such repayment shall be held in the Treasury of the United States as a fund available for subscription, by the Governor on behalf of the United States with the approval of the Secretary of the Treasury, to the capital of the corporation when, in the judgment of the directors of the corporation, additional subscriptions to its capital are necessary.". Federal Farm Mortgage Corporation Act, amendment. 48 Stat. 345. 12 U. S. C., Supp. V, § 1020b. Repayment of excess capital stock subscriptions. Use of proceeds.

SEC. 5. Section 5d of the Reconstruction Finance Corporation Act, as amended (U. S. C., 1934 edition, Supp. V, title 15, sec. 606b), is hereby amended by adding at the end thereof the following new paragraphs: Reconstruction Finance Corporation Act, amendment. 52 Stat. 212. *Post*, pp. 961, 962.

"In order to aid the Government of the United States in its national-defense program, the Corporation is authorized— National-defense program.

"(1) To make loans to, or, when requested by the Federal Loan Administrator with the approval of the President, purchase the capital stock of, any corporation (a) for the purpose of producing, acquiring, and carrying strategic and critical materials as defined by the President, and (b) for plant construction, expansion and equipment, and working capital, to be used by the corporation in the manufacture of equipment and supplies necessary to the national defense, on such terms and conditions and with such maturities as the Corporation may determine; and Loans; capital stock purchases. Strategic, etc., materials. Plant construction, etc., for manufacture of equipment and supplies.

"(2) When requested by the Federal Loan Administrator, with the approval of the President, to create or to organize a corporation or corporations, with power (a) to produce, acquire, and carry strategic and critical materials as defined by the President, (b) to purchase and lease land, to purchase, lease, build, and expand plants, and to purchase and produce equipment, supplies, and machinery, for the manufacture of arms, ammunition, and implements of war, (c) to lease such plants to private corporations to engage in such manufacture, and (d) if the President finds that it is necessary for a Government agency to engage in such manufacture, to engage in such manufacture itself. The Corporation may make loans to, or purchase the capital stock of, any such corporation for any purpose Creation of corporations; powers. Strategic, etc., materials. Plants for manufacture of arms, etc. Lease of plants. Manufacture by Government agency. Loans; capital stock purchases; terms and conditions.

within the powers of the corporation as above set forth related to the national-defense program, on such terms and conditions as the Corporation may determine.

Strategic, etc., materials.
*Payments in advance of delivery.*

"Any corporation created or organized by the Corporation under the preceding paragraph is also authorized, with the approval of the President, to make payments against the purchase price to be paid for strategic and critical materials in advance of the delivery of such materials. Whenever practicable, the Corporation may require the payments so made to be used for purchases of raw or manufactured agricultural commodities to be exported from the United States.".

Use of payments.

50 Stat. 5; 53 Stat. 510.
15 U. S. C., Supp. V, § 613c.
R. F. C. Act, amendments.
47 Stat. 6.
47 Stat. 10.

SEC. 6. That (a) section 1 of the Act approved January 26, 1937 (U. S. C., 1934 edition, Supp. IV, title 15, sec. 613c), as amended, is hereby amended by striking out "June 30, 1941" and inserting in lieu thereof "January 22, 1947"; (b) the first sentence of section 4 of the Reconstruction Finance Corporation Act (U. S. C., 1934 edition, title 15, sec. 604), as amended, and the first sentence of section 14 of the Reconstruction Finance Corporation Act (U. S. C., 1934 edition, title 15, sec. 614), as amended, are hereby amended by striking out the word "ten" and inserting in lieu thereof the word "fifteen"; (c) the second paragraph of section 5d of the Reconstruction Finance Corporation Act (U. S. C., 1934 edition, Supp. IV, title 15, sec. 606b), as amended, is hereby amended by striking out "June 30, 1939" wherever it appears therein and inserting in lieu thereof "January 22, 1947".

52 Stat. 212.
15 U. S. C., Supp. V, § 606b.

Approved, June 25, 1940.

---

[CHAPTER 428]

## AN ACT

June 26, 1940
[H. R. 9007]
[Public, No. 665]

Making appropriations for the Department of Labor, the Federal Security Agency, and related independent agencies, for the fiscal year ending June 30, 1941, and for other purposes.

Labor-Federal Security Appropriation Act, 1941.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the Department of Labor, the Federal Security Agency, and related independent agencies, for the fiscal year ending June 30, 1941, namely:

Department of Labor Appropriation Act, 1941.

## TITLE I—DEPARTMENT OF LABOR

### OFFICE OF THE SECRETARY

Salaries.

Salaries: Secretary of Labor, Assistant Secretary, Second Assistant Secretary, and other personal services in the District of Columbia, $374,000.

Salaries: Office of the Solicitor, $90,000.

Contingent expenses.
*Post,* pp. 646, 647, 648, 1043.

Contingent expenses: For contingent and miscellaneous expenses of the offices and bureaus of the Department, for which appropriations for contingent and miscellaneous expenses are not specifically made, including the purchase of stationery, furniture, and repairs to the same, carpets, matting, oilcloths, file cases, towels, ice, brooms, soap, sponges, laundry, not exceeding $1,400 for streetcar fares; purchase, exchange, maintenance, and repair of motorcycles and motortrucks; maintenance, operation, and repair of three motor-propelled passenger-carrying vehicles, to be used only for official purposes; freight and express charges; commercial and labor-reporting services; newspaper clippings not to exceed $1,400, postage to foreign countries, telegraph

governmental bodies may transmit inquiries and complaints and receive advice and information; (b) assist the President in dealing with special problems requiring the clearance of information between the Federal Government and State and local governments and private institutions; (c) collect and distribute information concerning the purposes and activities of executive departments and agencies for the use of the Congress, administrative officials, and the public; and (d) keep the President currently informed of the opinions, desires, and complaints of citizens and groups of citizens and of State and local governments with respect to the work of Federal agencies: *Provided*, That, in the expenditure of such funds, section 3709 of the Revised Statutes shall not be construed to apply to any purchase or service where the aggregate amount involved does not exceed $50: *Provided further*, That the President may fix the salary of the Director of the Office of Government Reports at a rate of not more than $10,000 per annum.

Provisos. Minor purchases. 41 U. S. C. § 5.

Salary of Director.

Approved, June 9, 1941.

---

[CHAPTER 190]

## AN ACT

June 10, 1941 [S. 1438] [Public Law 108]

To extend the operations of the Disaster Loan Corporation and the Electric Home and Farm Authority, to provide for increasing the lending authority of the Reconstruction Finance Corporation, and for other purposes.

Disaster Loan Corporation.

53 Stat. 510. 15 U. S. C. § 605k-1. Lending authority extended.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Act approved February 11, 1937 (U. S. C., 1934 edition, Supplement V, title 15, sec. 605k-1), as amended, is hereby amended by striking out "in the years 1936, 1937, 1938, 1939, or 1940" and inserting in lieu thereof "occurring during the period between January 1, 1936, and January 22, 1947".

Electric Home and Farm Authority, continuance. 53 Stat. 510.

SEC. 2. Section 1 of the Act approved March 31, 1936 (49 Stat. 1186), as amended, is hereby amended by striking out "June 30, 1941" and inserting in lieu thereof "January 22, 1947".

RFC obligations, tax exemptions; exception. 47 Stat. 9. 15 U. S. C. § 610. *Ante*, p. 9.

SEC. 3. (a) The first sentence of section 10 of the Reconstruction Finance Corporation Act, as amended, is hereby amended by inserting before the period at the end thereof the following: ", except as provided in section 4 (a) of the Public Debt Act of 1941".

Applicability of exemptions to designated corporations.

(b) Section 10 of the Reconstruction Finance Corporation Act, as amended, is further amended by adding at the end thereof the following new sentences: "The exemptions provided for in the preceding sentence with respect to taxation (which shall, for all purposes, be deemed to include sales, use, storage, and purchase taxes) shall be construed to be applicable not only with respect to the Reconstruction Finance Corporation but also with respect to (1) the Defense Plant Corporation, the Defense Supplies Corporation, the Metals Reserve Company, the Rubber Reserve Company, and any other corporation heretofore or hereafter organized or created by the Reconstruction Finance Corporation under section 5d of this Act, as amended, to aid the Government of the United States in its national-defense program, (2) The RFC Mortgage Company, the Federal National Mortgage Association, and any other public corporation heretofore or hereafter organized by or at the instance of the Reconstruction Finance Corporation, and (3) the Disaster Loan Corporation, and any other public corporation which is now or which may be hereafter wholly financed and wholly managed by the Reconstruction Finance Corporation. Such exemptions shall also be construed to be applicable to the loans made, and personal property owned, by the Reconstruction Finance Corporation or by any corporation

48 Stat. 1108. 15 U. S. C. § 606b.

Loans and personal property.

referred to in clause (1), (2) or (3) of the preceding sentence, but such exemptions shall not be construed to be applicable in any State to any buildings which are considered by the laws of such State to be personal property for taxation purposes."

SEC. 4. (a) The fourth paragraph of section 5d of the Reconstruction Finance Corporation Act, as amended, is hereby amended by inserting after subsection (3) thereof the following new subsection: 54 Stat. 961. 15 U. S. C. § 606b.

"(4) When requested by the Federal Loan Administrator, with the approval of the President, and subject to such conditions and limitations as may be set forth in such request, to make loans, notwithstanding the provisions of any other law, to any foreign governments, to their central banks, or to any person, commission, association, corporation, or bank acting for or on behalf of such government, for the purpose of achieving the maximum dollar exchange value in the United States for the securities or property of any such government, central bank, person, commission, association, corporation, or bank. Such loans may be made only upon the security of bonds, debentures, stocks, or other such obligations of (a) the Government of the United States or any State, municipality, or political subdivision of any State, or (b) any private corporation organized under the laws of the United States or any State." Loans to foreign governments, etc. Security.

(b) The first sentence of subsection (3) of such fourth paragraph is hereby amended to comprise four sentences to read as follows: 54 Stat. 573, 961. 15 U. S. C. § 606b.

"(3) When requested by the Federal Loan Administrator, with the approval of the President, to create or organize, at any time prior to July 1, 1943, a corporation or corporations, with power (a) to produce, acquire, carry, sell, or otherwise deal in strategic and critical materials as defined by the President; (b) to purchase and lease land, purchase, lease, build, and expand plants, and purchase and produce equipment, facilities, machinery, materials, and supplies for the manufacture of strategic and critical materials, arms, ammunition, and implements of war, any other articles, equipment, facilities, and supplies necessary to the national defense, and such other articles, equipment, supplies, and materials as may be required in the manufacture or use of any of the foregoing or otherwise necessary in connection therewith; (c) to lease, sell, or otherwise dispose of such land, plants, facilities, and machinery to others to engage in such manufacture; (d) to engage in such manufacture itself, if the President finds that it is necessary for a Government agency to engage in such manufacture; (e) to produce, lease, purchase, or otherwise acquire railroad equipment (including rolling stock), and commercial aircraft, and parts, equipment, facilities, and supplies necessary in connection with such railroad equipment and aircraft, and to lease, sell, or otherwise dispose of the same; (f) to purchase, lease, build, expand, or otherwise acquire facilities for the training of aviators and to operate or lease, sell, or otherwise dispose of such facilities to others to engage in such training; and (g) to take such other action as the President and the Federal Loan Administrator may deem necessary to expedite the national-defense program, but the aggregate amount of the funds of the Reconstruction Finance Corporation which may be outstanding at any one time for carrying out this clause (g) shall not exceed $200,000,000: *Provided*, That nothing in this subsection shall be construed to authorize the Corporation to take any action, directly or indirectly, with respect to the proposals heretofore considered by the Congress and known as the Great Lakes- Creation of corporations; powers. Strategic and critical materials. Plants for manufacture of arms, etc. Lease, etc., of plants. Manufacture by Government agency. Railroad equipment and aircraft. Facilities for training aviators. Expediting national-defense program. Limitation. *Proviso.* Exclusion of certain proposals, etc.

St. Lawrence seaway, Passamaquoddy, Florida ship canal, and Tombigbee River projects, or to the project known as the Nicaragua Canal. The powers of every corporation hereafter created or organized under this subsection shall be set out in a charter which shall be valid only when certified copies thereof are filed with the Secretary of the Senate and the Clerk of the House of Representatives and published in the Federal Register, and all amendments to such charters shall be valid only when similarly filed and published. The charters of corporations heretofore so created or organized shall be so filed and published before July 1, 1941, and amendments thereto shall be valid only when certified copies thereof are hereafter so filed and published. No corporation heretofore or hereafter created or organized by the Corporation pursuant to this subsection shall have succession beyond January 22, 1947, except for purposes of liquidation, unless the life of such corporation is extended beyond such date pursuant to an Act of Congress."

Charters.

Duration.

Increase of lending authority of RFC. *Post*, p. 744.

SEC. 5. The amount of notes, bonds, debentures, and other such obligations which the Reconstruction Finance Corporation is authorized to issue and have outstanding at any one time under existing law is hereby increased by $1,500,000,000.

Approved, June 10, 1941.

---

[CHAPTER 191]

June 10, 1941 [S. J. Res. 31] [Public Law 109]

JOINT RESOLUTION

Authorizing the President of the United States to present to Eire on behalf of the people of the United States a statue of Commodore John Barry.

Eire. Statue of Commodore John Barry to be presented to.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled*, That the President of the United States be, and he is hereby, authorized and directed to present to the Irish Nation, now known as Eire, a statue of Commodore John Barry in honor of the bicentenary in 1945 of the birth of Commodore John Barry.

Appropriation authorized.

SEC. 2. There is hereby authorized to be appropriated the sum of $20,000, or so much thereof as may be necessary, to effectuate the purposes of this joint resolution.

Sculptor, design, etc.

SEC. 3. The statue to be presented shall be executed by a sculptor to be chosen by a committee of three members, who shall serve without compensation or remuneration. This committee shall be appointed by the President. The design and cost of the statue within the limit set shall be approved by the committee.

Approved, June 10, 1941.

---

[CHAPTER 193]

June 12, 1941 [S. J. Res. 74] [Public Law 110]

JOINT RESOLUTION

To authorize the postponement of payment of amounts payable to the United States by the Republic of Finland on its indebtedness under agreements between that Republic and the United States dated May 1, 1923, May 23, 1932, and May 1, 1941.

Finland. Postponement of payment of amounts payable to U. S.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Republic of Finland, at its option, may postpone the payment of amounts payable to the United States of America during the period from January 1, 1941, to December 31, 1942, inclusive, under the agreements between that Republic and the United States of America dated May 1, 1923, May 23, 1932, and May 1, 1941. In the event of the exercise of the option granted in this section the Secretary of the Treasury is author-

Agreement authorized.

one year, or both: *Provided further*, That the above penalty clause shall be in addition to, and not in substitution for, any other provisions of existing law.

Short title.

SEC. 503. This Act may be cited as the "Third Supplemental National Defense Appropriation Act, 1942".

Approved, December 17, 1941.

[CHAPTER 593]

AN ACT

To expedite the prosecution of the war effort.

December 18, 1941 [H. R. 6233] [Public Law 354]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*,

First War Powers Act, 1941.

## TITLE I—COORDINATION OF EXECUTIVE BUREAUS IN THE INTEREST OF THE MORE EFFICIENT CONCENTRATION OF THE GOVERNMENT

Redistribution of functions among executive agencies.

SECTION 1. That for the national security and defense, for the successful prosecution of the war, for the support and maintenance of the Army and Navy, for the better utilization of resources and industries, and for the more effective exercise and more efficient administration by the President of his powers as Commander in Chief of the Army and Navy, the President is hereby authorized to make such redistribution of functions among executive agencies as he may deem necessary, including any functions, duties, and powers hitherto by law conferred upon any executive department, commission, bureau, agency, governmental corporation, office, or officer, in such manner as in his judgment shall seem best fitted to carry out the purposes of this title, and to this end is authorized to make such regulations and to issue such orders as he may deem necessary, which regulations and orders shall be in writing and shall be published in accordance with the Federal Register Act of 1935: *Provided*, That the termination of this title shall not affect any act done or any right or obligation accruing or accrued pursuant to this title and during the time that this title is in force: *Provided further*, That the authority by this title granted shall be exercised only in matters relating to the conduct of the present war: *Provided further*, That no redistribution of functions shall provide for the transfer, consolidation, or abolition of the whole or any part of the General Acconnting Office or of all or any part of its functions.

Regulations and orders. 49 Stat. 501. 44 U. S. C. § 305.

*Proviso*. Termination.

Exercise of authority.

General Accounting Office.

Coordination, etc., of existing agencies.

SEC. 2. That in carrying out the purposes of this title the President is authorized to utilize, coordinate, or consolidate any executive or administrative commissions, bureaus, agencies, governmental corporations, offices, or officers now existing by law, to transfer any duties or powers from one existing department, commission, bureau, agency, governmental corporation, office, or officer to another, to transfer the personnel thereof or any part of it either by detail or assignment, together with the whole or any part of the records and public property belonging thereto.

Expenditure of moneys.

SEC. 3. That for the purpose of carrying out the provisions of this title, any moneys heretofore and hereafter appropriated for the use of any executive department, commission, bureau, agency, governmental corporation, office, or officer shall be expended only for the purposes for which it was appropriated under the direction of such other agency as may be directed by the President hereunder to perform and execute said functions, except to the extent hereafter authorized by the Congress in appropriation Acts or otherwise.

SEC. 4. That should the President, in redistributing the functions among the executive agencies as provided in this title, conclude that any bureau should be abolished and it or their duties and functions conferred upon some other department or bureau or eliminated entirely, he shall report his conclusions to Congress with such recommendations as he may deem proper. Abolishment of bureaus.

SEC. 5. That all laws or parts of laws conflicting with the provisions of this title are to the extent of such conflict suspended while this title is in force. Suspension of conflicting laws.

Upon the termination of this title all executive or administrative agencies, governmental corporations, departments, commissions, bureaus, offices, or officers shall exercise the same functions, duties, and powers as heretofore or as hereafter by law may be provided, any authorization of the President under this title to the contrary notwithstanding. Restoration of functions, etc., upon termination of title.

## TITLE II—CONTRACTS

SEC. 201. The President may authorize any department or agency of the Government exercising functions in connection with the prosecution of the war effort, in accordance with regulations prescribed by the President for the protection of the interests of the Government, to enter into contracts and into amendments or modifications of contracts heretofore or hereafter made and to make advance, progress and other payments thereon, without regard to the provisions of law relating to the making, performance, amendment, or modification of contracts whenever he deems such action would facilitate the prosecution of the war: *Provided*, That nothing herein shall be construed to authorize the use of the cost-plus-a-percentage-of-cost system of contracting: *Provided further*, That nothing herein shall be construed to authorize any contracts in violation of existing law relating to limitation of profits: *Provided further*, That all acts under the authority of this section shall be made a matter of public record under regulations prescribed by the President and when deemed by him not to be incompatible with the public interest. Contracts without regard to designated provisions of law. Provisos.

## TITLE III—TRADING WITH THE ENEMY

SEC. 301. The first sentence of subdivision (b) of section 5 of the Trading With the Enemy Act of October 6, 1917 (40 Stat. 411), as amended, is hereby amended to read as follows: 40 Stat. 415. 12 U. S. C. § 95a.

"(1) During the time of war or during any other period of national emergency declared by the President, the President may, through any agency that he may designate, or otherwise, and under such rules and regulations as he may prescribe, by means of instructions, licenses, or otherwise— Regulatory powers during national emergency.

"(A) investigate, regulate, or prohibit, any transactions in foreign exchange, transfers of credit or payments between, by, through, or to any banking institution, and the importing, exporting, hoarding, melting, or earmarking of gold or silver coin or bullion, currency or securities, and Foreign exchange, coin exports, etc.

"(B) investigate, regulate, direct and compel, nullify, void, prevent or prohibit, any acquisition holding, withholding, use, transfer, withdrawal, transportation, importation or exportation of, or dealing in, or exercising any right, power, or privilege with respect to, or transactions involving, any property in which any foreign country or a national thereof has any interest, Transactions involving foreign property.

Case 1:06-cv-00141-LAS Document 10-14 Filed 06/30/2006 Page 16 of 19



Vesting foreign property in agencies.

Use, etc., in interest of U. S.

Records, reports, etc.

Production or seizure of papers.

by any person, or with respect to any property, subject to the jurisdiction of the United States; and any property or interest of any foreign country or national thereof shall vest, when, as, and upon the terms, directed by the President, in such agency or person as may be designated from time to time by the President, and upon such terms and conditions as the President may prescribe such interest or property shall be held, used, administered, liquidated, sold, or otherwise dealt with in the interest of and for the benefit of the United States, and such designated agency or person may perform any and all acts incident to the accomplishment or furtherance of these purposes; and the President shall, in the manner hereinabove provided, require any person to keep a full record of, and to furnish under oath, in the form of reports or otherwise, complete information relative to any act or transaction referred to in this subdivision either before, during, or after the completion thereof, or relative to any interest in foreign property, or relative to any property in which any foreign country or any national thereof has or has had any interest, or as may be otherwise necessary to enforce the provisions of this subdivision, and in any case in which a report could be required, the President may, in the manner hereinabove provided, require the production, or if necessary to the national security or defense, the seizure, of any books of account, records, contracts, letters, memoranda, or other papers, in the custody or control of such person; and the President may, in the manner hereinabove provided, take other and further measures not inconsistent herewith for the enforcement of this subdivision.

Payments, etc., to be full discharge of obligation.

Nonliability of persons acting in pursuance hereof.

"(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder.

"United States."

Proviso.

"(3) As used in this subdivision the term 'United States' means the United States and any place subject to the jurisdiction thereof, including the Philippine Islands, and the several courts of first instance of the Commonwealth of the Philippine Islands shall have jurisdiction in all cases, civil or criminal, arising under this subdivision in the Philippine Islands and concurrent jurisdiction with the district courts of the United States of all cases, civil or criminal, arising upon the high seas: *Provided, however,* That the foregoing shall not be construed as a limitation upon the power of the President, which is hereby conferred, to prescribe from time to time, definitions, not inconsistent with the purposes of this subdivision, for any or all of the terms used in this subdivision."

Prior action approved and ratified.

50 U. S. C., app. §§ 1-31; 12 U. S. C. § 95a.
*Ante*, p. 839.

Sec. 302. All acts, actions, regulations, rules, orders, and proclamations heretofore taken, promulgated, made, or issued by, or pursuant to the direction of, the President or the Secretary of the Treasury under the Trading With the Enemy Act of October 6, 1917 (40 Stat. 411), as amended, which would have been authorized if the provisions of this Act and the amendments made by it had been in effect, are hereby approved, ratified, and confirmed.

Censorship of communications between U. S. and foreign countries.

Sec. 303. Whenever, during the present war, the President shall deem that the public safety demands it, he may cause to be censored under such rules and regulations as he may from time to time establish, communications by mail, cable, radio, or other means of transmission passing between the United States and any foreign country

he may from time to time specify, or which may be carried by any vessel or other means of transportation touching at any port, place, or Territory of the United States and bound to or from any foreign country. Any person who willfully evades or attempts to evade the submission of any such communication to such censorship or willfully uses or attempts to use any code or other device for the purpose of concealing from such censorship the intended meaning of such communication shall, upon conviction, be fined not more than $10,000, or, if a natural person, imprisoned for not more than ten years, or both; and the officer, director, or agent of any corporation who knowingly participates in such violation shall be punished by a like fine, imprisonment, or both, and any property, funds, securities, papers, or other articles or documents, or any vessel, together with her tackle, apparel, furniture, and equipment, concerned in such violation shall be forfeited to the United States.

Penalty for evasions, using codes, etc.

## TITLE IV—TIME LIMIT AND SHORT TITLE

Sec. 401. Titles I and II of this Act shall remain in force during the continuance of the present war and for six months after the termination of the war, or until such earlier time as the Congress by concurrent resolution or the President may designate.

Sec. 402. This Act may be cited as the "First War Powers Act, 1941".

Approved, December 18, 1941.

---

[CHAPTER 594]

## JOINT RESOLUTION

Creating a commission to investigate ways and means for improving economic conditions in the anthracite coal producing regions of the United States.

December 19, 1941
[H. J. Res. 256]
[Public Law 355]

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled*, That there is hereby created a commission to be composed of two Members of the Senate, to be appointed by the President of the Senate; two Members of the House of Representatives, to be appointed by the Speaker of the House of Representatives; and three individuals to be appointed by the President, one of whom shall be an officer or employee of the Bureau of Mines, one of whom shall be an officer or employee of the National Resources Planning Board, and one of whom shall be an officer or employee of the Interstate Commerce Commission. Any vacancy in the commission shall be filled in the same manner in which the original appointment was made. No member of the commission shall receive compensation for his services as such member.

Anthracite coal commission.

Sec. 2. It shall be the duty of the commission to conduct an investigation for the purpose of determining the facts relating to, and ways and means for improving, economic conditions in the anthracite coal producing regions of the United States, and in the conduct of such investigation the commission shall take into consideration, among other relevant factors, (a) the availability in such regions, for national-defense activities, of skilled and unskilled workers, factories, and housing and other facilities, and (b) possible new and extended uses for anthracite coal and the byproducts thereof.

Investigation.

Sec. 3. The commission shall report to the President and to the Congress the results of its investigation, together with its recommendations, at the earliest practicable date. The commission shall cease to exist upon the submission to the President and the Congress of its final report.

Report.

[CHAPTER 247]

AN ACT

April 28, 1942 [H. R. 6868] [Public Law 528]

Making additional appropriations for the national defense for the fiscal year ending June 30, 1942, and for other purposes.

Sixth Supplemental National Defense Appropriation Act, 1942.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the national defense for the fiscal year ending June 30, 1942, and for other purposes, namely:

## TITLE I—WAR DEPARTMENT

Title VI, Military Appropriation Act, 1942. 55 Stat. 366; *ante*, p. 37. 53 Stat. 592; 54 Stat. 350. 55 Stat. 366.

For additional amounts for appropriations for the Military Establishment, fiscal year 1942, which, together with the unexpended balances remaining under all appropriations for the Military Establishment for the fiscal years 1940 and 1941, shall be supplemental to, merged with, and become a part of, the appropriations under the respective heads in the Military Appropriation Act, 1942, as amended by Acts supplemental thereto, including the objects and subject to the limitations and conditions specified under said heads, respectively, in those Acts, except as otherwise provided herein: and such appropriations heretofore and herein made shall remain available until June 30, 1943, for the purposes of such appropriations and for carrying out the provisions of Executive Order Numbered 9112 of March 26, 1942, including obligations chargeable against appropriations for the Military Establishment for the respective purposes of said appropriations for the fiscal years 1940 and 1941, as follows:

7 F. R. 2367.

55 Stat. 366.

## MILITARY ACTIVITIES

### CONTINGENCIES OF THE ARMY

For contingencies of the Army, including necessary personal services and the purchase of lawbooks, professional books of reference and subscriptions to newspapers and periodicals, and such other expenses as may be necessary, and payments from this appropriation may, in the discretion of the Secretary of War, be made on his certificate that the expenditures were necessary for confidential military purposes, $1,578,180.

55 Stat. 368.

### FINANCE DEPARTMENT

#### FINANCE SERVICE, ARMY

Army Specialist Corps.

Pay of the Army: For pay of the Army of the United States, including the pay of members of the Army Specialist Corps appointed subject to the approval of the War Department Personnel Board, $327,331,562: *Provided*, That members of such corps who are assigned to the supply services of the Army may be paid from the appropriations for the work upon which they are engaged: *Provided further*, That no part of this appropriation shall be available to pay the salary of any member of such corps at a rate in excess of $4,500 per annum unless such member is appointed by the President, by and with the advice and consent of the Senate.

*Proviso.* Members assigned to supply services.

Salary limitation.

Travel allowances. 55 Stat. 370. *Post*, p. 315. *Ante*, p. 140.

Travel of the Army: For travel of the Army, including authorized transportation of persons discharged for fraudulent enlistment, and including rental of camp sites and the local procurement of communication service, fuel and water, and other necessary supplies and services incident to troop movements, $92,200,000: *Provided*, That from the date of the approval of this Act to June 30, 1943, the Secretary

*Proviso.* Per diem rates.

55 Stat. 213.

For an additional amount for salaries and expenses, foreign-owned property control, fiscal year 1942, including the objects specified under this heading in the Treasury Department Appropriation Act, 1942, $2,500,000.

BUREAU OF ACCOUNTS

55 Stat. 215.

Proviso. Responsibility of certifying officers. 55 Stat. 875. 31 U. S. C., Supp. I, §§ 82b–82e.

Division of Disbursement: For an additional amount for the Division of Disbursement, fiscal year 1942, including the objects specified under this heading in the Treasury Department Appropriation Act, 1942, $200,000: *Provided*, That the responsibility and accountability of certifying officers under the Act of December 29, 1941 (Public Law 389), shall be deemed to include the correctness of the computations of certified vouchers and disbursing officers shall not be held accountable under section 1 of such Act for the correctness of such computations.

Transfer of funds.

55 Stat. 399.

There may be transferred with the approval of the Director of the Bureau of the Budget, not to exceed $75,000 from the appropriation for administrative expenses of the Procurement Division, Treasury Department, contained in section 2 (a) of the Emergency Relief Appropriation Act, fiscal year 1942, to the appropriation for administrative expenses of the Division of Disbursement, contained in the same section of such Act.

OFFICE OF TREASURER OF UNITED STATES

55 Stat. 216.

Salaries: For an additional amount for salaries, Office of Treasurer of United States, fiscal year 1942, including the objects specified under this heading in the Treasury Department Appropriation Act, 1942, $100,000.

## TITLE IV—GENERAL PROVISIONS

54 Stat. 968. 5 U. S. C. §§ 218a, 689.

55 Stat. 668.

SEC. 401. The last proviso under the caption Military Posts in title IV, Military Appropriation Act, 1941 (Public, Numbered 800, Seventy-sixth Congress), is hereby repealed, and section 2 of the First Supplemental National Defense Appropriation Act, 1942, approved August 25, 1941 (Public Law 247, Seventy-seventh Congress), is hereby amended to read as follows:

Contracts in excess of $150,000. List of, to be filed with Congress.

Contents.

"SEC. 2. It shall be the duty of the Secretary of War and the Secretary of the Navy, respectively, to file with the Congress, within sixty days after the end of each fiscal year, a complete list of all contracts in excess of $150,000, including contracts for the purchase of land, undertaken during such fiscal year for the expenditure of funds appropriated by this or any other Act, showing (1) a statement of the subject matter of each contract; (2) the names of the contractors; (3) the names of the persons who approved the specifications, consummated the making or concluded the negotiation of any such contract on behalf of the Government, and of all persons who participated in the negotiations on behalf of the contractor; (4) if any such contract was awarded without competitive bidding, a statement of the principal or controlling reason for the selection of the contractor; and (5) as to contracts for the purchase of land, also the location, area, intended use, the purchase price and assessed value thereof."

Persons advocating overthrow of U. S. Government.

Proviso. Affidavit.

SEC. 402. No part of any appropriation contained in this Act shall be used to pay the salary or wages of any person who advocates, or who is a member of an organization that advocates, the overthrow of the Government of the United States by force or violence: *Provided*, That for the purposes hereof an affidavit shall be considered prima facie evidence that the person making the affidavit does not advocate, and is not a member of an organization that advocates, the