overthrow of the Government of the United States by force or violence: *Provided further*, That any person who advocates, or who is a member of an organization that advocates, the overthrow of the Government of the United States by force or violence and accepts employment the salary or wages for which are paid from any appropriation in this Act shall be guilty of a felony and, upon conviction, shall be fined not more than $1,000 or imprisoned for not more than one year, or both: *Provided further*, That the above penalty clause shall be in addition to, and not in substitution for, any other provisions of existing law. Penalty.

SEC. 403. (a) For the purposes of this section, the term "Department" means the War Department, the Navy Department, and the Maritime Commission, respectively; in the case of the Maritime Commission, the term "Secretary" means the Chairman of such Commission; and the terms "renegotiate" and "renegotiation" include the refixing by the Secretary of the Department of the contract price. For the purposes of subsections (d) and (e) of this section, the term "contract" includes a subcontract and the term "contractor" includes a subcontractor.

*Post*, p. 982. "Department." "Secretary." "Renegotiate" and "renegotiation." "Contract" and "contractor."

(b) The Secretary of each Department is authorized and directed to insert in any contract for an amount in excess of $100,000 hereafter made by such Department (1) a provision for the renegotiation of the contract price at a period or periods when, in the judgment of the Secretary, the profits can be determined with reasonable certainty; (2) a provision for the retention by the United States or the repayment to the United States of (A) any amount of the contract price which is found as a result of such renegotiation to represent excessive profits and (B) an amount of the contract price equal to the amount of the reduction in the contract price of any subcontract under such contract pursuant to the renegotiation of such subcontract as provided in clause (3) of this subsection; and (3) a provision requiring the contractor to insert in each subcontract for an amount in excess of $100,000 made by him under such contract (A) a provision for the renegotiation by such Secretary and the subcontractor of the contract price of the subcontract at a period or periods when, in the judgment of the Secretary, the profits can be determined with reasonable certainty, (B) a provision for the retention by the United States or the repayment to the United States of any amount of the contract price of the subcontract which is found as a result of such renegotiation, to represent excessive profits, and (C) a provision for relieving the contractor from any liability to the subcontractor on account of any amount so retained by or repaid to the United States.

Contracts in excess of $100,000. Provisions to be inserted. Renegotiation. *Post*, p. 982. Excessive profits, etc. Subcontracts.

(c) The Secretary of each Department is authorized and directed, whenever in his opinion excessive profits have been realized, or are likely to be realized, from any contract with such Department or from any subcontract thereunder, (1) to require the contractor or subcontractor to renegotiate the contract price, (2) to withhold from the contractor or subcontractor any amount of the contract price which is found as a result of such renegotiation to represent excessive profits, and (3) in case any amount of the contract price found as a result of such renegotiation to represent excessive profits shall have been paid to the contractor or subcontractor, to recover such amount from such contractor or subcontractor. Such contractor or subcontractor shall be deemed to be indebted to the United States for any amount which such Secretary is authorized to recover from such contractor or subcontractor under this subsection, and such Secretary may bring actions in the appropriate courts of the United States to recover such amount on behalf of the United States. All

Contracts involving excessive profits. *Post*, p. 983. Renegotiation. Withholding of amount found excessive. Recovery by U. S. Court actions.

amounts recovered under this subsection shall be covered into the Treasury as miscellaneous receipts. This subsection shall be applicable to all contracts and subcontracts hereafter made and to all contracts and subcontracts heretofore made, whether or not such contracts or subcontracts contain a renegotiation or recapture clause, provided that final payment pursuant to such contract or subcontract has not been made prior to the date of enactment of this Act.

Applicability.

Disallowances in renegotiation.

(d) In renegotiating a contract price or determining excessive profits for the purposes of this section, the Secretaries of the respective Departments shall not make any allowance for any salaries, bonuses, or other compensation paid by a contractor to its officers or employees in excess of a reasonable amount, nor shall they make allowance for any excessive reserves set up by the contractor or for any costs incurred by the contractor which are excessive and unreasonable. For the purpose of ascertaining whether such unreasonable compensation has been or is being paid, or whether such excessive reserves have been or are being set up, or whether any excessive and unreasonable costs have been or are being incurred, each such Secretary shall have the same powers with respect to any such contractor that an agency designated by the President to exercise the powers conferred by title XIII of the Second War Powers Act, 1942, has with respect to any contractor to whom such title is applicable. In the interest of economy and the avoidance of duplication of inspection and audit, the services of the Bureau of Internal Revenue shall, upon request of each such Secretary and the approval of the Secretary of the Treasury, be made available to the extent determined by the Secretary of the Treasury for the purposes of making examinations and determinations with respect to profits under this section.

Powers conferred.

*Ante*, p. 185.

Determination of profits.

Statements from contractors.

(e) In addition to the powers conferred by existing law, the Secretary of each Department shall have the right to demand of any contractor who holds contracts with respect to which the provisions of this section are applicable in an aggregate amount in excess of $100,000, statements of actual costs of production and such other financial statements, at such times and in such form and detail, as such Secretary may require. Any person who willfully fails or refuses to furnish any statement required of him under this subsection, or who knowingly furnishes any such statement containing information which is false or misleading in any material respect, shall, upon conviction thereof, be punished by a fine of not more than $10,000 or imprisonment for not more than two years, or both. The powers conferred by this subsection shall be exercised in the case of any contractor by the Secretary of the Department holding the largest amount of such contracts with such contractor, or by such Secretary as may be mutually agreed to by the Secretaries concerned.

Penalty.

Delegation of authority.
*Post*, p. 984.

(f) The authority and discretion herein conferred upon the Secretary of each Department, in accordance with regulations prescribed by the President for the protection of the interests of the Government, may be delegated, in whole or in part, by him to such individuals or agencies in such Department as he may designate, and he may authorize such individuals or agencies to make further delegations of such authority and discretion.

Separability.

(g) If any provision of this section or the application thereof to any person or circumstance is held invalid, the remainder of the section and the application of such provision to other persons or circumstances shall not be affected thereby.

Duration.

(h) This section shall remain in force during the continuance of the present war and for three years after the termination of the war, but no court proceedings brought under this section shall abate by reason of the termination of the provisions of this section.

SEC. 404. No part of any appropriation contained in this Act or authorized hereby to be expended (except as otherwise provided for herein) shall be used to pay the compensation of any officer or employee of the Government of the United States, whose post of duty is in continental United States unless such person is a citizen of the United States, or a person in the service of the United States on the date of the approval of this Act who being eligible for citizenship had theretofore filed a declaration of intention to become a citizen or who owes allegiance to the United States. This section shall not apply to citizens of the Commonwealth of the Philippines.

Citizenship requirement.

Exception.

SEC. 405. Section 302 (c) of the Treasury and Post Office Departments Appropriation Act, 1942, and section 302 (c) of the Treasury and Post Office Departments Appropriation Act, 1943, are hereby repealed; and the limitation of $750 specified in section 302 (a) of each of such Acts and any similar limitation of the same or a lesser sum specified in any other appropriation Act for such fiscal years may be exceeded by such amount as the Secretary of War, in the case of the War Department, the Secretary of the Navy, in the case of the Navy Department, the Commissioners of the District of Columbia, in the case of the Government of the District of Columbia, and the Director of Procurement, in the case of other essential governmental needs, may determine necessary to obtain satisfactory motor-propelled passenger-carrying vehicles of the lightweight, low-priced class, but in no event shall the price so paid for any such vehicle exceed $925 free on board factory: *Provided*, That purchases of automobiles of the lightweight, low-priced class heretofore made by the War and Navy Departments at prices in excess of $750 each but not in excess of those permitted by this section are hereby validated.

Repeals. 55 Stat. 235, *ante*, p. 170.

55 Stat. 234, *ante*, p. 169. Motor vehicles.

*Post*, p. 1005. *Proviso*.

SEC. 406. This Act may be cited as the "Sixth Supplemental National Defense Appropriation Act, 1942".

Short title.

Approved, April 28, 1942.

---

[CHAPTER 248]

AN ACT

To eliminate the prohibition against the filling of the first vacancy occurring in the office of district judge for the District of New Jersey.

April 28, 1942 [S. 1961] [Public Law 529]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That section 2 of the Act entitled "An Act to provide for the appointment of additional district and circuit judges", approved May 24, 1940, is amended by adding a new subsection "(d)", as follows:

U. S. courts.

54 Stat. 219. 28 U. S. C. § 1 note.

"(d) One for the district of New Jersey: *Provided*, That the first vacancy occurring in the office of district judge in said district shall not be filled.".

District judge, New Jersey. *Proviso*.

Approved, April 28, 1942.

---

[CHAPTER 249]

AN ACT

To suspend during war or a national emergency declared by Congress or by the President the provisions of section 322 of the Act of June 30, 1932, as amended, relating to certain leases.

April 28, 1942 [S. 2212] [Public Law 530]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the provisions of section 322 of the Act of June 30, 1932 (47 Stat. 412), as amended by section 15 of the Act of March 3, 1933, (47 Stat. 1517), shall not apply during war or a national emergency declared by Congress or by the President to such leases or renewals of existing leases of pri-

Leases. Suspension of designated provisions during war. 40 U. S. C. § 278a.

Transportation of meat.

"(e) Meat which is produced under the circumstances specified in this section shall have the same status for transportation in interstate or foreign commerce, when properly identified in accordance with regulations issued by the Secretary of Agriculture, as meat produced in plants at which inspection is maintained under the Act of March 4, 1907 (34 Stat. 1260).

21 U. S. C. §§ 71-93; Supp. IV, § 71 note.

Refusal or revocation of certification.

"(f) The Secretary of Agriculture may refuse or revoke certification in any case when he is not satisfied that the meat made available hereunder will be disposed of in legitimate trade channels in accordance with law.

"(g) The Secretary of Agriculture may revoke any certification under subsection (a) if it is found at any time that the slaughterer does not meet each of the conditions required under this section.

Penalty provision.

"(h) Nothing in this section shall prevent the termination, suspension, or limitation of the right of any person to slaughter if such person fails to comply with the price, rationing, or slaughter control requirements imposed under the authority of this or any other law."

Approved June 30, 1945.

[CHAPTER 215]

June 30, 1945
[S. J. Res. 65]
[Public Law 109]

## JOINT RESOLUTION

To transfer to the Reconstruction Finance Corporation the functions, powers, duties, and records of certain corporations.

Transfer to RFC of functions, etc., of designated corporations.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That, notwithstanding any other provision of law, all functions, powers, duties, and authority of the corporations hereinafter designated, are hereby transferred, together with all their documents, books of account, records, assets, and liabilities of every kind and nature, to Reconstruction Finance Corporation and shall be performed, exercised, and administered by that Corporation in the same manner and to the same extent and effect as if originally vested in Reconstruction Finance Corporation, and the designated corporations are hereby dissolved: Defense Plant Corporation, Metals Reserve Company, Rubber Reserve Company, and Defense Supplies Corporation, created by Reconstruction Finance Corporation pursuant to the Act of June 25, 1940 (54 Stat. 572), and Disaster Loan Corporation, created by the Act of February 11, 1937 (50 Stat. 19), are hereby designated as the corporations to which this joint resolution applies.

Corporations dissolved.

54 Stat. 573.
15 U. S. C. § 606b; Supp. IV, § 606b.
15 U. S. C. § 605k-1; Supp. IV, § 605k-1.

Liabilities of dissolved corporations.

Legal proceedings.

SEC. 2. The Reconstruction Finance Corporation shall assume and be subject to all liabilities, whether arising out of contract or otherwise, of the corporations dissolved by this joint resolution. No suit, action, or other proceeding lawfully commenced by or against any of such corporations shall abate by reason of the enactment of this joint resolution, but the court, on motion or supplemental petition filed at any time within twelve months after the date of such enactment, showing a necessity for the survival of such suit, action, or other proceeding to obtain a determination of the questions involved, may allow the same to be maintained by or against the Reconstruction Finance Corporation.

SEC. 3. This joint resolution shall take effect on July 1, 1945.

Approved June 30, 1945.

[CHAPTER 896]

AN ACT

Making appropriations for the support of the Government for the fiscal year ending June 30, 1951, and for other purposes.

September 6, 1950
[H. R. 7786]
[Public Law 759]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the support of the Government, for the fiscal year ending June 30, 1951, namely:

General Appropriation Act, 1951.
*Ante*, pp. 302, 347, 381, 577; *post*, pp. 1044, 1223.

## CHAPTER I—DISTRICT OF COLUMBIA

For the general fund of the District of Columbia, $9,800,000, and for the water fund, established by law (D. C. Code, title 43, ch. 15), $1,000,000, both amounts to be advanced July 1, 1950.

*Ante*, pp. 302, 347, 381; *post*, p. 1044.
D. C. Code, Sup. VII, 43 ch. 15.

## CHAPTER II—LEGISLATIVE BRANCH

### SENATE

Legislative Branch Appropriation Act, 1951.
*Ante*, p. 302; *post*, p. 1047.

SALARIES AND EXPENSE ALLOWANCE OF SENATORS, MILEAGE OF THE PRESIDENT OF THE SENATE AND OF SENATORS, AND EXPENSE ALLOWANCE OF THE VICE PRESIDENT

For compensation of Senators, $1,200,000.
For mileage of the President of the Senate and of Senators, $51,000.
For expense allowance of the Vice President, $10,000.
For expense allowance of Senators, $240,000.

SALARIES, OFFICERS AND EMPLOYEES

For compensation of officers, employees, clerks to Senators, and others, as authorized by law, including increased and additional compensation provided by the "Federal Employees Pay Act of 1945", as amended, and the "Second Supplemental Appropriation Act, 1950", as follows:

59 Stat. 295.
5 U. S. C. § 901 *et seq.*; Sup. III, § 902 *et seq.*
*Post*, p. 843.
63 Stat. 974.

OFFICE OF THE VICE PRESIDENT

For compensation of the Vice President of the United States, $30,000.

For clerical assistance to the Vice President, at rates of compensation to be fixed by him in multiples of $5 per month, $50,370.

CHAPLAIN

Chaplain of the Senate, $2,040.

OFFICE OF THE SECRETARY

For office of the Secretary, $355,230.

COMMITTEE EMPLOYEES

For professional and clerical assistance to standing committees, $1,441,040.

SELECT COMMITTEE ON SMALL BUSINESS

For professional and clerical assistance to the Select Committee on Small Business, $88,645, authorized by S. Res. 272, agreed to May 26, 1950, at rates of compensation to be fixed hereafter in accordance with the provisions of the Legislative Reorganization Act of 1946, approved August 2, 1946, as amended, with respect to standing committees.

60 Stat. 812.
2 U. S. C. § 72a note; Sup. III, § 60a *et seq.*

a member of an organization that advocates, the overthrow of the Government of the United States by force or violence: *Provided further*, That any person who engages in a strike against the Government of the United States or who is a member of an organization of Government employees that asserts the right to strike against the Government of the United States, or who advocates, or who is a member of an organization that advocates, the overthrow of the Government of the United States by force or violence and accepts employment the salary or wages for which are paid from any appropriation or fund contained in this or any other Act shall be guilty of a felony and, upon conviction, shall be fined not more than $1,000 or imprisoned for not more than one year, or both: *Provided further*, That the above penalty clause shall be in addition to, and not in substitution for, any other provisions of existing law: *Provided further*, That, as applicable to the Departments of Agriculture and Interior, nothing in this section shall be construed to require an affidavit from any person employed for less than sixty days for sudden emergency work involving the loss of human life or destruction of property, and the payment of salary or wages may be made to such persons from applicable appropriations for services rendered in such emergency without execution of the affidavit contemplated by this section.

Penalty.

Nonexecution of affidavit in emergencies.

Restriction on withdrawals and credits.

SEC. 1210. No funds made available by this or any other Act shall be withdrawn from one appropriation account for credit to another, or to a working fund, except as authorized by law: *Provided*, That, except as otherwise specifically provided by law, any funds so withdrawn and credited shall be available for the same purposes, and subject to the same limitations, conditions, and restrictions, as provided by the Act appropriating such funds: *Provided further*, That any such withdrawal and credit shall be made, without warrant action, by check: *Provided further*, That no funds withdrawn and credited pursuant to section 601 of the Act of June 30, 1932, as amended (47 Stat. 417; 31 U. S. C. 686), shall be available for any period beyond that provided by the Act appropriating such funds.

SEC. 1211. Section 3679 of the Revised Statutes, as amended (31 U. S. C. 665), is hereby further amended to read as follows:

Excess expenditures and contract obligations.

"SEC. 3679. (a) No officer or employee of the United States shall make or authorize an expenditure from or create or authorize an obligation under any appropriation or fund in excess of the amount available therein; nor shall any such officer or employee involve the Government in any contract or other obligation, for the payment of money for any purpose, in advance of appropriations made for such purpose, unless such contract or obligation is authorized by law.

Voluntary service.

"(b) No officer or employee of the United States shall accept voluntary service for the United States or employ personal service in excess of that authorized by law, except in cases of emergency involving the safety of human life or the protection of property.

Apportionment of funds.

"(c) (1) Except as otherwise provided in this section, all appropriations or funds available for obligation for a definite period of time shall be so apportioned as to prevent obligation or expenditure thereof in a manner which would indicate a necessity for deficiency or supplemental appropriations for such period; and all appropriations or funds not limited to a definite period of time, and all authorizations to create obligations by contract in advance of appropriations, shall be so apportioned as to achieve the most effective and economical use thereof. As used hereafter in this section, the term 'appropriation' means appropriations, funds, and authorizations to create obligations by contract in advance of appropriations.

Reserves.

"(2) In apportioning any appropriation, reserves may be established to provide for contingencies, or to effect savings whenever

savings are made possible by or through changes in requirements, greater efficiency of operations, or other developments subsequent to the date on which such appropriation was made available. Whenever it is determined by an officer designated in subsection (d) of this section to make apportionments and reapportionments that any amount so reserved will not be required to carry out the purposes of the appropriation concerned, he shall recommend the rescission of such amount in the manner provided in the Budget and Accounting Act, 1921, for estimates of appropriations.

42 Stat. 20. 31 U. S. C. § 1; Supp. III, § 16 et seq. Post, p. 832 et seq.

Distribution of appropriation.

"(3) Any appropriation subject to apportionment shall be distributed by months, calendar quarters, operating seasons, or other time periods, or by activities, functions, projects, or objects, or by a combination thereof, as may be deemed appropriate by the officers designated in subsection (d) of this section to make apportionments and reapportionments. Except as otherwise specified by the officer making the apportionment, amounts so apportioned shall remain available for obligation, in accordance with the terms of the appropriation, on a cumulative basis unless reapportioned.

Review of apportionments, etc.

"(4) Apportionments shall be reviewed at least four times each year by the officers designated in subsection (d) of this section to make apportionments and reapportionments, and such reapportionments made or such reserves established, modified, or released as may be necessary to further the effective use of the appropriation concerned, in accordance with the purposes stated in paragraph (1) of this subsection.

Officers controlling apportionment, etc.

"(d) (1) Any appropriation available to the legislative branch, the judiciary, or the District of Columbia, which is required to be apportioned under subsection (c) of this section, shall be apportioned or reapportioned in writing by the officer having administrative control of such appropriation. Each such appropriation shall be apportioned not later than thirty days before the beginning of the fiscal year for which the appropriation is available, or not more than thirty days after approval of the Act by which the appropriation is made available, whichever is later.

Apportionment by Director of the Bureau of the Budget.

"(2) Any appropriation available to an agency, which is required to be apportioned under subsection (c) of this section, shall be apportioned or reapportioned in writing by the Director of the Bureau of the Budget. The head of each agency to which any such appropriation is available shall submit to the Bureau of the Budget information, in such form and manner and at such time or times as the Director may prescribe, as may be required for the apportionment of such appropriation. Such information shall be submitted not later than forty days before the beginning of any fiscal year for which the appropriation is available, or not more than fifteen days after approval of the Act by which such appropriation is made available, whichever is later. The Director of the Bureau of the Budget shall apportion each such appropriation and shall notify the agency concerned of his action not later than twenty days before the beginning of the fiscal year for which the appropriation is available, or not more than thirty days after the approval of the Act by which such appropriation is made available, whichever is later. When used in this section, the term 'agency' means any executive department, agency, commission, authority, administration, board, or other independent establishment in the executive branch of the Government, including any corporation wholly or partly owned by the United States which is an instrumentality of the United States. Nothing in this subsection shall be so construed as to interfere with the initiation, operation, and administration of agricultural price support programs and no funds (other than funds for administrative expenses) available for price support,

"Agency."

Agricultural price support programs.

surplus removal, and available under Section 32 of the Act of August 24, 1935, as amended (7 U. S. C. 612 (c)), with respect to agricultural commodities shall be subject to apportionment pursuant to this section. The provisions of this section shall not apply to any corporation which obtains funds for making loans, other than paid in capital funds, without legal liability on the part of the United States.

49 Stat. 774. 7 U. S. C. § 612c; Sup. III, § 612c.

Deficiency or supplemental estimates.

"(e) (1) No apportionment or reapportionment which, in the judgment of the officer making such apportionment or reapportionment, would indicate a necessity for a deficiency or supplemental estimate shall be made except upon a determination by such officer that such action is required because of (A) any laws enacted subsequent to the transmission to the Congress of the estimates for an appropriation which require expenditures beyond administrative control; or (B) emergencies involving the safety of human life, the protection of property, or the immediate welfare of individuals in cases where an appropriation has been made to enable the United States to make payment of, or contributions toward, sums which are required to be paid to individuals either in specific amounts fixed by law or in accordance with formulae prescribed by law.

Report to Congress.

"(2) In each case of an apportionment or a reapportionment which, in the judgment of the officer making such apportionment or reapportionment, would indicate a necessity for a deficiency or supplemental estimate, such officer shall immediately submit a detailed report of the facts of the case to the Congress. In transmitting any deficiency or supplemental estimates required on account of any such apportionment or reapportionment, reference shall be made to such report.

Funds exempt from apportionments.

"(f) (1) The officers designated in subsection (d) of this section to make apportionments and reapportionments may exempt from apportionments trust funds and working funds expenditures from which have no significant effect on the financial operations of the Government, working capital and revolving funds established for intragovernmental operations, receipts from industrial and power operations available under law and any appropriation made specifically for—

"(1) interest on, or retirement of, the public debt;

"(2) payment of claims, judgments, refunds, and draw-backs;

"(3) any item determined by the President to be of a confidential nature;

"(4) payment under private relief Acts or other laws requiring payments to designated payees in the total amount of such appropriation;

"(5) grants to the States under title I, IV, or X of the Social Security Act, or under any other public assistance title in such Act.

49 Stat. 620, 627, 645. 42 U. S. C. §§ 301-306, 601-606, 1201-1206; Sup. III, §§ 303, 603. Ante, p. 548 et seq.

Nonapplicability.

"(2) The provisions of subsection (c) of this section shall not apply to appropriations to the Senate or House of Representatives or to any Member, committee, Office (including the office of the Architect of the Capitol), officer, or employee thereof.

Administrative control.

"(g) Any appropriation which is apportioned or reapportioned pursuant to this section may be divided and subdivided administratively within the limits of such apportionments or reapportionments. The officer having adminstrative control of any such appropriation available to the legislative branch, the judiciary, or the District of Columbia, and the head of each agency, subject to the approval of the Director of the Bureau of the Budget, shall prescribe, by regulation, a system of adminstrative control (not inconsistent with any accounting procedures prescribed by or pursuant to law) which shall be designed to (A) restrict obligations or expenditures against each appropriation to the amount of apportionments or reapportionments

made for each such appropriation, and (B) enable such officer or agency head to fix responsibility for the creation of any obligation or the making of any expenditure in excess of an apportionment or reapportionment.

Excess expenditures; prohibition.

"(h) No officer or employee of the United States shall authorize or create any obligation or make any expenditure (A) in excess of an apportionment or reapportionment, or (B) in excess of the amount permitted by regulations prescribed pursuant to subsection (g) of this section.

Administrative discipline.

"(i) (1) In addition to any penalty or liability under other law, any officer or employee of the United States who shall violate subsection (a), (b), or (h) of this section shall be subjected to appropriate administrative discipline, including, when circumstances warrant, suspension from duty without pay or removal from office; and any officer or employee of the United States who shall knowingly and willfully violate subsection (a), (b), or (h) of this section shall, upon conviction, be fined not more than $5,000 or imprisoned for not more than two years, or both.

"(2) In the case of a violation of subsection (a), (b), or (h) of this section by an officer or employee of an agency, or of the District of Columbia, the head of the agency concerned or the Commissioners of the District of Columbia, shall immediately report to the President, through the Director of the Bureau of the Budget, and to the Congress all pertinent facts together with a statement of the action taken thereon."

Annual leave.

SEC. 1212. No part of the funds of, or available for expenditure by any corporation or agency included in this Act, including the government of the District of Columbia, shall be available to pay for annual leave accumulated by any civilian officer or employee during the calendar year 1950 and unused at the close of business on June 30, 1951: *Provided*, That this section shall not apply to officers and employees whose post of duty is outside the continental United States: *And provided further*, That this section shall not apply with respect to the payment of compensation for accumulated annual leave in the case of officers or employees who leave their civilian positions for the purpose of entering upon active military or naval service in the Armed Forces of the United States.

Nonapplicability.

Authority of Secretary of State to terminate employment.
5 U.S.C., Sup. III, § 652.

SEC. 1213. Notwithstanding the provisions of section 6 of the Act of August 24, 1912 (37 Stat. 555), or the provisions of any other law, the Secretary of State may, in his absolute discretion, during the current fiscal year, terminate the employment of any officer or employee of the Department of State or of the Foreign Service of the United States whenever he shall deem such termination necessary or advisable in the interests of the United States.

Authority of Secretary of Commerce to terminate employment.
5 U.S.C., Sup. III, § 652.

Notwithstanding the provisions of section 6 of the Act of August 24, 1912 (37 Stat. 555), or the provisions of any other law, the Secretary of Commerce may, in his absolute discretion, during the current fiscal year, terminate the employment of any officer or employee of the Department of Commerce whenever he shall deem such termination necessary or advisable in the best interests of the United States.

Reduction of appropriations, etc.

SEC. 1214. Appropriations, reappropriations, contract authorizations and reauthorizations made by this Act for departments and agencies in the executive branch of the government shall, without impairing national defense, be reduced in the amount of not less than $550,000,000 through the apportionment procedure provided for in Section 1211 of this Act.

Sale of supplies by retired officers.
Pay restriction.

SEC. 1215. No payment shall be made from appropriations in this Act to any officer on the retired lists of the Regular Army, Regular Navy, Regular Marine Corps, Regular Air Force, Regular Coast Guard, Coast and Geodetic Survey, and Public Health Service for a

# REORGANIZATION PLAN NO. 1 OF 1957

Prepared by the President and transmitted to the Senate and the House of Representatives in Congress assembled, April 29, 1957, pursuant to the provisions of the Reorganization Act of 1949, approved June 20, 1949, as amended.

Transmitted Apr. 29, 1957. Effective June 30, 1957. 63 Stat. 203. 5 USC 133z note.

ABOLITION OF THE RECONSTRUCTION FINANCE CORPORATION

Section 1. *Definitions.* As used in this reorganization plan:

(a) The term "Corporation" means the Reconstruction Finance Corporation.

(b) The term "remaining functions" means (1) all functions of the Corporation, (2) except as otherwise provided in subsections (b) and (c) of section 6 of this reorganization plan, all functions of the Secretary of the Treasury under section 10 of the Reconstruction Finance Corporation Act, as amended (15 U. S. C. 609), and (3) all functions of the Secretary of the Treasury under sections 102 and 106 (b) of the Reconstruction Finance Corporation Liquidation Act (67 Stat. 230, 231), as amended. 68 Stat. 320. 15 USC 603 note.

(c) The term "transferees" means the Housing and Home Finance Administrator, the Administrator of General Services, the Administrator of the Small Business Administration, and the Secretary of the Treasury.

Sec. 2. *Transfer of functions.* (a) There are hereby transferred to the Housing and Home Finance Administrator the remaining functions with respect to or arising out of (1) the securities and obligations of, loans made to, and contracts or other agreements with, States, municipalities, political subdivisions thereof, public agencies, boards, commissions or other public bodies, and (2) loans, securities and obligations acquired in connection with programs of financial assistance for drainage and irrigation projects.

(b) There are hereby transferred to the Administrator of General Services the remaining functions with respect to or arising out of (1) the affairs of the Smaller War Plants Corporation which were transferred to the Corporation pursuant to Executive Order No. 9665 of December 27, 1945 (11 F. R. 3) and section 207 of Public Law 132—80th Congress (61 Stat. 209), (2) the national defense, war and reconversion activities with respect to which notes of the Corporation were cancelled pursuant to the provisions of Title II of Public Law 860—80th Congress (62 Stat. 1187), and (3) activities of the RFC Price Adjustment Board and the functions transferred to the Corporation by Executive Order No. 9841 of April 23, 1947 (12 F. R. 2645). 3 CFR 1943-1948 Comp., p. 480. 3 CFR 1943-1948 Comp., p. 634.

(c) Except as otherwise provided in sections 2 (d) (1) and 2 (d) (2) of this reorganization plan (relating to financial assistance to railroads, etc., and to Schedule A hereto annexed), there are hereby transferred to the Administrator of the Small Business Administration the remaining functions with respect to or arising out of programs of financial assistance to business enterprises and to victims of floods or other disasters.

(d) There are hereby transferred to the Secretary of the Treasury all functions of the Corporation not otherwise transferred by the provisions of this reorganization plan, including, but not limited to, all functions of the Corporation with respect to or arising out of (1) programs of financial assistance to railroad companies, financial institutions, and insurance companies, (2) the obligations and loans listed in Schedule A hereto annexed, and (3) the War Damage Corporation.

(e) The foregoing transfers include the transfer to each transferee, for use in executing his respective functions thereunder, of the powers, authority, rights, and immunities now vested in or available or applicable to the Corporation for carrying out the functions transferred to the transferee under this reorganization plan.

Sec. 3. *Transfer of assets and liabilities.* The loans, obligations, securities, capital stock, and other assets pertaining to the functions transferred by section 2 of this reorganization plan (including accrued interest thereon, and property acquired in connection therewith) and the liabilities, contracts, bonds, mortgages, notes and other instruments relating thereto are hereby transferred from the Corporation to the respective transferees: *Provided, however,* That all assets, liabilities, and commitments relating to the functions transferred by section 2 (a) of this reorganization plan are hereby transferred to the Revolving Fund (Liquidating Programs) established by the Independent Offices Appropriation Act, 1955 (68 Stat. 295). 12 USC 1701g-5.

Sec. 4. *Administrative property, personnel, funds and records.* In addition to the transfers made by the provisions of section 3 of this reorganization plan, there shall be transferred to the Housing and Home Finance Agency, General Services Administration, Small Business Administration, and Treasury Department so much as the Director of the Bureau of the Budget shall determine to be appropriate by reason of transfers made by sections 2 and 3 of this reorganization plan of the administrative property, personnel, records, liabilities and commitments of the Corporation or of the Office of Production and Defense Lending in the Department of the Treasury and of the authorizations, allocations, and funds available or to be made available with respect to the transferred functions (including, but in no way limiting the generality of the foregoing, the authority to issue notes or other obligations to the Secretary of the Treasury, which may be purchased by the Secretary, under section 7 of the Reconstruction Finance Corporation Act, as amended (15 U. S. C. 606), and the duty of making payments on such notes or obligations issued by or transferred to the respective transferee hereunder). 61 Stat. 202. In allocating the administrative expense funds applicable to the functions transferred by the provisions of this reorganization plan the said Director shall allocate and transfer to the General Services Administration as a payment on behalf of the Housing and Home Finance Agency, General Services Administration, Small Business Administration and Treasury Department such sum for rent of building space for the carrying out of the transferred functions during the fiscal year ending June 30, 1958, as the said Director shall determine. Such further measures and disposition as the Director of the Bureau of the Budget shall determine to be necessary in order to effectuate the transfers provided for in this section shall be carried out in such manner and by such agencies as the Director shall direct.

Sec. 5. *Delegation of authority.* Each transferee may from time to time make such provisions as he shall deem appropriate authorizing the performance by any officer, employee, agency, or administrative

unit under his jurisdiction of any function transferred to him by the provisions of this reorganization plan.

SEC. 6. *Abolition of the Corporation.* (a) The Corporation is hereby abolished.

(b) The Secretary of the Treasury shall retire the capital stock of the Corporation and, subject to the provisions of section 4 hereof, shall pay into the Treasury, as miscellaneous receipts, all unused funds of the Corporation.

(c) Not later than June 30, 1959, the Secretary of the Treasury shall transmit a report to the Congress, which report (1) shall cover the affairs of the Corporation up to the time of the taking effect of the provisions of this reorganization plan, and (2) shall correspond to the final report required by section 10 of the Reconstruction Finance Corporation Act, as amended (15 U. S. C. 609). The function of making the final report provided for in the said section 10 is hereby abolished.

Report to Congress

68 Stat. 320.

SEC. 7. *Effective date.* The provisions of this reorganization plan shall take effect at the time determined under the provisions of section 6 (a) of the Reorganization Act of 1949, as amended, or at the close of June 30, 1957, whichever is later.

63 Stat. 205.
5 USC 133z-4.

## SCHEDULE A

This schedule annexed to Reorganization Plan No. 1 of 1957 lists by name and address of the obligor or borrower the obligations and loans referred to in clause (2) of section 2 (d) of such reorganization plan.

| *NAME OF OBLIGOR OR BORROWER* | *ADDRESS* |
|---|---|
| Alaska Plywood Corporation | Juneau, Alaska |
| Alford Refrigerated Warehouse | Dallas, Texas |
| Braun Bros. Packing Company | Troy, Ohio |
| Chromcraft Corporation | St. Louis, Missouri |
| Civic Hotel Corporation | Odessa, Texas |
| Deep Water Terminals, Inc. | Brooklyn, New York |
| Detroit Steel Corporation | Detroit, Michigan |
| Hal Roach Studios, Inc. | Culver City, California |
| Hayward Woolen Company | Whittinsville, Massachusetts |
| The Horle Arms Company | Deep River, Connecticut |
| Jack Tar of Arkansas, Inc. | Hot Springs, Arkansas |
| Landers Packing Company | Denver, Colorado |
| Langley Corporation | San Diego, California |
| Lawton Community Hotel | Lawton, Oklahoma |
| Lone Star Steel Company | Dallas, Texas |
| Louisville Builders Supply Company | Louisville, Kentucky |
| Lustron Corporation | Columbus, Ohio |
| Mayfair Extension, Inc. | Washington, D. C. |
| New Haven Clock & Watch Company | New Haven, Connecticut |
| Oregon Fibre Products, Inc. | Pilot Rock, Oregon |
| The Prudence Company, Inc. | New York, New York |
| Seidelhuber Steel Rolling Mills | Seattle, Washington |
| South Water Building Corporation | Rockford, Illinois |
| South Water Machinery Corporation | Rockford, Illinois |
| Texas Consolidated Oils | Dallas, Texas |
| Texas Frozen Foods Corporation | Harlingen, Texas |
| Waltham Watch Company | Waltham, Massachusetts |
| Wheland Company | Chattanooga, Tennessee |

THE NATIONAL ARCHIVES OF THE UNITED STATES
LITTERA SCRIPTA MANET
1934

# FEDERAL REGISTER

VOLUME 6 NUMBER 134

*Washington, Friday, July 11, 1941*

## *Rules, Regulations, Orders*

### TITLE 13—BUSINESS CREDIT

### CHAPTER I—RECONSTRUCTION FINANCE CORPORATION

#### AMENDMENT TO THE CHARTER OF DEFENSE SUPPLIES CORPORATION[1]

Reconstruction Finance Corporation hereby certifies that, pursuant to Paragraph Tenth of the Charter of Defense Supplies Corporation and upon request of the Federal Loan Administrator with the approval of the President of the United States, the Charter of Defense Supplies Corporation was, on July 9, 1941, amended:

1. By changing Paragraph Third of said Charter to read as follows:

Third, the objects, purposes and powers of the Corporation shall be:

(a) To produce, acquire, carry, sell, or otherwise deal in strategic and critical materials as defined by the President;

(b) To purchase and lease land; purchase, lease, build, and expand plants; purchase and produce equipment, facilities, machinery, materials, and supplies for the manufacture of strategic and critical materials, arms, ammunition, and implements of war, any other articles, equipment, facilities, and supplies necessary to the national defense, and such other articles, equipment, supplies, and materials as may be required in the manufacture or use of any of the foregoing or otherwise necessary in connection therewith;

(c) To lease, sell, or otherwise dispose of such land, plants, facilities, and machinery to others to engage in such manufacture;

(d) To engage in the manufacture of arms, ammunition, and implements of war;

(e) To produce, lease, purchase, or otherwise acquire railroad equipment (including rolling stock), and commercial aircraft, and parts, equipment, facilities and supplies necessary in connection with such railroad equipment and aircraft, and to lease, sell, or otherwise dispose of the same;

(f) To purchase, lease, build, expand, or otherwise acquire facilities for the training of aviators and to operate or lease, sell, or otherwise dispose of such facilities to others to engage in such training; and

(g) To take such other action as the President and the Federal Loan Administrator may deem necessary to expedite the national defense program, but the amount outstanding at any one time for carrying out this subsection (g) shall not exceed $200,000,000.

The Corporation shall have power and authority to do and perform all acts and things whatsoever which are necessary, suitable, convenient or proper in connection with or incidental to the foregoing objects, purposes, and powers, including, but without limitation, the power to lease, purchase, or otherwise acquire, and to lease, sell or otherwise dispose of, and to deal in, manage and control, transportation facilities in and between the other American countries of the Western Hemisphere and the United States and to otherwise develop such facilities and equipment incidental thereto in order to facilitate trade between those countries and the United States and for other purposes affecting the national defense, the power to borrow and hypothecate, to lend money, to adopt and use a corporate seal, to make contracts, to acquire, hold and dispose of real and personal property, and to sue and be sued in any court of competent jurisdiction.

2. By changing Paragraph Fourth of said Charter to read as follows:

Fourth, the Corporation including its franchise, its capital, reserves, surplus, and income shall be exempt from all taxation (which shall, for all purposes, be deemed to include sales, use, storage, and purchase taxes) now or hereafter imposed by the United States, or any territory, dependency or possession thereof, or by any State, County, municipality or local taxing authority, except that any real property (or buildings which are considered by the laws of any State to be

[1] 6 F.R. 2073.

CONTENTS

RULES, REGULATIONS, ORDERS

| | Page |
|---|---|
| TITLE 13—BUSINESS CREDIT: | |
| Reconstruction Finance Corporation: | |
| Defense Supplies Corp., charter amended | 3363 |
| TITLE 16—COMMERCIAL PRACTICES: | |
| Federal Trade Commission: | |
| Cease and desist orders: | |
| Lay, H. W., & Co., Inc | 3364 |
| Meadors Mfg. Co | 3364 |
| TITLE 25—INDIANS: | |
| Office of Indian Affairs: | |
| Loans, Oklahoma: | |
| By Indian credit associations | 3366 |
| By United States to individual Indians | 3366 |
| To Indian credit associations | 3365 |
| TITLE 26—INTERNAL REVENUE: | |
| Bureau of Internal Revenue: | |
| Income tax, failure to file return, amendments | 3370 |
| Income tax and excess profits tax, determination of daily equity invested capital, amendments | 3370 |
| TITLE 31—MONEY AND FINANCE: TREASURY: | |
| Bureau of Accounts: | |
| Deposit of public moneys, etc., amendments | 3371 |
| Monetary Offices: | |
| Foreign exchange transactions, etc., time for filing reports extended | 3371 |
| TITLE 32—NATIONAL DEFENSE: | |
| Office of Production Management: | |
| Canning machinery and equipment, preference rating order | 3374 |
| Copper, general preference order amended (2 documents) | 3373, 3374 |
| Plant Site Board, regulations amended | 3372 |

(Continued on next page)