or by any state, county, municipality, or local taxing authority except that any real property of the Corporation shall be subject to state, territorial, county, municipal, or local taxation to the same extent according to its value as other real property is taxed.

Fifth. That the Corporation shall be an instrumentality of the United States Government, shall be entitled to the free use of the United States mails, and shall in all other respects be possessed of the privileges and immunities that are conferred upon the Reconstruction Finance Corporation under the Reconstruction Finance Corporation Act, as amended.

Sixth. That the total authorized capital stock of the Corporation shall be five million dollars ($5,000,000), of which one million dollars ($1,000,000) shall be paid in immediately, and the balance as called. Such stock shall be of one class, shall have a par value of $100 per share, and shall be issued for cash only. Reconstruction Finance Corporation shall subscribe for all of the capital stock of the Corporation and such stock shall not be transferable.

Seventh. That the Corporation shall have existence until dissolved by Reconstruction Finance Corporation or by Act of Congress.

Eighth. That the stockholder shall not be liable for the debts, contracts, or engagements of the Corporation except to the extent of unpaid stock subscriptions.

Ninth. That the affairs and business of the corporation shall be managed by a board of directors who shall be appointed by Reconstruction Finance Corporation pursuant to the provisions of this Charter and the Bylaws of the Corporation.

Tenth. That this Charter and the Bylaws may be amended at any time by Reconstruction Finance Corporation.

In witness whereof, Reconstruction Finance Corporation has caused this Charter to be signed by its executive officer, Chairman of its Board of Directors, attested by its Secretary, and has caused its seal to be hereunto affixed this 29th day of August 1940.

[SEAL]

RECONSTRUCTION FINANCE CORPORATION,
by EMIL SCHRAM, *Chairman.*

Attest:

G. R. COOKSEY, *Secretary.*

[F. R. Doc. 41-3661; Filed, May 22, 1941; 9:29 a. m.]

[6 F. R. 2972]

---

AMENDMENT TO THE CHARTER OF DEFENSE SUPPLIES CORPORATION

Reconstruction Finance Corporation hereby certifies that, pursuant to paragraph Tenth of the Charter of Defense Supplies Corporation, said Charter was on February 15, 1941, amended by changing paragraph Third of said Charter to read as follows:

> Third. That the objects, purposes and powers of the Corporation shall be:
>
> (1) To produce, acquire, and carry strategic and critical materials which may be necessary or appropriate in connection with the national-defense program of the Government, including, but without limitation, the power to purchase, store, transport, process, sell, market, and otherwise dispose of such strategic and critical materials;
>
> (2) To purchase and lease land, to purchase, lease, build, and expand plants, and to purchase and produce equipment, supplies, and machinery, for the manufacture of arms, ammunition, and implements of war, including, but without limitation, the power to repair, rebuild, restore, and alter equipment, supplies, and machinery for such manufacture;
>
> (3) To lease such plants to private corporations to engage in such manufacture;
>
> (4) To engage in the manufacture of arms, ammunition, and implements of war, including, but without limitation, the power to manufacture or otherwise produce supplies, parts, accessories, and materials necessary in the manufacture or production of arms, ammunition, and implements of war.
>
> The Corporation shall have the power and authority to do and perform all acts and things whatsoever in connection with the foregoing objects, purposes, and powers, or incidental thereto, including but without limitation, the power to borrow money and issue its secured or unsecured obligations therefor; to adopt and use a corporate seal; to make contracts; to acquire, hold, and dispose of real and personal property necessary or appropriate in the conduct of its

business; to sue and be sued; and to conduct its operations and business, and to maintain branches or agencies in any or all states, territories, dependencies, possessions, districts, and portions of the United States.

[SEAL] RECONSTRUCTION FINANCE CORPORATION,
By EMIL SCHRAM, *Chairman.*

Attest:

G. R. COOKSEY, *Secretary.*

[F. R. Doc. 41-3662; Filed, May 22, 1941; 9·30 a. m.]

[6 F. R. 2972]

---

AMENDMENT TO THE CHARTER OF DEFENSE SUPPLIES COROPORATION

Reconstruction Finance Corporation hereby certifies that, pursuant to Paragraph Tenth of the Charter of Defense Supplies Corporation and upon request of the Federal Loan Administrator with the approval of the President of the United States, the Charter of Defense Supplies Corporation was, on July 9, 1941, amended:

1. By changing Paragraph Third of said Charter to read as follows:

Third, the objects, purposes, and powers of the Corporation shall be:

(*a*) To produce, acquire, carry, sell, or otherwise deal in strategic and critical materials as defined by the President;

(*b*) To purchase and lease land; purchase, lease, build, and expand plants; purchase and produce equipment, facilities, machinery, materials, and supplies for the manufacture of strategic and critical materials, arms, ammunition, and implements of war, any other articles, equipment, facilities, and supplies necessary to the national defense, and such other articles, equipment, supplies, and materials as may be required in the manufacture or use of any of the foregoing or otherwise necessary in connection therewith;

(*c*) To lease, sell, or otherwise dispose of such land, plants, facilities, and machinery to others to engage in such manufacture;

(*d*) To engage in the manufacture of arms, ammunition, and implements of war;

(*e*) To produce, lease, purchase, or otherwise acquire railroad equipment (including rolling stock), and commercial aircraft, and parts, equipment, facilities, and supplies necessary in connection with such railroad equipment and aircraft, and to lease, sell, or otherwise dispose of the same;

(*f*) To purchase, lease, build, expand, or otherwise acquire facilities for the training of aviators and to operate or lease, sell, or otherwise dispose of such facilities to others to engage in such training; and

(*g*) To take such other action as the President and the Federal Loan Administrator may deem necessary to expedite the national defense program, but the amount outstanding at any one time for carrying out this subsection (*g*) shall not exceed $200,000,000.

The Corporation shall have power and authority to do and perform all acts and things whatsoever which are necessary, suitable. convenient, or proper in connection with or incidental to the foregoing objects, purposes, and powers, including, but without limitation, the power to lease, purchase, or otherwise acquire, and to lease, sell, or otherwise dispose of, and to deal in, manage, and control transportation facilities in and between the other American countries of the Western Hemisphere and the United States and to otherwise develop such facilities and equipment incidental thereto in order to facilitate trade between those countries and the United States and for other purposes affecting the national defense, the power to borrow and hypothecate, to lend money, to adopt and use a corporate seal, to make contracts, to acquire, hold, and dispose of real and personal property, and to sue and be sued in any court of competent jurisdiction.

2. By changing Paragraph Fourth of said Charter to read as follows:

Fourth, the Corporation, including its franchise, its capital, reserves, surplus, and income shall be exempt from all taxation (which shall, for all purposes, be deemed to include sales, use, storage, and purchase taxes) now or hereafter imposed by the United States, or any territory, dependency, or possession thereof, or by any State, County, municipality or local taxing authority, except that any real property (or buildings which are considered by the laws of any State to be personal property for taxation purposes) of

the Corporation shall be subject to State, territorial, county, municipal, or local taxation to the same extent according to its value as other real property is taxed.

[SEAL] CHARLES B. HENDERSON, *Chairman.*

Attest:

G. R. COOKSEY, *Secretary.*

[F. R. Doc. 41-4916; Filed July 10, 1941; 10:56 a. m.]

[6 F. R. 3363]

---

DEFENSE SUPPLIES CORPORATION—BYLAWS, AS AMENDED BY THE BOARD OF DIRECTORS OF THE RECONSTRUCTION FINANCE CORPORATION ON AUGUST 15, 1941

OFFICES

1. The principal office shall be in the City of Washington, District of Columbia. The Corporation shall also have branch offices at such other places as the Board of Directors may from time to time designate.

SEAL

2. There is impressed below the official seal which is hereby adopted for the Corporation.

BOARD OF DIRECTORS

3. The directors shall be not less than five nor more than ten in number, as Reconstruction Finance Corporation may provide. The directors shall be appointed by Reconstruction Finance Corporation. Each director will hold office until the thirty-first day of December of the year in or for which appointed and until his successor shall be duly appointed and qualified.

MEETINGS OF THE BOARD

4. Regular meetings of the directors shall be held at such time and place as the directors may prescribe. Special meetings may be called by the President or Secretary. At any meeting of the Board of Directors, a majority of the duly appointed and qualified directors shall constitute a quorum for the transaction of any business that may come before the meeting.

COMMITTEES OF THE DIRECTORS

5. The Board of Directors shall select from its members an executive committee which shall have, possess, and may exercise all of the power and authority of the Board of Directors at such times as the Board of Directors is not in session. The Board of Directors may create such additional committees and confer upon them such duties and powers as it may deem advisable.

COMPENSATION OF DIRECTORS

6. The directors of the Corporation shall receive no fees or honorarium for attendance at meetings but shall be entitled to be reimbursed in accordance with the Standardized Government Travel Regulations, as amended, for travel expenses incurred in attending meetings of the Board of Directors and meetings of the committees of which they are members, and any other travel expenses incurred by them on official business.

OFFICERS

7. The officers of the Corporation, who shall be appointed by the Board of Directors, shall be: a Chairman of the Board of Directors, a president, one or more vice presidents, a secretary, a treasurer, a general counsel, and such other officers and agents as the Board of Directors may deem advisable. The president shall be a director. The salaries and compensation of all officers, agents and employees shall be fixed by the Board of Directors and paid by Reconstruction Finance Corporation and reimbursed by the Corporation. Any officer, agent, or employee may be removed by the Board of Directors at any time, with or without cause.

CHAIRMAN OF THE BOARD

8. The chairman of the Board of Directors shall have general supervision over the business of the Corporation and shall preside at all meetings of the Board of Directors.

PRESIDENT

9. The president shall be the chief executive officer of the Corporation and in the absence of the Chairman of the Board, shall preside at all meetings of the directors. Unless otherwise provided by the Board of Directors, all contracts and other documents which the Corporation may be required to execute in the conduct of its business shall be signed by the President.

VICE PRESIDENT

10. In the absence or disability of the president, the vice president (or vice presidents, in the order of their seniority if more than one) shall perform the duties and execute the powers of the president. They shall perform such other duties as the Board of Directors may prescribe.

SECRETARY

11. The Secretary shall attend all meetings of the Board of Directors and Executive Committee and record the minutes of all such meetings. He shall give, or cause to be given, notice of all meetings; shall perform such duties as may be prescribed by the Board of Directors or the Executive Committee, and all other duties incident of the office of Secretary. He shall keep in safe custody the seal of the Corporation, and shall affix the same to any instrument requiring it. When so affixed, the seal shall be attested by the signature of the Secretary.

TREASURER

12. The treasurer shall have the custody of the corporate funds and securities and shall keep a full and accurate account of all financial transactions of the Corporation, in form prescribed or approved by Reconstruction Finance Corporation, and shall deposit with Reconstruction Finance Corporation all funds for the account of the Corporation or in such other depositories as may be designated or approved for the purpose by Reconstruction Finance Corporation. He shall disburse the funds of the Corporation pursuant to the authority of the Board of Directors of the Corporation, or Executive Committee, and shall render to the Board of Directors or Executive Committee of the Corporation, whenever so required, an account of all his transactions as Treasurer and of the financial condition of the Corporation. He shall, if so required by the Corporation, give a bond in a form and sum satisfactory to the Corporation and Reconstruction Finance Corporation.

GENERAL COUNSEL

13. The general counsel shall be the chief consulting officer in all legal matters and will supervise such matters for the Corporation.

FISCAL YEAR

14. The fiscal year shall end on the thirty-first day of December in each year.

OATH OF OFFICE

15. All directors and officers (and other agents or employees of the Corporation, when so required by the Board of Directors or Executive Committee) shall subscribe to the oath of office prescribed by Section 1757, Revised Statutes of the United States.

CHECKS

16. Unless otherwise prescribed by the Board of Directors or Executive Committee, all checks and drafts for authorized disbursements issued by the Corporation shall be signed by the Treasurer. Reconstruction Finance Corporation, at the request of the Board of Directors of the Corporation, shall certify to the Treasurer of the United States the names of the incumbents of all offices, the holders whereof have such signatory powers.

STOCK CERTIFICATES

17. The stock certificates or receipts for payments by Reconstruction Finance Corporation for or on account of the stock subscribed, shall be signed by the president or a vice president and by the secretary of the Corporation.

EXPENSES

18. All expenses incurred in connection with the operation of the Corporation shall be supervised and paid in such manner as the Board of Directors or Executive Committee may from time to time prescribe.

NOTICES

19. Whenever under the provisions of these Bylaws any notice is required to be given, it shall not be construed to mean personal notice, but such notice may be given by mail, telephone, or telegraph. Any requirement as to notice may be waived in writing by the party entitled thereto.

AMENDMENTS

20. These Bylaws may be altered or amended or repealed by the Board of Directors of Reconstruction Finance Corporation at any meeting by such Board.

---

## DISASTER LOAN CORPORATION

RULES AND REGULATIONS PRESCRIBED BY THE BOARD OF DIRECTORS OF THE RECONSTRUCTION FINANCE CORPORATION FOR DISASTER LOAN CORPORATION AS AMENDED (MARCH 16, 1942)

RESOLUTION ADOPTED BY THE BOARD OF DIRECTORS OF THE RECONSTRUCTION FINANCE CORPORATION ON AUGUST 30, 1940, AS AMENDED

RESOLVED, That the Resolution adopted by the Board of Directors of this Corporation on February 15, 1937, as amended, prescribing Rules and Regulations for Disaster Loan Corporation be, and hereby is, amended to read as follows, effective September 1, 1940:

"WHEREAS, In and by Public, No. 5, 75th Congress, there has been created DISASTER LOAN CORPORATION which shall be managed by officers and agents to be appointed by the Reconstruction Finance Corporation under such rules and regulations as its Board of Directors may prescribe: Now, therefore, be it

"*Resolved*, That the following rules and regulations be and hereby are prescribed for DISASTER LOAN CORPORATION, pursuant to the provisions of the aforesaid Act of Congress:

"First. That the Board of Directors of Reconstruction Finance Corporation shall appoint two officers and agents with the title of Managing Directors to manage DISASTER LOAN CORPORATION.

"Second. That in the absence or disability of one (or both) of the Managing Directors of DISASTER LOAN CORPORATION, any member (or any two members) of the Board of Directors of the Reconstruction Finance Corporation shall be, and hereby are, authorized to act as Managing Director (or Managing Directors) of DISASTER LOAN CORPORATION.

"Third. That DISASTER LOAN CORPORATION shall have the following additional officers: A Secretary, one or more Assistant Secretaries, a Treasurer, one or more Assistant Treasurers, a General Counsel, and one or more Assistant General Counsels.

"Fourth. That the Managing Directors shall be and hereby are authorized to employ, or arrange for the employment of, such personnel as may, in their judgment, be necessary for the proper conduct of the business of the Corporation.

"Fifth. That there shall be constituted for DISASTER LOAN CORPORATION a Loan Committee composed of a Chairman and five additional members selected from the staff of the Reconstruction Finance Corporation.

"Sixth. That the Managing Directors, other officers, and the members of the Loan Committee of DISASTER LOAN CORPORATION shall hold their respective positions at the pleasure of the Board of Directors of Reconstruction Finance Corporation and may be removed by such Board at any time.

CORPORATE LIBRARY
ARCO TOWER
Los Angeles

PETROLEUM ADMINISTRATION FOR WAR
J. A. KRUG, Administrator, March 18, 1946 to May 8, 1946
HAROLD L. ICKES, Administrator, May 28, 1941 to February 15, 1946

RALPH K. DAVIES, Deputy Administrator

A HISTORY OF THE

# Petroleum Administration for War

1941 • 1945

Prepared under the direction and editorship of

John W. Frey and H. Chandler Ide

United States Government Printing Office • Washington: 1946

For sale by the Superintendent of Documents, U. S. Government Printing Office
Washington 25, D. C. Price $3.00 (cloth)

CHAPTER I

# The Story of Partnership

## OIL FOR WAR—A PROBLEM IN SUPPLY

On May 28, 1941, a new Federal agency came into being, dedicated to the proposition that cooperation, rather than coercion, was the formula by which the forces of Government and industry could best be joined in the service of the Nation.

This is the story of the four-and-a-half-year experiment that grew out of that proposition. It is the story of a partnership: On the one hand, the Petroleum Administrator for War,[1] precedent-maker in the extent to which it relied upon the industry it directed. On the other hand, the Petroleum Industry War Council, the Foreign Operations Committee, and the District Committees, were precedent-breakers in the extent to which they joined forces in support of Federal officialdom.

Together, they set about to translate into reality the wartime-popular expression: "The difficult we do immediately; the impossible takes a little longer."

Well it was that they set themselves this challenge. Well it was that they met it so competently. For World War II, from beginning to end, was a war of oil.

Almost seven billion barrels of it had to be brought from the ground between December 1941 and August 1945, to meet the requirements of the United States and its Allies, and nearly 6 billion of this enormous total came from the United States. That is *one-fifth of all the oil that had been produced in this country since the birth of the industry in 1859.*

A staggering output, to be sure, but the prodigious thirst of the war machine could not be satisfied with less, for oil was *the* indispensable material.

It constituted *more than half* of all the tonnage of supplies that were shipped overseas. In several invasions, its tonnage was *more than 65 percent* of the total.

Incredible? Not to the men who had to supply it. Not—especially—to the men who had to use it. For oil did more than fuel and lubricate the ships and the airplanes and the motorized ground equipment. Oil was also heat and light and comfort and mercy. Out in the field, in the form of gasoline, it fueled the kitchens, it powered the radios and telephones, it warmed and illuminated the hospitals, it refrigerated the life-saving blood plasma, it heated the instrument sterilizers, it ran signal devices, water purification systems, and repair machinery. From oil came the toluene for TNT that went into bombs, the asphalt for airfields, the jellied gasoline for flame throwers, the kerosene for smoke screens, the wax for packaging food and equipment, the petroleum coke for aluminum.

More than 500 different petroleum products were regularly used by the armed services. Without them, the warrior could neither fight nor live. With them, we were able to live and fight—and win.

That is what was in the mind of Charles E. Wilson, executive vice chairman of the War Production Board, when he commented during the days of late 1943:

> The responsibility which rests upon the petroleum industry and the Petroleum Administration for War is a dramatic one, for *it is nothing less than the responsibility for victory.*

Meeting that responsibility was a back-breaking task, an around-the-clock task, a task world-wide in scope and bewildering in its complexities. For everywhere that men were fighting, or massing to fight, or

[1] As created originally, the oil agency was "The Office of Petroleum Coordinator for National Defense." After the beginning of hostilities, it became the "Office of Petroleum Coordinator for War." On December 2, 1942, its authority was strengthened and it became the "Petroleum Administration for War." However, in the interest of simplicity, the final designation will be used throughout this book, except in chapters III and IV, which deal with the evolution of the organization.

training to fight, or making the wherewithal with which the fighting was done—*there* oil was, and *there* oil served.

Like the men whose comrade in battle it was, oil came from the earth's corners: from 20 allied, neutral, and liberated countries on 5 continents. And like the men, it had to be moved to the numberless places where jobs were to be done: moved by pipe-line, by tank car, by barge, by truck, by tankers, to hundreds of refineries, from the simple "tea kettle" to the catalytic sky-scraper; broken down by heat and pressure and chemical magic and put together again in forms that man never conjured before; and hustled away to fuel a truck or a factory, to join an invasion or bombing mission, to plunge into Germany or to raid the China Sea. So that oil might fulfill this many-sided destiny, the Government-industry oil team brought about these concrete achievements:

Drilled a total of 13,400 wildcat wells, more than in any like period in history.

Increased crude oil production in the United States by more than 44,000,000 gallons daily, or 27 percent more than this greatest of oil-using nations produced in 1941.

Carried through a continuing program of adjusting refinery operations so as to produce the required yields of required products.

Increased refinery runs in the United States by more than 1,400,000 barrels daily. That equals more than 47,800,000 gallons every day, an increase of 30 percent over 1941.

Sponsored and administered a billion-dollar plant construction program for 100-octane aviation gasoline.

Increased foreign production by 61 percent and foreign refinery runs by 40 percent.

Improvised a virtual miracle by putting together with incredible speed an overland transportation system to replace the ocean tankers that had gone to war. This involved building, relaying or reversing 17,684 miles of pipe line and rearranging barge movements on inland waterways, and mobilizing 75,000 tank cars to serve the east coast.

Produced in the United States an estimated 13⅓ trillion cubic feet of natural gas, equivalent in heat value to more than 2 billion barrels of oil.

Despite all losses, increased the United States tanker fleet three times in total tonnage.

Saved millions of tons of steel and other critical materials through pooled operations and more efficient use of available supplies.

Integrated worldwide oil operations into a United Nations program which assured most effective utilization of facilities and resources.

Supplied the essential civilian requirements for petroleum products while meeting every demand of the armed forces *in full and on time*.

When the Japanese surrender signalized the end of the war, the oil team of Government and industry received the only recognition that it wanted or expected—the verdict of the Services: "Well done."

The Army-Navy Petroleum Board of the Joint Chiefs of Staff said it in words that will always be remembered by the men concerned:

> * * * at no time did the Services lack for oil in the proper quantities, in the proper kinds and at the proper places * * * No Government agency and no branch of American industry achieved a prouder war record.

Warming words, indeed—words that proved that the struggles were worth while. But, the struggles were real, nonetheless. There were never enough men. There were never enough materials. There was never enough time. There was always a plethora of obstacles.

Only by teamwork, by long hours, by refusal to yield to discouraging odds, were these obstacles overcome. The dominating purpose of the concerted efforts was the supplying of petroleum products of the kinds needed, in the amounts needed, at the places needed to win the war.

## TEAMWORK STARTS IN PRE-WAR 1941

In considering this teamwork, it is frequently difficult to distinguish between the activities of PAW on the one hand, and the industry committees on the other. So closely and continuously did they work together, that it is often all but impossible to say where one left off and the other began, or even which one did begin and which one finished. Of course, in another sense, the functions and responsibilities of the two partners were quite separate and distinct. For, it was always the role of Government to determine plans and policies, to direct and supervise operations requisite to their fulfillment, and to assume over-all governmental responsibility for all aspects of the oil program.

The functions of each are described in chapters III, IV, and V, but it may be pointed out here that PAW, of course, did not find, or produce, or refine, or transport a single barrel of oil. Rather, by the terms of

Case 1:06-cv-00141-LAS Document 10-18 Filed 06/30/2006 Page 9 of 14



its assignment from the President, PAW was the central source of authority in matters of oil supply: the agency that ascertained the needs of the military and of civilians, and the capacity of the many units of the industry to fill these needs, and directed the filling of them. As President Roosevelt stated it in his letter of May 28, 1941, setting up the agency, PAW was responsible for—

> the development and utilization with maximum efficiency of our petroleum resources and our facilities, present and future, for making petroleum and petroleum products available, adequately and continuously, in the proper forms, at the proper places, and at reasonable prices to meet military and civilian needs.

PIWC was the national body of oil executives from all parts of the country, representing large and small companies, associations and cooperatives, to which PAW looked for advice and counsel on matters of national scope, and through which it channeled its dealings with the industry as a whole. The Foreign Operations Committee performed the same functions with reference to the activities of American nationals in the field of foreign oil. The district committees were the industry groups through which PAW worked on matters concerning the five respective regions: east coast, middle west, south-west-Gulf coast, Rocky Mountains, and Pacific coast.

The Government-industry experiment began in June 1941 when these United States were still at peace, and when many a sincere citizen still hoped the storm would not come, even though the clouds were ominous.

PAW was just setting up its organization in those days. PIWC was not to come into being for another 5 months, or the Foreign Operations Committee for another 6. Even the district committees were just in their formative stages.

But, with such organization as they had and such tools as they could command, the teammates went to work. They had to, for already the Government had loaned 50 tankers to Britain and the "phoney shortage" was with us. Events moved swiftly in that summer and fall of 1941—getting tank cars into use to replace the tankers, pressing for approval of the Big Inch pipe line, trying to persuade the motoring public to use less gasoline, starting the 100-octane program on its way, getting gasoline and fuel oils to needful England and aviation gasoline to Russia, scrutinizing our crude oil productive capacity so we might know our resources, experiencing the pains of the first formal orders limiting civilian consumption, getting the tankers back from Britain for a brief lull of relief, and then—Pearl Harbor.

**These were the days when Britain was staggering under the bombing of the Luftwaffe; when petroleum stocks on that island were so low that no man dared guess whether they would last. These were the days of which Geoffrey Lloyd of the United Kingdom's Oil Control Board spoke later at a PAW-PIWC meeting, when he voiced thanks for American oil and noted: "* * * and I think that without 100-octane we should not have won the Battle of Britain. But we *had* 100-octane * * *"**

## THE DARKEST YEAR—1942

Then came 1942, America's darkest war year: tankers sinking off the east coast as the submarine struck relentlessly, east coast oil supplies dwindling as the consequence, the Netherlands East Indies with their oil and rubber falling to the Japs, the Nipponese sweeping over the Pacific, Hitler's armies concentrated across England's Channel for the final conquest while Rommel menaced the weary and ill-equipped forces of Montgomery in Africa.

This is the winter when fuel oil stocks in the East take their first dangerous dip toward the crisis point and only by strain and improvisation do Government and industry meet the crisis. This is the winter when the shortage of materials makes itself really felt, when skilled manpower begins to be drawn away by other war industries, when allied tanker operations became pooled worldwide, when east coast oil companies share what petroleum products they can get from the southwest, when trucks and transports are hunted out and taken from their normal uses so they can replace railway tank cars that are being hustled into the desperate effort to replace the tankers.

These are the months that see the beginning of the transportation and distribution revolution—the reversal of all southern and westward movements of pipe lines, tank cars and barges so as to get the oil north and east—the making over of marketing and supply methods by competitively unprecedented practices such as pooling and exchanging, sharing and joint use of facilities—the imposing of limitations on gasoline deliveries in the East and Pacific Northwest—first 20 percent then 33⅓—then 50—and at last, in May, card rationing.

"Oil is Ammunition—Use it Wisely," the Petroleum Industry War Council warns the public, and oil companies spend millions to carry the message in their advertisements. Car sharing begins. Industry pipe liners come through with their far-reaching "Tulsa plan" which remakes the underground conduit system. Asphalt is taken out of street and highway use to be put on the military airport runways. The refineries go through a revolution, too, in order that low value fuel oils may be made instead of the more profitable gasoline. Because transportation isn't available, east coast war products refineries can't get enough crude oil to run at full tilt, and the great fields of the southwest can't produce the crude because it can't be moved.

But the year ends better than it had started. The transportation revolution is succeeding * * * tank cars amaze everyone by moving more than 300,000 barrels of oil to the East daily by the end of February—more than 500,000 in March—beyond 800,000 barrels daily before July has ended. Big Inch is approved in June, and has been pushed phenomenally to the halfway terminal in Illinois by year's end. Through careful coordination of foreign refinery and tanker operations maximum contribution of critical oil supplies from foreign sources is obtained. The 100-octane program, after inching along at tormentingly slow pace because of lack of materials, has seen a better than doubling of output, thanks to toil and ingenuity; and a program to expand foreign facilities is launched. The industry has amazed the nation by the success of its scrap rubber drive. Africa has been invaded—and Guadalcanal—and oil is on the seas and the beaches to carry the invaders to conquest.

**These were the days of which Admiral A. F. Carter later spoke. There had been a day, and it was near dinner time—but he had looked at a sheaf of secret messages; grabbed his telephone; called a Maritime Commission official: "I want to get four tankers moving." "Okay," said the other, "see you in the morning." "Morning, hell! This won't wait 20 minutes!" It was months later, and Carter grunted from a lusty slap on his shoulder. It was Admiral L. Ghormley, fresh back from the Pacific, and he was saying: "How did you happen to send us those four tankers?" "Oh, we figured you'd need them." "Need them! If they hadn't arrived when they did, *we wouldn't have Guadalcanal!*"**

## GREAT EXPANSION UNDER TERRIFIC HANDICAPS—1943

So, we enter 1943. The oil agency comes out of the dark year and into the new as the Petroleum Administration for War, transformed from "Office of Petroleum Coordinator" by executive order of President Roosevelt on December 2, 1942. The first oil moves into Big Inch on New Year's Eve, and sorely needed it is, for the year's first Weekly Supply Bulletin by PAW makes known that the "severity of the east coast supply condition remains unrelieved," mile-long tank car trains are pounding the rails on express schedules, and the emergency pipe line program is pouring more oil eastward.

More and more is the squeeze applied to nonessential oil uses, while uninformed commentators howl with unfelt pain. The second leg of Big Inch got started in January; the first leg's first oil pours into Norris City, Ill., on February 19. But all through the winter the heating oil problem remains an uninterrupted nightmare, its real severity not fully realized, fortunately, by the public. Unprecedented box-car shipments of kerosene in drums are utilized to keep New England from freezing. "Supplies are on a hand-to-mouth basis," the Supply Bulletin reveals in February, and they "reach an all-time low," is the word in March. A week later, the report is that "we hope to squeeze through," but by the next week stocks have dropped again.

Somehow, the winter *is* passed without disaster. By March's end, the pipe liners are struggling through spring mud in the valleys and late snow in the mountains to cross the 200-mile mark on Big Inch's 890-mile eastward sweep from Illinois. Little Big Inch starts creeping through the ditches in April. But new troubles have been spewn by war. The materials situation grows worse, and the drain on manpower threatens all oil operations. The withdrawal of crude oil from the ground has far outpaced the discoveries of new reserves, and production experts are wrestling with the puzzle of how to maintain capacity. So tight is the crude supply in the Midwest that a sharing plan has to be devised by refiners.

Up and down goes the battle—mostly hard-going but sometimes a gain. "Production of 100-octane is far beyond what most people, including myself, had ever dreamed * * * would be possible," Administrator Ickes tells the Truman Committee of the Senate in April. "Tank cars pass the 900,000-barrel-

daily mark in their deliveries to the East," the Supply Bulletin announces the same month. "No!" says OPA as a May Day answer to the Administrator's plea for a crude oil price increase.

Then. through the spring and summer the tireless but futile effort to persuade motorists to use less gasoline * * * stocks dipping steadily * * * the incessant effort to get fuel oil stocks built up for the next winter * * * spot shortages of gasoline and "No Gas" signs at filling stations as rumors inspire motorists to start devastating runs.

By June 19, 1943, Big Inch finishes its journey to the East, and 3 weeks later the tank cars set an all-time record East coast movement of more than a million barrels daily. In August, with transportation improved to the point where all sections east of the Rockies can be supplied on an equal basis, basic rations are made uniform.

The enemy is driven out of North Africa and the Mediterranean, and sea lanes are clear again. Tankers can take the short route from the Persian Gulf, carrying critically needed oil supplies. Increasing quantities of refinery and other oil equipment are shipped to Russia, in addition to a flood of aviation gasoline.

First oil through Big Inch reaches its Phoenixville terminal on August 15. The drive to boost 100-octane production is on in earnest. One out of every three gallons of gasoline is going to war * * * Slowly fuel oil stocks creep up, but troubles harass the oil forces at every turn * * * a hurricane in Texas, floods, storms, and then a flu epidemic among railroad workers just when the lines are groaning under the load of men and materials moving to eastern ports en route to invasion of Europe * * * Reduced rations hit the Pacific coast in October as the Pacific war moves faster.

By year's end, an over-all United Nations supply program has been developed in collaboration with the British, 100-octane production has been multiplied more than four times since early 1942; more than 30 percent of the gasoline and heavy fuel oil, and 25 percent of the lighter oil and kerosene are being swallowed by war. And Christmas week finds "East Coast inventories still far below normal," despite the success of the transportation revolution, the demands of war are too great to permit any other condition * * *

**This was the year when the young Navy lieutenant was standing on the flight deck of his carrier, peering into the fog * * * The fleet had been on the prowl for days, and many a mission had been flown by its planes * * * and the gasoline was running low—*too* low—and the foe was all too close, and tragedy loomed too near * * * and just then: "Out of the mist," he related later, "came a good, gray tanker. It was always that way. Just when we would wonder where our next gasoline was coming, one of these faithful tankers would be there. They never failed us."**

## OIL FOR INVASION—1944

As 1944 dawns, invasion of Europe is in the air. Transportation, once believed solved, becomes a problem again * * * Director Joseph Eastman of the Office of Defense Transportation tells PAW and PIWC confidentially and behind closed doors: "When I tell you that troops are moving to embarkation points, I don't mean *divisions*—I mean *armies.*"

This makes the fuel oil problem serious for the third winter in a row, for transportation is no longer the only worry—now the petroleum products, themselves, are short * * * "We are barely and with difficulty making both ends meet," Deputy Administrator Davies makes known in his mid-February Supply Bulletin. Though the facts dare not be made known lest panic break loose, New York gets down to 2 days' supply of fuel oil, Boston to 2½, Providence to 3. Only by quick shuffling of stocks by the industry Supply and Distribution Committees are the pre-invasion crises met.

By good fortune, Little Big Inch starts delivering heating oil the first week in March, and the hard-pressed oil forces can breathe a bit easier. But, winter over, people begin speculating that this added transportation should mean larger gasoline rations * * * Unable or unwilling to appreciate the prodigious size of the military demand, motorists succumb to the temptations of black markets which drain the scarce supplies.

Then—June 6, D-day—the invasion of Europe is on! Great stores of oil supplies have been stocked at British bases for just this purpose, but vastly greater stores must continue to come—especially 80-octane all-purpose gasoline for thousands upon thousands of land vehicles.

More and more 100-octane plants go on stream, and output soars past 400,000 barrels daily—past 450,000—and still the Services call for more. The war is moving faster and better than anyone thought, and this means oil. At a special meeting in Washington on

June 29, admirals and generals ask oil executives: "Give us more and more aviation gasoline * * *" And they give it. They run their plants until they threaten to break down, and output goes past 500,000 barrels daily.

No longer is our hard-pressed domestic crude oil productive capacity equal to the demands on it, but war is war, so many wells have to be produced at rates that do permanent damage to the reservoir. Only by stepping up imports, mostly from Venezuela, are requirements met. Refinery expansion in the Middle East is completed, and approval is obtained for additional facilities for that area.

By early winter, it looks as though Germany will succumb, and there's a temptation to relax * * * But Germany doesn't. Germany recoils, and there are the tragic days of the "Bulge," and even though crude oil production and refinery runs are at record-breaking peaks the supply position is at razor-edge balance, for military demand on the east coast alone, has mounted by 500,000 barrels a day since a year before.

The year ends, but the war doesn't.

**This was the year when Patton was highballing through France, hell-bent for Germany—when suddenly he stopped—and everybody wondered why. They learned very quickly; he'd run out of gasoline, and he couldn't *move* without gasoline. Had the oil industry failed? Had PAW failed? No, there had been no failure there. The trouble was that the fiery General had moved so fast, his supply line couldn't keep up with him. There were *millions of gallons* of gasoline on the beachhead and in Normandy. The oil industry and PAW had seen to that. But where Patton needed it was in his death-dealing tanks, in the tractors that pulled his big guns at the front. When it reached there, he moved again. Oil was *the* indispensable material.**

## NEARER VICTORY MORE OIL DEMANDED—1945

At last—1945. It won't be long, now, but nobody knows it—yet * * *

January howls into the north and east on the frigid wings of a blizzard that snarls transportation and pulls down supplies. And this is just a starter * * * One storm after another through February ties up tank cars, blocks highways, and ices every harbor north of Baltimore. The Buffalo yards—important gateway to New England—are buried by snow * * * Six thousand tank cars are weather-locked in a single Pennsylvania area. And all this while, demand for oil for the struggle in Europe mounts to unprecedented levels. * * * The outlook is "one of extreme gravity," PAW's Supply Bulletin notes anxiously. A kind Providence lets some tankers through, and many a city and town is kept from running dry.

It looks as though the materials situation, easier as 1944 grew older, will get tight again; and manpower problems remain all but insuperable. Production of crude oil and other petroleum liquids stays above 5,000,000 barrels daily but it still isn't enough, despite all that can be brought in from Venezuela. Military forecasts indicate there won't be enough 100-octane—though output is more than a half million barrels daily—and five new plants are approved. A technical oil mission leaves for Europe to move in with military forces to obtain information on enemy oil processing techniques * * * Another oil mission goes to China.

War is heightening more and more in the Pacific, and tank cars have to move crude oil from west Texas to bolster California production, though its wells are nearing the million-barrel-daily mark * * * Everything is tight, everything is tense, everything is uncertain * * * and then—*Victory in Europe!*

Victory in Europe, and one reason is that the Allies *have* oil; the Germans don't. The shrewd, tough, able Teuton field marshal, Von Runstedt, admits it to newspapermen when he unequivocally attributes his defeat to three factors: the Allies' strategic and tactical bombing, the power of their naval guns, and his own *lack of oil and gasoline for motorized transport*:

**"Had it not been for these factors," the beaten warrior declared. "* * * I am positive that the first Allied landing (in Normandy) would not have been successful and I could have knocked them out * * * *"There was little petrol and everything moved on foot and in wagons."* Von Runstedt was thinking of the "desert fox" Rommel, whose captured trucks told their own story; they were empty of gasoline, or their engines were burned out for lack of proper lubricants. And Von Runstedt was thinking of the once-mighty Luftwaffe, its remnants actually rationed in the sorties they could fly; not enough gasoline. He was thinking of the orders that had had to be issued to his armies: "Move your equipment with men and horses— don't**

use gasoline except in battle." *These* were the German worries; they were never a worry to the Allies.

But now that victory is half won, the pressure is really on for relaxation of restrictions. The Australians are driving the Japs out of Borneo's oil fields. Gasoline rations are upped 2 gallons per coupon, effective June 22. But PAW warns that fuel oil restrictions must remain until Japan quits. Residual fuel oil, basic requirement for naval war, is at its lowest inventory mark since war began. Heavy military demand has drained midwestern and southwestern stocks to critically low levels.

## THE OIL BATTLE WON, OIL RETURNS TO CIVILIAN LIFE

The oil industry works rapidly to shift the emphasis of its operations from East to West * * * In late July, warnings against overconsumption of gasoline are being revived as another shortage threatens. On August 10, the Supply Bulletin warns that "there is no hope whatever for any increase in fuel oil for civilian use until the defeat of the Japanese empire—and 5 days later * * *

"Ample supplies of civilian gasoline will be available, effective immediately. Likewise there will be heating oil adequate to meet normal peacetime requirements."

Thus was the announcement of Administrator Ickes, who added:

*"The great battle won, oil returns to civilian life * * *"*

The "battle *won:*" Those were the words for which oilmen had worked, and worried and even wept. Figures don't give the dimension of the needs they had to fill, but even the figures take on a lustre when applied to the Great Adventure from which they derive.

Just a few of them:

The United Nations armed forces, excluding Russia, used 22 *billion* gallons of petroleum products to conquer Germany, and this does not include the products used to transport men and materials to the scene of action.

In 1945, United States refineries were supplying the military forces with *35 million gallons* of all types of gasoline every day.

Each B-29 required a tank car full of gasoline—10,000 gallons—for a long-range round trip. At the prewar average of 650 gallons per year, that would run an automobile for more than 15 years.

When the Ninth Air Force was bombing Germany daily, its planes were consuming an average of 634,000 gallons of 100-octane aviation gasoline each day.

An armored battalion required 17,000 gallons of gasoline to move 100 miles, even under ideal conditions.

During 1 month of attacks on Japanese shipping in 1944, the Far Eastern Air Forces burned 143,257,000 gallons of aviation fuel.

Service Squadron 10, the floating base for invasion of Okinawa, supplied fighting ships before they jumped off with enough fuel oil to make a train of tank cars 238 miles long—and had enough left over to heat 10,000 homes for a year; supplied enough gasoline to run 30,000 automobiles for a year, and enough lubricating oil to supply a change for 466,000 cars.

The United States Fifth Fleet burned 630,000,000 gallons of fuel oil in 7 weeks during June and July 1944—enough to furnish 255 gallons apiece to 2,500,000 American families.

These are just a few random illustrations, but their meaning is clear: Oil was *the* indispensable material. When the surrender had been signed, the acknowledgements were freely given.

"* * * without question," wrote the Army-Navy Petroleum Board, "one of the great industrial accomplishments in the history of warfare. Because of the resourcefulness, untiring and unceasing efforts, and outstanding accomplishments of the Petroleum Administration for War and the petroleum industry, not a single operation was delayed or impeded because of a lack of petroleum products * * *"

In like vein spoke Senator Joseph C. O'Mahoney, chairman of the Special Senate Committee to Investigate Petroleum Resources:

"I have no hesitation in saying that no achievement in all the history of wartime and of industry ever exceeded (the wartime oil job)."

And the Provost Marshal General, Maj. Gen. Archer L. Lerch:

> The petroleum industry, under the active supervision and direction of the Petroleum Administration for War, attained refining and transportation capacities which, at the start of the war, seemed almost impossible of achievement.

So went the laudations, too numerous to mention here. So ended the undertaking of a team unique in the annals of this Nation, its responsibilities met—*in full,* and *on time.*

APPENDIX 7

# Significant PAW Documents

## EXHIBIT 1

THE WHITE HOUSE,
*Washington, May 28, 1941.*

The Honorable The SECRETARY OF THE INTERIOR,
*Washington, D. C.*

MY DEAR MR. SECRETARY: Recent significant developments indicate the need of coordinating existing Federal authority over oil and gas and insuring that the supply of petroleum and its products will be accommodated to the needs of the Nation and the national defense program. Government functions relating to petroleum problems are now divided among numerous officers and agencies of the Federal Government and the principal oil-producing States. The various phases of operation in the petroleum industry itself are numerous and complex. One of the essential requirements of the national defense program, which must be made the basis of our petroleum defense policy in the unlimited national emergency declared on May 27, 1941, is the development and utilization with maximum efficiency of our petroleum resources and our facilities, present and future, for making petroleum and petroleum products available, adequately and continuously, in the proper forms, at the proper places, and at reasonable prices to meet military and civilian needs.

Some of the problems with which we are now confronted and which require immediate action are: The proper development, production, and utilization of those reserves of crude oils and natural gas that are of strategic importance both in quality and location; elimination or reduction of cross hauling of petroleum and its products and the development of transportation facilities and of methods by which more efficient use can be made of existing transportation and storage facilities; balancing refining operations to secure the maximum yields of specific products with full consideration for requirements, the most economical use of the raw materials, and efficiency of production and distribution; and the elimination of the drilling of unnecessary wells in proven fields and of other unnecessary activities and equipment.

In order to provide the desired coordination, I am hereby designating you as Petroleum Coordinator for National Defense. In that capacity it will be your function and responsibility as my representative:

1. To obtain currently from the States and their agencies, from the petroleum and allied industries, from the officers and agencies of your Department, and from other appropriate Federal departments and agencies information as to (*a*) the military and civilian needs for petroleum and petroleum products, (*b*) the factors affecting the continuous, ready availability of petroleum and petroleum products for those needs, and (*c*) any action proposed which will affect such availability of petroleum and petroleum products.

2. To make specific recommendations to any appropriate department, officer, corporation, or other agency of the Federal Government, particularly the Office of Production Management and the Office of Price Administration and Civilian Supply, to the appropriate agency representing any State or any combination of States, and to any appropriate industry or part thereof, as to action which is necessary or desirable, on the basis of your determinations, to insure the maintenance of a ready and adequate supply of petroleum and petroleum products.

In carrying out these responsibilities, it is expected that you will consult with the several officers and agencies of the Federal Government, and with the States acting severally or in any joint capacity, to the end that all governmental participation shall consistently further the purposes above outlined. It is also expected that you will consult with the petroleum industry and those industries which affect its functioning, to aid them in shaping their policies and operations in the discovery, development, production, processing, transportation, storage, distribution, marketing, consumption, and import and export of petroleum and petroleum products.

In order to facilitate your work and efforts, I am requesting that the several departments and agencies having functions related to the petroleum problem give you antecedent advice of any action proposed which may affect the continuous, ready availability of petroleum or petroleum products for military and civilian needs, so that you may have opportunity to make specific recommendation concerning such action. I am also requesting that they notify you of all meetings and conferences dealing with these problems, so that your representatives may be in attendance when you deem it advisable.

It is suggested that from time to time you call together all or any of the heads of such departments and agencies or their representatives, as a committee to discuss such problems as may arise and to develop ways and means of effectuating the highest degree of coordination of Federal functions for the furtherance of the policy herein outlined. The heads