**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC., | |
| Plaintiffs, | |
| v. | Case No. 06-CV-141<br>(Senior Judge Smith) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

Pursuant to RCFC 56, Plaintiffs Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco Inc., by undersigned counsel, respectfully move for partial summary judgment as to liability against the United States. The grounds for the Plaintiffs' Motion are set forth in Plaintiffs' Brief in Opposition to Defendant's Motion to Dismiss and in Support of their Cross-Motion for Partial Summary Judgment as to Liability, Plaintiffs' Appendix in Support of their Cross-Motion for Partial Summary Judgment as to Liability, and Plaintiffs' Proposed Findings of Uncontroverted Fact in Support of their Cross-Motion for Partial Summary Judgment as to Liability, all filed on June 30, 2006.

Plaintiffs respectfully request that the Court conduct oral argument on this Motion after the close of briefing at the Court's convenience.

Plaintiffs originally filed this Motion on June 30, 2006 under the title "Plaintiffs' Cross-Motion for Partial Summary Judgment as to Liability." On July 5, 2006, the Court's law clerk

informed Plaintiffs' counsel that Plaintiffs' Motion for Partial Summary Judgment could not be considered a cross-motion because the Government had not moved for summary judgment. Accordingly, the Court's law clerk requested that Plaintiffs re-file the Motion without the word "Cross" in the title.

July 5, 2006

Respectfully Submitted,

s/ Michael W. Kirk
Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
555 Eleventh Street, NW
Suite 750
Washington, DC 20004
(202) 220-9600
(202) 220-9601 (fax)

*Of Counsel*:
Nicholas A. Oldham
COOPER & KIRK, PLLC
555 Eleventh Street, N.W.
Suite 750
Washington, D.C. 20004
(202) 220-9600
(202) 220-9601 (fax)

**CERTIFICATE OF FILING**

I certify that on July 5, 2006, the attached document was filed electronically. I understand that service is complete upon filing and that parties may access this filing through the Court's ECF system.

s/ Michael W. Kirk
Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
555 Eleventh Street, NW
Suite 750
Washington, DC 20004
(202) 220-9600
(202) 220-9601 (fax)

*Of Counsel*:
Nicholas A. Oldham
COOPER & KIRK, PLLC
555 Eleventh Street, N.W.
Suite 750
Washington, D.C. 20004
(202) 220-9600
(202) 220-9601 (fax)