# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC**. | * | No. 06-141C |
| *Plaintiffs,* | * | |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | Filed: July 10, 2006 |
| *Defendant.* | * | |

**ORDER**

The Court hereby GRANTS Plaintiffs' Unopposed Motion to Exceed the Page Limit.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE