IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO, INC., | ) | |
| Plaintiffs, | ) | No. 06-141 C (Senior Judge Smith) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO SUBMIT MOTION**
**OUT OF TIME, AND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6 and 6.1 of the Court's Rules, defendant, the United States, respectfully requests the Court to (i) accept this motion for filing three days out of time and (ii) enlarge by four days, from August 7 to and including August 11, 2006, the due date for the Government's opposition to plaintiffs' motion for summary judgment and reply in support of our dispositive motion. We also respectfully request the Court to further enlarge the corresponding due date for plaintiffs' response by five business days, from August 25 to and including September 1, 2006. This is our first motion to enlarge these deadlines. Counsel of record for Shell Oil Company and the other plaintiffs indicates plaintiffs do not oppose the motion for enlargement of time, subject to the inclusion of the request to enlarge plaintiffs' next deadline, in order to accommodate counsel's vacation schedule.

Undersigned counsel prepared this motion, converted it to Portable Document Format for filing, and believed he had filed it electronically on August 7. When reviewing the docket on August 10, counsel noted there was no record of the filing of the motion and immediately prepared this motion for supervisory review and filing. We regret any resulting inconvenience.

We seek the enlargement of time to file our brief principally because undersigned counsel for defendant participated in a deposition in Dallas, Texas, on August 4 and was responsible for, among other matters, filing a reply in support of summary judgment in Huntleigh USA Corp. v. United States, 03-2670C (Judge Margolis), on August 7 and an expedited response to a motion to compel and for discovery-related sanctions in United Medical Supply Co. v. United States, 03-289C (Judge Allegra), on August 9. Under these circumstances, both requested enlargements of time are reasonable and should cause no prejudice or undue delay.

## CONCLUSION

For the reasons above, we respectfully request the Court to accept this motion out of time; enlarge by four days, from August 7 to and including August 11, 2006, the due date for the Government's next brief; and further enlarge by five business days (seven calendar days), from August 25 to and including September 1, 2006, the corresponding date for plaintiff's reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
by DEK
DAVID M. COHEN
Director

S/Kyle Chadwick
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-7644

Attorneys for Defendant

August 10, 2006

CERTIFICATE OF FILING

I certify that on August 10, 2006, the attached was filed electronically. Service is complete upon filing and parties and others may access this filing through the Court's system.

s/Kyle Chadwick