# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC**. * No. 06-141C
*
*Plaintiffs,* *
*
v. * Senior Judge Loren A. Smith
*
**THE UNITED STATES**, *
* Filed: August 10, 2006
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Motion for Leave to Submit Motion Out of Time and Unopposed Motion for Enlargement of Time. Defendant's response and reply shall be filed and served on or before August 11, 2006. Plaintiff's' reply shall be filed and served on or before September 1, 2006.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE