# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.** | * | No. 06-141C |
| *Plaintiffs,* | * | |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES,** | * | Filed: September 6, 2006 |
| *Defendant.* | * | |

**ORDER**

The Court hereby SCHEDULES Oral Argument on Plaintiffs' Motion for Partial Summary Judgment and Defendant's Motion to Dismiss and Response to Plaintiffs' Motion for Partial Summary Judgment to be held on November 8, 2006 at 11:00 a.m. in Courtroom #9, National Courts Building.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE