# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.** | * | No. 06-141C |
| *Plaintiffs,* | * | |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES,** | * | |
| | * | Filed: November 27, 2006 |
| *Defendant.* | * | |

**ORDER**

The Court hereby RESCHEDULES Oral Argument on Defendant's Motion to Dismiss and Response to Plaintiffs' Cross-Motion for Partial Summary Judgment and Plaintiffs' Cross-Motion for Partial Summary Judgment originally scheduled for November 29, 2006 at 11:00 a.m. EST to January 19, 2007 at 2:00 p.m. EST at the United States Court of Federal Claims, Howard T. Markey National Courts Building, Courtroom #9.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE