# In the United States Court of Federal Claims

| | |
|---|---|
| **SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.** | No. 06-141C |
| *Plaintiffs,* | |
| v. | Senior Judge Loren A. Smith |
| **THE UNITED STATES,** | Filed: February 27, 2008 |
| *Defendant.* | |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Tuesday, March 11, 2008 at 11:00 a.m. to discuss the damages phase of this litigation.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE