# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC**.

No. 06-141C

*Plaintiffs,*

v.

Senior Judge Loren A. Smith

**THE UNITED STATES**,

Filed: February 28, 2008

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Tuesday, March 11, 2008 at 12:15 p.m. to discuss the damages phase of this litigation.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE