# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC**. | * | No. 06-141C |
| *Plaintiffs,* | * | |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | |
| | * | Filed: March 11, 2008 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**AMENDED ORDER**

Pursuant to the status conference held on March 11, 2008, the Court hereby **SCHEDULES** a telephone status conference for Thursday, May 15, 2008 at 2:30 p.m. to discuss further litigation in this matter.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE