# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**SHELL OIL COMPANY, UNION OIL** *
**COMPANY OF CALIFORNIA, ATLANTIC** *
**RICHFIELD COMPANY, and TEXACO INC**. * No. 06-141C
*
*Plaintiffs,* *
*
v. * Senior Judge Loren A. Smith
*
**THE UNITED STATES**, *
* Filed: May 15, 2008
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the status conference held on May 15, 2008, the Court hereby **ORDERS** the following briefing schedule for summary judgment motions:

Plaintiffs' brief shall be filed and served on or before June 20, 2008.
Defendant's response shall be filed and served on or before July 11, 2008.
Plaintiff's reply shall be filed and served on or before July 25, 2008.

The Court further **SCHEDULES** oral argument for Thursday, August 21, 2008 at 3:00 p.m. in Courtroom #9, United States Court of Federal Claims, Washington, DC.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE