**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 06-CV-141<br>(Senior Judge Smith) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to RCFC 56, Plaintiffs Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco Inc., by undersigned counsel, respectfully move for summary judgment. Plaintiffs respectfully submit that they are entitled to the entry of judgment awarding damages totaling $84,536,763.65 through June 30, 2008, plus any additional damages and interest accruing after the filing of this motion before the entry of judgment.[1] The damage award should be allotted among the Plaintiffs as follows: $49,521,636.14 (58.58 percent) payable to Plaintiff Shell Oil Company, $16,011,263.04 (18.94 percent) payable to Plaintiff Union Oil Company of California, $16,011,263.04 (18.94 percent) payable to Plaintiff Atlantic Richfield Company, and $2,992,601.43 (3.54 percent) payable to Plaintiff Texaco, Inc.

[1] As explained in Plaintiffs' supporting Brief, contractual damages and statutory interest continue to accrue. Plaintiffs will supplement their damage calculations prior to the entry of judgment.

The grounds for the Plaintiffs' motion are set forth in the accompanying Brief. Plaintiffs also file herewith their Appendix in Support of their Motion for Summary Judgment and Proposed Findings of Uncontroverted Fact.

June 20, 2008

Respectfully Submitted,

s/ Michael W. Kirk

Michael W. Kirk
*Counsel of Record*

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
(202) 220-9601 (fax)

Counsel for Plaintiffs Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco Inc.

*Of Counsel*:

Michael Weitzner

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
(202) 220-9601 (fax)

**CERTIFICATE OF FILING**

I certify that on June 20, 2008, the attached document was filed electronically. I understand that service is complete upon filing and that parties may access this filing through the Court's ECF system.

s/Michael W. Kirk
Michael W. Kirk
*Counsel of Record*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)