relating to the Site, Settling Defendants shall not assert, and may not maintain, any defense or claim based upon the principles of waiver, res judicata, collateral estoppel, issue preclusion, claim-splitting, or other defenses based upon any contention that the claims raised by the United States or the State in the subsequent proceeding were or should have been brought in the instant case; provided, however, that nothing in this Paragraph affects the enforceability of the covenants not to sue set forth in Section VIII (Covenant Not to Sue and Reservation of Rights by the United States and the State).

19. Plaintiffs agree that they will not oppose an application filed after the lodging of the Decree to lift the stay regarding the Settling Defendants' counterclaims on or after the date of entry of the Decree. This is without prejudice to any position taken by the United States as counterdefendants, which specifically reserve their rights to oppose any specific dates which may be proposed by the Settling Defendants, relating to the resumption of discovery, pre-trial conference, or the conducting of any pre-trial matters. Plaintiffs further agree that they will not seek to stay or otherwise delay the counterclaims if Plaintiffs file a supplemental response cost claim prior to a final order on the counterclaims. Settling Defendants likewise agree that they will not seek to stay or otherwise delay the supplemental response cost claim and further agree that the supplemental cost claim may proceed simultaneously with the counterclaims.

## XI. NOTICES AND SUBMISSIONS

20. Whenever, under the terms of this Consent Decree, notice is required to be given or a document is required to be sent by one party to another, it shall be directed to the individuals at the addresses specified below, unless those individuals or their successors give notice of a change to the other Parties in writing. Written notice as specified herein shall constitute complete satisfaction of any written notice requirement of the Consent Decree with respect to EPA, DOJ and the State, and the Settling Defendants, respectively.

<u>As to the United States or DOJ:</u>

John Cruden
Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044

Re: <u>United States v. Shell Oil Co. 91-0589 RJK</u>
DOJ Number 90-11-2-3A

<u>As to EPA</u>:

Michael Montgomery
Remedial Project Manager
EPA Region IX
75 Hawthorne Street, H-6
San Francisco, California 94105

and

Greg Ritter
Office of Regional Counsel
EPA Region IX
75 Hawthorne Street, RC-3
San Francisco, California 94105

As to the State:

Caroline Rudolph, Project Manager
Program Development and Technical Support Branch
Department of Toxic Substances Control
400 P Street, 4th Floor
P.O. Box 806
Sacramento, CA 95812-0806

and

Steve Koyasako, Staff Attorney
Office of Legal Counsel
Department of Toxic Substances Control
400 P Street, 4th Floor
P.O. Box 806
Sacramento, CA 95812-0806

and

Timothy R. Patterson
Office of the Attorney General
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, California 92186-5266

The following shall serve as the contact for all Settling Defendants:

Kathleen C. Gillmore, Esq.
Legal Department
Shell Oil Company
Suite 4884
One Shell Plaza
900 Louisiana Street
Houston, Texas 77002

## XII. RETENTION OF JURISDICTION

21. This Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Consent Decree.

## XIII. LODGING AND OPPORTUNITY FOR PUBLIC COMMENT

22. This Consent Decree shall be lodged with the Court for a period of thirty (30) days for public notice and comment. The

United States reserves the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations which indicate that this Consent Decree is inappropriate, improper, or inadequate. Settling Defendants consent to the entry of this Consent Decree without regard to the comments received and without further notice.

23. If for any reason this Court should decline to approve this Consent Decree in the form presented, this agreement is voidable at the sole discretion of any party and the terms of the agreement may not be used as evidence in any litigation between the Parties.

## XIV. SIGNATORIES/SERVICE

24. Each undersigned representative of a Settling Defendant to this Consent Decree, the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice, and the Deputy Director of the Site Mitigation Program, Department of Toxic Substances Control, California Environmental Protection Agency, certifies that he or she is fully authorized to enter into the terms and conditions of this Consent Decree and to execute and legally bind such party to this document.

25. Each Settling Defendant hereby agrees not to oppose entry of this Consent Decree by this Court or to challenge any provision of this Consent Decree, unless the United States has notified Settling Defendants in writing that the United States no longer supports entry of the Consent Decree.

signature page, the name and address of an agent authorized to accept service of process by mail on behalf of that party with respect to all matters arising under or relating to this Consent Decree. Settling Defendants hereby agree to accept service in that manner and to waive the formal service requirements set forth in Rule 4 of the Federal Rules of Civil Procedure and any applicable local rules of this Court, including but not limited to, service of a summons.

SO ORDERED THIS 9 DAY OF December, 1994.

ROBERT J. KELLEHER
United States District Judge

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of United States of America, et al. v. Shell Oil Co., et al., No. Cv-91-0589 RJK(Ex), relating to the McColl Superfund Site.

FOR THE UNITED STATES OF AMERICA

Date: 9/-/94

LOIS J. SCHIFFER
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

PETER HSIAO
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012

WILLIAM A. WEINISCHKE
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044

STEVEN A. HERMAN
Assistant Administrator for Enforcement
U.S. Environmental Protection Agency
401 M Street, SW
Washington, DC 20460

JOHN C. WISE
Deputy Regional Administrator
Region IX
U.S. Environmental Protection Agency
75 Hawthorne Street
San Francisco, California 94105

GREGORY A. RITTER
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street
San Francisco, California 94105

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of United States of America, et al. v. Shell Oil Co., et al., No. Cv-91-0589 RJK(Ex), relating to the McColl Superfund Site.

FOR THE STATE OF CALIFORNIA, EX REL., CALIFORNIA DEPARTMENT OF HEALTH SERVICES, HAZARDOUS SUBSTANCE ACCOUNT, AND HAZARDOUS SUBSTANCE CLEANUP FUND

Date: 6/23/94 Margaret Felts

MARGARET FELTS
Deputy Director
Site Mitigation Program
Department of Toxic Substances Control
California Environmental Protection Agency
400 P Street, 4th Floor
P.O. Box 806
Sacramento, CA 95812-0806

Steve Koyasako

STEVE KOYASAKO
Staff Attorney
Office of Legal Counsel
Department of Toxic Substances Control
400 P Street, 4th Floor
P.O. Box 806
Sacramento, CA 95812-0806

DANIEL E. LUNGREN
Attorney General
RODERICK WALSTON
Chief Assistant Attorney General
THEODORA BERGER
Assistant Attorney General

Timothy R. Patterson

TIMOTHY R. PATTERSON
Deputy Attorney General
California Department of Justice
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, California 92186-5266

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of United States of America, et al. v. Shell Oil Co., et al., No. Cv-91-0589 RJK(Ex), relating to the McColl Superfund Site.

FOR DEFENDANT SHELL OIL COMPANY

Date: 5/26/94

Rand N. Shulman
General Manager, Health Safety & Environment

Agent Authorized to Accept Service on Behalf of Shell Oil Company:

Kathleen C. Gillmore, Esq.
Legal Department
Shell Oil Company
Suite 4884
One Shell Plaza
900 Louisiana Street
Houston, Texas 77002

FOR DEFENDANT UNION OIL COMPANY OF CALIFORNIA

Date: ____________________

W. Carroll Jackson
General Manager, Corporate Environmental Remediation Technology Group

Agent Authorized to Accept Service on Behalf of Union Oil Company of California:

Robert King
Manager, Superfund Project
1201 West Fifth Street
Los Angeles, California 90017

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of United States of America, et al. v. Shell Oil Co., et al., No. Cv-91-0589 RJK(Ex), relating to the McColl Superfund Site.

FOR DEFENDANT SHELL OIL COMPANY

Date: ____________________

____________________
Rand N. Shulman
General Manager, Health Safety & Environment

Agent Authorized to Accept Service on Behalf of Shell Oil Company:

Kathleen C. Gillmore, Esq.
Legal Department
Shell Oil Company
Suite 4884
One Shell Plaza
900 Louisiana Street
Houston, Texas 77002

FOR DEFENDANT UNION OIL COMPANY OF CALIFORNIA

Date: June 17, 1994

[signature]
W. Carroll Jackson
General Manager, Corporate Environmental Remediation Technology Group

Agent Authorized to Accept Service on Behalf of Union Oil Company of California:

Robert King
Manager, Superfund Project
1201 West Fifth Street
Los Angeles, California 90017