The McColl Site

1. As this Court has already found, the McColl Site is a facility containing hazardous substances from which there has been a release or threatened release for which the United States has incurred response costs. Defendants contracted with Eli McColl to transport their acid waste and dispose of it at the McColl Site. [co1]

2. Dumping at the McColl Site began in June 1942 and continued until approximately September 6, 1946, over a year after the end of World War II. Eli McColl's municipal permit was originally scheduled to expire on June 8, 1946, but McColl petitioned for and obtained an 90-day extension of that permit. [us349]

3. The waste at McColl contains benzene. [co184]

100 Octane Aviation Gasoline

4. During World War II, the most critically needed refinery product was 100 octane aviation gasoline, often referred to herein as "avgas." [co13]

5. 100 octane gasoline permitted aircraft to attain greater speeds, higher ceilings, faster rates of climb and the ability to carry a heavier payload, advantages unavailable to the Axis. [co14]

6. Throughout the war, the War Production Board (WPB) maintained a short list of critical war products that were essential for combat activity. 100 octane aviation gasoline was on the list for the entire war. [co15]

7. Avgas was a blend of various hydrocarbon components intended to meet the requirements of high compression aircraft engines. Two primary requirements had to be met: 1) octane rating and 2)

capacity for production thereof fully adequate for the post-war era." [us188]

316. The Richfield 1945 annual report also states:

"While most of the Corporations new refining facilities are being operated in connection with the manufacture of motor gasolines for the civilian trade, refinery operations as a whole since the war have been at a reduced rate, as compared with the war period, because of diminished military demand for aviation and other gasolines." [co212]

317. Richfield noted in its 1946 annual report that its wartime additions "proved well adaptable to peacetime uses and no substantial capital expenditure was made [to convert] the refinery [to peacetime use]." [us189]

318. Capital expenditures for Watson became necessary in 1952 in response to California's extraordinary population growth. [us190]

Use of Sulfuric Acid

319. The impact of contracts between the government and oil companies nationwide which contemplated the construction of avgas facilities and the government purchase of avgas, plus allocation and blending programs of the OPC and PAW and government purchases and sale of intermediate products was to dramatically increase the production of avgas during the war. Production of aviation gasoline increased from 40,000 barrels a day in December 1941 to 514,000 barrels a day in 1945, a twelve-fold increase. [co103]

320. Each increase in production of avgas was matched by an increased requirement of 98% sulfuric acid in order to produce alkylate. [co104]

321. Because of other uses of acid in the refinery and less efficient use of acid in alkylation at the start of the war, the actual growth of acid use was not as dramatic as the increase in aviation gasoline production. According to the Shell operating reports for its Los Angeles refineries, annual acid use went from 24 million pounds in 1941 to 120 million pounds at the peak in 1944, a five fold increase. [co105]

322. Sulfuric acid is used by refineries primarily as a catalyst or for treatment of product. Generally, sulfuric acid is not incorporated into products leaving the refinery. For example, during the war years at Shell's Los Angeles refinery, roughly 10% of acid was consumed within the refinery. Thus, virtually all the acid coming into the refinery must leave the refinery after use. [co106]

323. The Oil Companies' Southern California refineries generated two general types of sulfuric acid by-products during the war: "spent alkylation acid" and "acid sludge." Spent alkylation acid was 87% to 90% sulfuric acid by weight and could be reused and recycled within the refineries up to the limit of other processes that could use spent alkylation acid. [us299]

324. Acid sludge was different. It contained only 45% to 65% unreacted and reacted sulfuric acid by weight, and generally could not be put to further use within the refineries. [us300]

325. In 1941, 85% of the fresh sulfuric acid going into the Shell Los Angeles refineries was used for alkylation, a figure that reached 91% in 1944. Depending on the year, some or all of the spent alkylation acid was reused within the refinery to treat

other products, including motor gasoline, kerosene, lubricating oil, and aviation gasoline components. [co107]

326. Just before Pearl Harbor, the OPC initiated a sulfuric acid survey for "the determination of prospective requirements of refineries for sulphuric acid in view of the large required expansion of alkylation precesses." One of the six questions was: "5. Procedure for disposing of acid sludge if no acid recovery system in operation:" [co108]

327. A compilation of District Five results dated early January 1942, shows that eight refineries dumped acid sludge (including Richfield and Shell); three hauled it away, destination unknown; Texas Co. burned it; and Union replied, "Given away." [co109]

328. On August 8, 1942, an OPC national acid survey showed that every District in the nation dumped waste sulfuric acid and that 12 refineries in District 5 dumped waste acid including Richfield, Texaco, and Shell. [co110]

329. Fresh sulfuric acid was in short supply in California from the end of 1943 through the end of the war. Refinery spent alkylation acid could be a valuable commodity since, for many industrial processes, spent alkylation acid could substitute for fresh acid, thereby freeing up fresh acid for use in alkylation. For example, spent sulfuric acid could be used to treat other refinery products, to manufacture ammonium sulfate and superphosphates and to pickle steel. Sulfuric acid sludge could be used in the manufacture of ammonium sulfate although the demands were small. Spent alkylation acid and acid sludge could also be regenerated into fresh acid. However, acid sludge was

much more difficult to regenerate than spent alkylation acid. [co111]

330. Spent alkylation acid was used primarily within the Shell Los Angeles refineries in 1941 through 1942. However, the excess rose [substantially] beyond refinery needs through 1945. [co113]

331. The Second War Powers Act provided that "the President may allocate such material or facilities in such manner, upon such conditions and to such extent as he shall deem necessary or appropriate in the public interest and to promote the national defense." [us284]

332. During World War II, the United States regulated sulfuric acid production and usage in California through three principal means: (i) orders allocating sulfuric acid pursuant to Material Conservation Order M-257; (ii) approval or denial of applications to build sulfuric acid production and reprocessing facilities pursuant to Limitation Order L-41, and (iii) efforts to expedite the efficient use of various grades of used sulfuric acid in order to free up scarce "fresh" sulfuric acid. [us259]

Sulfuric Acid Allocation

333. M-257 was issued on December 5, 1942; however, no sulfuric acid was actually allocated in California until December 1, 1943. [us268]

334. The WPB shifted allocation of sulfuric acid from M-257 to M-300 in November 1944. [us264]

335. Sulfuric acid allocation authority ended when Order M-300 was revoked on August 31, 1945. [us265]

336. Like other material conservation orders, M-257 itself did not allocate sulfuric acid. Rather, it established procedures

343. The Defendants privately contracted with chemical companies to reprocess their excess spent alkylation acid. [us316]

344. In 1928, Shell and Stauffer formed a company to provide acid to Shell at Dominguez. Shell had a 50% interest in earnings until 1936 with an option to turn the earnings into a 50% share of the company. It chose not to exercise the option and Stauffer gained 100% control over the Dominguez acid facility. The plant continued to provide acid to the Shell refinery. [us317]

345. Stauffer's Dominguez plant and Shell's Wilmington/Dominguez refinery were across the street from each other and were connected by pipelines. [us318]

346. In September and October of 1942, Shell and Stauffer were negotiating a contract under which Stauffer agreed to sell approximately 150 tons a day of fresh acid to Shell and to pay Shell $3.00 per ton for approximately 100 tons a day of spent alkylation acid Stauffer received back from Shell. Stauffer had the further right to acquire up to 10 tons a day of acid sludge at no charge. Shell had considered building its own reprocessing facility, but ultimately "found the better procedure would be contracting with Stauffer." [us319]

347. It was cheaper for Stauffer to build a spent acid decomposition plant because Stauffer's existing plant already contained much of the needed equipment. [us320]

348. Richfield and Texaco arranged with Stauffer to reprocess spent alkylation acid. [us321]

349. Richfield's Wilmington refinery was connected to Stauffer's Dominguez plant by pipeline at some time during the war. [us322]

350. Union reprocessed spent alkylation acid at the General Chemical Company and at Stauffer. [us323]

351. Stauffer opened its first reprocessing plant at Dominguez, and in late 1943, began operating a second plant it acquired at Torrance. At the same time, the company began planning a second Dominguez plant ("Dominguez No. 2"), designed to reprocess both spent alkylation acid and acid sludge. [us324]

352. In December 1943, the WPB authorized priority ratings for Stauffer to build Dominguez No. 2. [us325]

353. General Chemical Company also constructed spent alkylation acid reprocessing plants in Southern California. [us326]

354. Stauffer entered into a contract with Shell in 1942 to construct an acid reclamation plant that would use spent alkylation acid. This plant had technical limitations on acid strength and organic content. The spent acid had to be between 85-90% acid and no more than 6-8% organic content. If these criteria were not met, the used acid would be rejected. These limitations were required in order to reprocess the acid to 98% strength that could be used in alkylation. [co130]

355. Union built an acid reprocessing plant at its Wilmington refinery in the early 1930s, but shut it down because of problems. [us306]

356. In the early 1950s, through a subsidiary, Union built an acid reprocessing plant at the refinery. [co219]

<u>Problems at Stauffer Dominguez Plant No. 2</u>

357. Between June and September 1943, Stauffer determined to build a second reclamation plant for new alkylation facilities which was approved by the WPB for priorities in December 1943.

It was supposed to process 100 tons of spent acid and 100 tons of PD acid sludge a day. In the fall of 1944 as it was brought on line, operational problems developed since "the attempts to use a higher percentage of the P.D. sludge was not satisfactory in that we could not make the 7 percent gas [sulfur dioxide] going to the acid plant for the 98 to 100 percent sulfuric acid." [co131]

358. As early as June 1944, prior to the Dominguez No. 2 plant's completion, Stauffer was aware that the plant might need to be modified to work as expected. As of September 1944, tests were inconclusive and it was decided to continue to build the original design before installing modifications. On February 1, 1945, the company decided to continue operation of the plant as completed for 90 additional days in order to continue testing the equipment. On February 27, 1945, on the advice of the president of another chemical company and a representative of the WPB, Stauffer decided to modify Dominguez No. 2 by adding additional equipment. [us331]

359. When Stauffer decided on February 27, 1945, to modify its plant, the WPB promptly granted a priority rating for this project. [us333]

360. As of March 2, 1945, a report of the Aviation and Technological Sections, WPB, noted: "The Chemical Bureau reported that the new acid sludge disposal plant of the Stauffer Chemical Company, Dominguez California, rated at 200 tons per day cannot handle more than 60 tons a day." By May 23, 1945, capacity was up to 120 tons per day. [co132]

361. AGAC Minutes from March 19, 1945, reflect: "There is a definite sludge disposal problem in District 5 occasioned

primarily by the fact that the Stauffer sludge plant had so far failed to operate at its expected capacity. Mr. Hyde pointed out that in District 5, spent acid was currently going into storage at the rate of 100-200 tons per day because of lack of means of disposal at the present time." [co133]

362. April 11, 1945, Minutes of the Aviation Gasoline Subcommittee show that the Stauffer plant was being overhauled and expected to be on line in July 1945. The Stauffer Board Minutes for August 7, 1945 indicate that the plant finally was operating at 185 tons a day by burning sulfur with alkylation acid. [co135]

363. Dr. Raymond Reuter prepared a PAW Memorandum addressing the acid situation on the West Coast as of May 5, 1945, attributing the lack of production from the Los Angeles area to "the failure of Stauffer Chemical Company's new acid sludge decomposition [regeneration] plant." [co136]

364. The Stauffer plant failure resulted in the dumping of both spent alkylation acid and acid sludge in late 1944 and 1945. According to AGAC minutes, Monroe Spaght of Shell Oil Co. reported to the PAW Aviation Gasoline Advisory Committee on December 11, 1944, that Southern California refineries were dumping spent acid. [co137]

365. As stated in the October 13, 1944 Summary of Meeting of the Inorganic Acids Committee regarding a proposed sulfuric acid reclamation plant in Texas:

> "One of the committee members said that when his company built a similar regeneration plant in California, it took a year to complete the project. Another said that type of

tons capacity, and Union had temporarily used fresh acid storage tanks. It indicated that existing reprocessing capacity was insufficient. The shortage of reprocessing capacity was estimated at 100 to 200 tons per day in California at that time. The Southern California refiners were able to reprocess their excess spent alkylation acid in Northern California until some time in February, when new alkylation units came on line in Northern California. It was not until April 1945 that additional storage capacity at Wilshire Oil Company was obtained awaiting repairs to the new Stauffer plant. [co139]

375. In December 1944, the Texas Co. telegrams to PAW on acid treatment of its cat cracker base stock reported difficulties with acid sludge disposal. Since aviation base stock and other acid-treated products such as motor gasoline, kerosene, and lubricating oil continued in production, acid sludge too had to have been dumped. Acid sludge dumping was not halted by the Wilshire storage. [co140]

376. Acid sludge reclamation plants did not pose a problem of technical feasibility. The Texas Co. plant had operated for 8 years in the 1930s when P.D. sludge was the only waste acid. However, acid sludge was more difficult and expensive to reprocess than spent alkylation acid.

In addition, Stauffer's plants were designed to reprocess spent alkylation acid with a spray burning technology. By including a substantial percentage of P.D. sludge in the reprocessing, the resulting sulfur dioxide gas was not sufficiently concentrated to permit the production of 98 to 100 percent fresh acid for alkylation. [co141]

377. According to Shell's Wilmington/Dominguez operating reports, spent alkylation acid from Shell's refinery was not dumped between 1939 and 1941, except for 2,000 barrels dumped in 1941. [us328]

378. On December 7, 1942, R.B. Cragin of PAW, sent to D.W. Wilson an interoffice memorandum, attaching a separate memorandum from Mr. Apjohn, discussing an acid disposal problem in the Gulf Coast. In Mr. Cragin's memorandum he states: "I am assuming that you [an employee of PAW] are taking the responsibility for the acid disposal problem for all companies and would appreciate some advice from you as to the steps which are being taken." [co144][2]

<u>Regeneration Plants Declined By WPB</u>

379. The WPB declined to authorize priorities during the war for acid regeneration plants in California only on two occasions. The first occasion involved a Texaco proposal to build a 52-ton-per-day acid reprocessing plant to reprocess spent alkylation acid and acid sludge from Texaco's planned refinery expansion. Texaco anticipated reprocessing about 40 tons per day of spent alkylation acid and 12 to 14 tons per day of acid sludge. [us337]

380. Texas Co. had operated an acid reclamation plant from 1930 to 1938. As part of its application for new avgas facilities in early 1942, it sought to construct a new acid reclamation plant.

---

[2] The parties agree that the documents referencing the WPB's "responsibility" over sulfuric acid in stipulations ___ are quoted accurately but disagree about the interpretation of those documents. The United States' interpretation of these documents is set forth in its February 18, 1995, Opening Brief at pages 27-31, and its April 13, 1995 Reply Brief at page 20. The Defendants contend that the meaning of the word "responsibility" must be taken from the context of the documents and the regulatory authority of the WPB and PAW.

The plant would have treated approximately 40 tons of spent alkylation acid per day. The plant would have also treated between 12 and 14 tons of acid sludge a day. This request was denied by WPB in March, 1943, because of the Government's belief that existing facilities could take care of the acid supply and disposal problems. At that time, no other reclamation facilities were contemplated that would treat acid sludge. As of May 19, 1943, Texaco was not able to find such other facilities. However, Texas, at some point, did contract with Stauffer to reprocess Texas' spent alkylation acid. [co121]

381. The WPB denied Texaco's request for priorities in March 1943 on the basis that Stauffer could reprocess Texaco's spent alkylation acid. Dr. Wayne Kuhn testified: "And if they wanted a hundred octane gasoline, it should not be deleted, they should have put in the acid facilities, which they declined to do so." Dr. Kuhn further testified: "We were not in the business of building file cabinets . . . we also were in not in the acid recovery business, and that was a business of others." "As long as another company was going to handle it, we didn't give it much priority." Stauffer's March 9, 1943, Board Meeting minutes state: "It had been suggested by the management of Stauffer Chemical Company that arrangements be made to contract with the Texas Company for the purchase by the Stauffer Chemical Company of all of the alkylation sludge acid produced at the high octane gasoline plant to be constructed by The Texas Company in Southern California. It appeared likely that if the alkylation sludge acid so produced was not purchased by the Stauffer Chemical Company, the Texas Company might construct its own sulfuric acid