plant with a consequent loss to the Stauffer Chemical Company of one of its valued customers. No action was taken on the proposal of the management but the directors generally agreed that every effort would be made to make a contract with the Texas Company which would preserve the Texas Company as a customer of Stauffer Chemical Company." [us338]

382. Texaco ceased operating its acid sludge recovery plant in 1938. As of December 1941, Texaco had not restarted this plant and stated that doing so would require "considerable time and major expense." [us307]

383. The other WPB refusal to authorize priority ratings concerned an acid reclamation plant proposed by the Monsanto company. This plant was would have been built near San Francisco and would have been devoted exclusively to the Tidewater refinery in that area. [us341]

384. WPB approved priority ratings for the Monsanto plant in January 1944. [us342]

385. Monsanto delayed building this plant as a result of a disagreement with the Government over the amount of accelerated depreciation Monsanto should receive under its so-called "Certificate of Necessity." [us343]

386. Tidewater Associated Oil Company requested WPB approval of an acid regeneration plant proposed by Monsanto to handle anticipated additional spent alkylation acid and acid sludge from an alkylation plant and fluid cat cracker then being constructed. In a letter to the WPB, dated June 9, 1944, Tidewater explained:

> "Under our present and proposed operations, a number of different kinds of sulfuric acid sludges are produced

the plant. Smith wrote that "these figures [were] dependant upon promised arrival of tank cars to handle the movement." [co116]

402. Report 8 concerning the Union and Shell Los Angeles refineries noted that their acid sludge in the month of December was being dumped. The Union report noted in particular that "will ship to Shell Chemical soon as cars available." Richard Smith testified that this report indicated that the immediate cause of Union's dumping was a shortage of tank cars. [co116.1]

403. The WPB's Smith occasionally worked with refiners to find available tank cars which the refiners could use to move spent alkylation acid or acid sludge. Final arrangements for tank car usage were made by the companies involved. [us296]

404. Richard Smith testified: "Now, in the case of local tank car shortages, obviously we could not move various kinds of spent acids and sludges as we might prefer to do. What happened in this case, I understand some of those sludges were dumped . . . ." Smith testified that this happened "rarely," but on "at least one occasion" [co118]

405. Although tank cars were sometimes in short supply during World War II, Richard Smith knew of only one or two instances in which a shortage contributed to dumping of acid sludge that might otherwise have been taken elsewhere. [us298]

406. Smith also identified refinery processes capable of using spent, rather than fresh, sulfuric acid, thus making scarce fresh acid available for processes that could only use fresh acid. [us280]

407. Richard Smith helped California refiners free up fresh acid for alkylation by helping identify manufacturing processes elsewhere where spent acids could be used. [us290]

408. One use for sulfuric acid by-products was regeneration into fresh acid. [co119]

Acid Sludge Disposal

409. Shell's Wilmington/Dominguez refinery operating reports specify the quantities of acid sludge burned or otherwise disposed of in the years immediately preceding the war:

1939: 47,000 barrels burned, 1,000 barrels "disposed of by Gray Trucking Company"

1940: 9,500 barrels burned, 34,000 barrels "disposed of by Gray Trucking Company"

1941: 0 barrels burned, 92,000 barrels "to disposal" [us309]

410. Shell continued to dump acid sludge from its Wilmington/Dominguez refinery during the war. Shell's operating reports specify the quantities of acid sludge burned or disposed of during the war:

1942: 0 barrels burned, 100,000 barrels "to disposal"

1943: 0 barrels burned, 112,000 barrels "to disposal"

1944: 0 barrels burned, 66,000 barrels "to disposal"

1945: 4,500 barrels burned, 1,000 barrels "to disposal"

This Court has previously found that the acid sludge sent "to disposal" was dumped at the McColl Site. [us310]

411. The primary reuse to which acid sludge could be put was making ammonium sulfate fertilizer at a Shell Chemical plant. [us312]

412. As this Court has found, throughout the war each Oil Company Defendant dumped some or all of its acid sludge at the McColl Site. [us311]

Tank Cars

413. A January 24, 1940, Shell Oil Company memorandum discusses options for disposal of spent alkylation acid. One option considered was sending spent alkylation acid to a Shell Chemical plant near San Francisco for fertilizer manufacture. The memorandum disfavored this option, in part because "local sludges [were] very cheap and very good" and because Shell Oil would have to pay $3.50 per ton in transportation costs to move its spent alkylation acid to San Francisco. From 1943 through 1946, Shell did send some acid sludge and spent alkylation acid from its Los Angeles refineries to Shell Chemical. [us355]

414. In October 1943, tank car shortages were causing delays in the shipment of spent ordnance acid from ordnance plants in the southeastern United States. A progress report dated October 9, 1943 from J.W. Wizemen of the Inorganics Section, Chemical Bureau, WPB, stated that delays in a program to distribute spent ordnance acid from ordnance plants in the Southeastern United States were partially caused by a lack of tank cars. [co117]

415. Another shortage of acid tank cars began in the summer of 1944 when WPB estimated that the sulfuric acid industry would need several hundred additional tank cars for August and September. [co152]

416. As of December 1, 1944, allocation of sulfuric acid was broadened to include the entire country. Anyone who "redeliver[ed] spent or recovered sulfuric acid" was required to

report these deliveries on a monthly basis to the WPB. This included all petroleum refiners. [co153]

417. A WPB publication dated December 9, 1944, stated that it was not just sulfuric acid that was in short supply, but that "tank cars are more critical than the product they carry." It reported that an additional 1,100 acid tank cars would be needed by April 1945. It stated that the WPB intended to convert petroleum tank cars, but there was already a shortage of 15,000 petroleum tank cars. Nonetheless, telegrams were sent to oil companies ordering them to deliver tank cars for conversion no matter what their objection. [co154]

418. In January 1945, the Office of Defense Transportation noted that shortage would be 1,200 tank cars as of July 1945, and stated that there was already a shortage of at least 290 acid tank cars with none idle. The WPB recommended a construction program for 600 new acid tank cars and the conversion of 600 additional cars. The DSC was requested to finance the conversion of 239 to be provided by private industry. [co155]

419. On the West Coast, in part due to the failure of the Stauffer reclamation plant, acid had to be obtained from Arizona. [co156]

420. When the government determined that the provision of tank cars was a war priority, it had the authority to order the cars where it wished. As part of the December 1944 conversion, it ordered the Carter Oil Company to deliver five specifically identified cars as follows:

"Please do not delay forwarding[;] do not telephone[;] do not telegraph seeking to retain these cars. . . . Wire Acquiescence." [co157]

Shell Toluene Plant

421. On January 22, 1942, Shell entered into a contract with the United States on behalf of the Army Ordnance Department for the purchase of 20 million to 25 million gallons of nitration grade toluene over a two year period. The contract provided that Shell would construct a toluene plant at Shell' Wilmington, California refinery and that the Government would advance 30% of the contract price or $2,040,000 for construction of the plant. The Shell Operating Reports indicate that Shell started production in or about December 1942 and produced toluene for the remainder of the war. The Shell Operating Reports indicate that Shell completed a toluene plant in 1943 and produced toluene for the remainder of the war. [co167]

422. Although the toluene plant was constructed to provide toluene to manufacture TNT, in mid-1943, it became apparent that there was capacity in excess of Army Ordnance needs and a plan was developed to divert toluene on the West Coast to the avgas program as a blending agent since it had an octane rating of up to 112. WPB approval of the transfer was given in October 1943, and allocation to both the Shell avgas program and to Socal, Tidewater, and Union began in the Spring of 1944. [co168]

423. The Shell Operating Reports indicate that the production process for toluene included treatment with 98% sulfuric acid up until February 1944. This would have created an acid sludge waste stream that would include toluene, benzene and other

quotation on sea disposal of their acid sludge and spent caustic. [us351]

The McColl Site and the Grants

429. Elizabeth Grant does not recall ever hearing Helen Grant express reluctance to have her property used for waste dumping. [us289]

430. Under Helen Grant's agreement with Eli McColl, Helen Grant sold her land to McColl for $2,500 plus five cents for every barrel of sludge dumped at the site in excess of 50,000 barrels. Eli McColl was required to dump 98% or more of his sludges at the site until at least 200,000 barrels of sludge were disposed there. Helen Grant could cancel the agreement if McColl failed to pay her an average of $208.33 per month, which at 5 cents per barrel represents 50,000 barrels of sludge per year. [us287]

Respectfully submitted,

ENVIRONMENTAL DEFENSE SECTION
UNITED STATES DEPARTMENT OF JUSTICE
JOSHUA M. LEVIN
MICHAEL J. ZEVENBERGEN
H. MICHAEL SEMLER

Dated: June 23, 1995 By: Joshua M. Levin PRT
Joshua M. Levin
Attorneys for Plaintiff and Counterdefendant UNITED STATES OF AMERICA

MUNGER, TOLLES & OLSON
RONALD L. OLSON
PETER R. TAFT
CARY B. LERMAN
CYNTHIA L. BURCH

Dated: June 23, 1995 By: [signature]
Peter R. Taft
Attorneys for Defendants and Counterclaim Plaintiff, SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.

Supplement to Joint Stipulation 325

431. The oil companies disposed of acid sludge resulting from both (a) aviation gasoline production and (b) the production of other petroleum products distinct from aviation gasoline, including motor gasoline, kerosene, and lubricating oils. Some of this motor gasoline, kerosene, and lubricating oil was sold in civilian products, and some was sold to the military. The McColl Site therefore contains acid sludge resulting from the treatment of civilian and military petroleum products.

Dated: July 25, 1995

LOIS J. SCHIFFER
Assistant Attorney General
Environment & Natural Resources Division

JOSHUA M. LEVIN
MICHAEL ZEVENBERGEN
H. MICHAEL SEMLER
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: 202-514-4198

NORA M. MANELLA
United States Attorney
KURT ZIMMERMAN
Assistant United States Attorney
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: 213-894-0474

Michael J. Zevenbergen
By
Attorneys for Federal Counterdefendants, United States of America et al.

RONALD L. OLSON
PETER R. TAFT
CARY B. LERMAN
CYNTHIA L. BURCH
MUNGER, TOLLES & OLSON
355 South Grand Avenue
Los Angeles, California 90071-1560
(213) 683-9100

Peter R. Taft
by Michael J. Zevenbergen
Peter R. Taft
Attorneys for Defendants Shell Oil Company, Texaco, Inc., Atlantic Richfield Company, Union Oil Company

Shell's Disposal Contracts With Gray Trucking

443. On February 27, 1933, Shell contracted for one year with the Ralph Gray Trucking Company to remove surplus acid sludge from Shell's Wilmington Refinery. In 1934, the agreement was expanded to include removal of acid sludge from Shell's Dominguez refinery (which was connected to the Wilmington refinery), and to transport high-grade sludge between the Dominguez and Wilmington refineries. [us457]

444. Shell's contract with Gray Trucking specified that "[u]pon the loading of [acid sludge] into the Trucking Company's trucks, the Trucking Company shall thenceforth be wholly responsible for such substances . . . ." [us458]

445. Shell required that Gray Trucking remove Shell's acid sludge at Gray Trucking's "sole cost, risk, liability and expense." All the contracts between Shell and Gray Trucking that have been found contain this clause. [us459]

446. Shell also required that Gray Trucking maintain "[p]ublic liability and property damage insurance" that fully insured Shell against any liability on account of damage, injury, death or nuisance to persons and/or to property occurring in the course of or in anywise arising out of . . . the collection, removal, transportation and/or disposition of the aforesaid substances." [us460]

447. An internal Shell memorandum dated December 13, 1932, recommends a contract with Gray Trucking with the following explanation:

"Our investigation has shown that, while it would not be profitable for us to arrange for the disposal of our Dominguez sludge in this manner, it would be cheaper to get rid of our Wilmington sludge this way than by our present methods of operation, at any rate while the quantities so to be disposed of remain small. We have discussed with Mr. Gray his plans for the disposal of the material and see no reason why his methods should not be satisfactory."

[us461]

448. Shell's internal memoranda indicate that the Gray Trucking contract was renewed through 1936. The Shell Operating Reports for 1939 and 1940, indicate that Grey Trucking continued to dispose of Shell's acid waste in those years. No records are available indicating the relationship in 1937 and 1938.

[us460.1]

Shell's 1941 Oil And Gas Leases At The Emery Ranch, Including Part Of The McColl Site

449. The McColl Site is a site which totals approximately 47 acres in Fullerton, California. The parties stipulate that this site is divided into two parcels, one of which totals approximately 8.31 acres, known as the Ramparts area, and the other of which totals approximately 39.332 acres, known as Los Coyotes. Six of the 12 sumps found at the McColl Site were situated on the Ramparts area, and six were situated on the Los Coyotes area. The parties agree that for purposes of allocation, the Ramparts area may be identified as "Parcel I," and the Los Coyotes area may be identified as "Parcel II." [us444]

482. No contracts have been found between Eli McColl and the other oil company defendants. [us456]

Eli McColl's Unsuccessful Application For A Sludge Disposal Permit In Los Angeles County

483. On April 24, 1942, Eli McColl applied for a permit to operate a dump for refinery acid sludge in Los Angeles County near La Brea Canyon Road. McColl's application was denied by the Los Angeles County Board of Supervisors on June 16, 1942. [us487]

484. At the public hearing on McColl's application to permit an acid sludge dump site in Los Angeles County, McColl stated that the acid sludge to be dumped "is not new in any sense of the word," and that the process of treating petroleum with sulfuric acid went back "as long as we have had this industry." [us488]

485. Eli McColl further stated at the hearing that sulfuric acid was used in the refineries first to make alkylate for aviation gasoline, after which the spent alkylation acid was then used to treat gasoline, kerosene, and petroleum. McColl indicated to the county Fire Prevention Engineer that the acid sludge to be dumped contained between 40% to 50% sulfuric acid. [us489]

486. Eli McColl stated at the public hearing on his dumping permit application in Los Angeles County that, to protect the surrounding property owners from any possible damage or claims, he had applied for a $50,000 insurance policy from Lloyd's of London to cover "everything without a single exception regardless of what it might be." [us492]

487. During his presentation to the Los Angeles County Planning Commission on May 5, 1942, seeking a permit for a dump in Brea Canyon, Eli McColl represented that "the government [would] not allow [him, or the companies he represented] to use tank cars" to ship acid to northern California for use as fertilizer. McColl provided no further details or illustrations to the Commission in support of this contention. [cc151]

488. In his presentation to the Los Angeles County Planning Commission on May 5, 1942, seeking a permit for a dump in Brea Canyon, Eli McColl described the refinery process resulting in acid sludge as follows:

> "The sulfuric acid, the product which we start with, serves a dual purpose. It is used in concentrated form in the production of a product called alkalate which is essential in the production of aviation gasoline. We have it in concentrated form, and use it for this first of all. After serving its purpose in that respect, we then use it as a treating agent in the manufacture of kerosene and petroleum. It has the ability to absorb the pitch, tar and gum out of the gasoline. After it has absorbed all of this, it is then known as acid sludge. It is then a waste product and there is a question of disposing of it."

[cc152]

489. In his presentation to the Los Angeles County Planning Commission on May 5, 1942, seeking a permit for a dump in Brea Canyon, Eli McColl stated that he represented "seven oil companies in the Wilmington area. As far back as 1930, we

Department. We are well isolated, it must be accessible and it must be available."

McColl added that "we [i.e., he and the refiners he represented] knew that something like this would have to be done. That is why my committee instructed me to make a study to find something satisfactory to all the parties concerned."

[cc154]

McColl Site Disposal

492. Eli McColl's permit from the City of Fullerton to dump acid sludge at the McColl Site was granted on June 8, 1942. [us493]

Production Of Waste Disposed At The McColl Site

493. Each of the Oil Company Crossclaimants entered into contracts to produce avgas and to sell it to the United States. The parties contemplated that the Oil Companies would expand their refining facilities. These expanded facilities included additional alkylation units which used substantial amounts of 98% sulfuric acid as a catalyst to produce alkylate, a major component of avgas. When sulfuric acid reached a concentration in the neighborhood of 87-90% in the alkylation unit, it no longer served its catalytic function and was replaced. Portions of this "spent alkylation acid" were used in acid treating units in the refinery. The result was the production of acid sludge, a byproduct that was, among other disposal methods, dumped at the McColl Site as found by this Court. Some spent alkylation acid was also dumped at the McColl Site between late 1944 and early 1945 when Stauffer's new acid reprocessing plant at Dominguez experienced problems. [cc1]