498. The best currently available evidence indicates that approximately 9% of Shell's acid waste at the McColl Site was generated in the acid treatment of benzol by Shell. [us435]

Acid Disposal Practices Of The Oil Companies

499. The Oil Companies' Wilmington refineries each used sulfuric acid treating units long before the war. There is no evidence that, during the war, the federal government required the Oil Companies to alter how their acid treating units were used. [us439]

500. In the 1930s and early 1940s, the Oil Companies' decisions to reprocess, burn, dump, or otherwise dispose of their acid sludge were based in part on economic considerations. [us513]

501. During the early part of World War II, some of Union's acid sludge from its Wilmington refinery was reprocessed by General Chemical Company. [us499]

502. In the early 1930s Shell often destroyed acid sludge in special sludge burners. [us500]

503. One Shell memorandum noted in 1939:

> "At Dominguez this [burning] is now being done at considerable expense, but what is perhaps more important -- it is creating a menace through the discharge of large amounts of sulfur dioxide."

[us500.1]

504. In late 1941 and early 1942, Shell considered using General Chemical's process for reprocessing alkylation acid and high acid sludges. Issues were raised as to whether or not Shell had

sufficient hydrogen sulfide to support the process. Shell did not go forward with the General Chemical process. [us503]

505. Shell bought fresh acid from Stauffer and returned spent alkylation acid to Stauffer. Shell's evaluation of its spent acid disposal options is set forth in a memo dated April 28, 1942. The memo begins: "With the beginning of catalytic cracking, usage of alkylation acid will increase and the volume of surplus spent alkylation acid will be so great that dumping will be extremely difficult. Some form of regeneration for alkylation acid is therefore indicated." The memo analyzes two different reprocessing options, and recommends that arrangements be made for Stauffer to reprocess Shell's spent alkylation acid using Stauffer's decomposition technology. The memo makes a comparison between the two different reprocessing options and buying fresh acid and dumping the spent alkylation acid. The two reprocessing options cost one third less. [us504]

506. Shell examined spent acid and acid sludge disposal options with various chemical companies throughout the war. [us505]

507. Unlike Shell, however, Richfield was still burning acid sludge at its Wilmington refinery in 1943. [us507]

508. At the start of the war, the Texas Company Los Angeles refinery burned all of its acid sludge. [cc74]

509. Texas Company (now Texaco) was burning acid sludge in 1943 at its Wilmington refinery. [us508]

510. As Texas Company brought its catalytic cracker on line, on December 30, 1944, Texas informed the PAW that "treating for [the] week [is] low due to difficulties with sludge acid

disposal" and the following week referred again to "continued sludge difficulties." [cc78]

511. When Texas put in the catalytic cracker, it increased the amount of acid sludge it had to handle. Until the expansion, all the acid sludge produced could be handled by burning. However, the expansion, besides increasing the amount of sludge also produced hydrogen sulfide from the catalytic cracker. Since this was lethal, it got priority in burning in the boiler. Although there was some boiler capacity increase, increased burning of sludge was limited by the amount of fumes the refinery could put out with its impact on the community and the Pacific Coast Highway that went through the middle of the refinery. [cc77]

512. Standard Oil Company's El Segundo refinery in Southern California re-used or reprocessed all of its spent alkylation acid and acid sludge, either within the refinery, or at General Chemical Company. [us514]

513. On April 24, 1944, R. G. Follis, Chairman of the District #5 Aviation Gasoline Subcommittee, wrote Cragin on the efficiency of the refineries in using and reusing sulfuric acid in the District. He stated that the District V refineries (including the Oil Company Defendants' refineries at issue herein) used 1213 tons of acid a day, of which 709 tons was new acid, 592 tons of which was used for alkylation and 117 tons for other uses. The letter notes that spent alkylation acid was used wherever possible for treating other products. Of the 1213 tons, an additional 342 tons is sold to other industries after use. The chart attached indicates that with respect to the defendants'

acid sludge (as opposed to spent alkylation acid), Shell buried 5 tons of acid sludge a day and delivered 33 tons per day to Shell Chemical. Richfield burned 39 tons per day, Texas burned 21 tons per day, and Union sent 37 tons per day to Shell Chemical and 2 tons per day to its acid company. [cc63]

Trends in Acid Sludge Utilization and Disposal

514. Decades before World War II, petroleum refiners in the United States, including the Oil Company Defendants, faced a problem regarding the utilization and/or disposal of acid sludge resulting from the treatment of petroleum with sulfuric acid. [us509]

515. Sulfuric acid was used in the 1850s to treat coal oil. By the 1930s, about 25% of the output of the sulfuric acid industry was used in the refining of petroleum products. [us510]

516. During World War II, whether disposal of acid byproducts to land was acceptable under the standards applicable at the time depended upon the conditions of the site used. Factors to be considered were odors, risk of fires, or threats to groundwater or water courses. [cc2]

517. With the passage of RCRA in 1976, the disposal method employed at McColl would have been illegal under federal law if used thereafter. Appropriate disposal to land would have resulted in a substantially increased cost of disposal. Disposal at the McColl Site was illegal under municipal law after expiration of the City of Fullerton permit on September 6, 1946. [cc3] [relevance]

518. On August 19, 1943, Albert Elder, Head Chemical Advisor of the WPB wrote Bruce Brown, Assistant Deputy Petroleum Administrator that he heard at a conference that the petroleum industry could recover 500,000 tons of sulfuric acid "from the petroleum industry, from alkalation [sic] processes, etc." Elder asked for information on acid recovery processes. Elder also noted reports that "Shell has a process [for reprocessing] that is not being used." On August 24, 1943, Brown responded that the issue would be passed down to the Refining division. Brown also confirmed that acid recovery was a process known for many years and that Standard of Indiana operated such a process at its Whiting refinery. Brown also noted that Atlantic Refining Company and Shell operated such a procedure. The process involved was sponsored by Cyanamid, involving the "controlled burning of heavy acid sludge and a recovery of the sulfur dioxide vapors thus produced by routing them through the existing sulfuric acid plant at Whiting." Brown expressed "doubt that any considerable volume of sulfuric acid can be recovered from the petroleum industry." Brown added that "our people will be very happy to work with you to whatever extent seems desirable." The parties agree that Shell did not operate this process at its Dominguez refinery at Wilmington. [cc60]

519. On September 4, 1943, Robert Cragin, Assistant Director of Refining for the PAW, responded to Elder. He states:

> "[W]e would like to point out that although a large proportion of the total sulfuric acid used in the refining industry will, in the ultimate program, be used in

connection with alkylation plants, the spent acid from these alkylation plants, in a great number of instances, will be reconcentrated and re-used in the operation. Certain refiners will have available the equipment required to accomplish this, while others will ship spent alkylation acid to acid producers for re-concentration. The spent alkylation acid not so re-concentrated is in practically every instance used in other refining operations, as discussed below, where it in effect replaces fresh acid otherwise required. With such a procedure it can be seen that the possibilities of recovering additional acid from spent alkylation acid itself are very small."

The letter goes on to explain about the reuse of spent acid within the refinery:

"In certain cases the spent alkylation acid may be used for treating other refinery products such as burning oils. Fresh acid is also used for treating by some refiners. The sludge produced from such a treating operation usually represents a disposal problem, and for this and other reasons a few refiners have installed processes to thermally decompose the acid sludge, recovering the sulfur dioxide for subsequent conversion into sulfuric acid. The great majority of refiners, however, do not have such equipment available and thus are forced to either burn, neutralize, or dump the sludge. It is estimated that in 1942 a total of approximately 350,000 tons (expressed as 100% acid) was either burned, neutralized or dumped by the refining

industry. This sulfuric acid could only be recovered through the installation of sludge decomposition and acid manufacturing plants, and of course such a process would have to be compared with alternate methods of obtaining fresh sulfuric acid, if new facilities for producing fresh sulfuric acid are indicated." [cc61]

520. On November 3, 1943, Cragin of the PAW wrote to Walter G. Whitman, Assistant Director of the Chemical Division of the PAW on ways to increase the availability of sulfuric acid. He noted that the PAW was working with the oil industry to substitute spent alkylation acid for fresh acid in as many refinery processes as possible. He then sought help from the WPB on finding ways to substitute spent acid or acid sludge for fresh acid in use in industries outside the oil industry, stating:

"We understand that at present a considerable amount of fresh acid is being used by industries other than oil companies. We have no detailed information on what uses are involved here, but we would like to point out that spent alkylation acid has been used in a number of cases where fresh acid was formerly required and we believe this possibility should be investigated. In addition to the spent alkylation acid, which may have an acidity of 85 to 90%, considerable quantities of acid sludge, having an acidity of 40 to 50% are also produced by the oil companies. We would be glad to cooperate with you in supplying you with any information which you may require on the properties of such spent alkylation acid and said sludges, or to arrange

for the shipment of samples for evaluation, to aid you in determining how these materials can be used to replace fresh acid in other industries on the West Coast."

[cc62]

521. Progress in the production of cracked distillates (beginning in the 1920s) required increased use of sulfuric acid and acids of greater strength. In turn, cracking created more acid sludge which in composition was more difficult to separate. In some cases, the sludges could not be separated at all. The need for stronger treating acid and greater quantities of acids meant that existing concentrating processes were inadequate to meet the demand. Although the concentration processes had greatly improved since the late 1920s, they sometimes failed to produce the higher strengths of acid required from the available acid sludge. This led to the testing of new separation and concentration methods, but also required rethinking of prevailing disposal options, depending on available technology, refinery location, and cost factors. By the late 1930s, the accepted best technology for reprocessing sludge involved separation into weak acid and hydrocarbons, with subsequent reconcentration of the weak acid to a strength suitable for reuse. At the onset of World War II, basic methods for dealing with acid sludge did not vary substantially from pre-war practices. However, industry was experimenting with a variety of techniques for sludge disposition. Common industry practices ranged from the use of fresh acid sludge for pretreating or even treating some petroleum products, to burning, to the discharge of acid sludge into sumps

or ponds. In all cases, efforts to deal with acid sludge were guided by a desire to utilize low-cost reuse or disposal methods. [cc79]

522. As the industry approached World War II, the technology for reprocessing waste acid were not consistently able to produce the necessary acid concentrations required by the new refinery processes. [cc80]

523. The reprocessing of sludge created more difficult problems than reprocessing spent alkylation acid because sludge reprocessing required separation into constituent parts and produced weak acid that was difficult to reprocess to a level of utility. [cc81]

Stauffer plant problems

524. The operational problems at Stauffer's new Dominguez plant, which occurred in late 1944 and early 1945, resulted from either technical problems or intra-company disagreements, but were not caused by government denials of any priorities or approvals. A March 8, 1945, Shell Development Company memorandum states:

> "Mr. Ross [of Stauffer] is entirely satisfied with the Dominguez unit taking into account the fact that it was designed before the Torrance pilot plant was erected, and there was little or no opportunity to incorporate pilot plant developments in the construction at Dominguez. He estimates the capacity of the present plant to be 170 tons per day, and following installation of alloy decomposer shells expects to exceed 200 tons of $H_2SO_4$ per day. They are also planning to try cast iron decomposer shells."

[us494]

525. Stauffer's repaired Dominguez No. 2 plant began operations on July 17, 1945. [us495]

Wilshire storage tank

526. On April 6, 1943, Shell and Wilshire Oil Company agreed that Shell would deliver at least 1,600 tons of spent alkylation acid to Wilshire beginning on April 4, 1945. Delivery was at Shell's Dominguez refinery in tank trucks or railroad cars supplied by Wilshire, and title to the spent acid passed to Wilshire upon delivery. [us516]

527. Shell's agreement with the Wilshire Oil Company was between Shell and Wilshire alone; the Government was not a party to this agreement. [us517]

The Oil Companies' Dividends To Stockholders

528. Between 1942 and 1946, Shell paid dividends to its shareholders as follows: $1.00 per share (1942); $1.25 per share (1943); $1.50 per share (1944); $1.50 per share (1945); and $1.50 per share (1946). [us519] [relevance]

529. Between 1942 and 1946, Union paid constant dividends to its shareholders in the amount of $1.00 per share. [us520] [relevance]

530. Between 1942 and 1946, the Texas Company paid constant dividends to its shareholders in the amount of $2.00 per share. [us521] [relevance]

531. Between 1942 and 1946, Richfield paid dividends to its shareholders as follows: $.50 per share (1942); $.50 per share

623. Civilian motor gasoline was in short supply during World War II and was rationed until after the end of World War II.

624. As of April of 1944, Richfield, Shell, Texas and Union were using their acid treaters to treat motor gasoline. [cc73]

Dated: December 11, 1997

LOIS J. SCHIFFER
Assistant Attorney General
Environment & Natural Resources Division

JOSHUA M. LEVIN
MICHAEL J. ZEVENBERGEN
Environment & Natural Resources Division
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: 202-514-4198

NORA M. MANELLA
United States Attorney
JOHN RUBINER
Assistant United States Attorney
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: 213-894-2451

By Joshua M. Levin
Attorneys for Federal Counterdefendants, United States of America et al.

PETER R. TAFT
RONALD L. OLSON
CARY B. LERMAN
CYNTHIA L. BURCH
MUNGER, TOLLES & OLSON
355 South Grand Avenue
Los Angeles, California 90071-1560
(213) 683-9100

Peter R. Taft
Attorneys for Defendants Shell Oil Company, Texaco, Inc., Atlantic Richfield Company, Union Oil Company