WERE DONE WITH IT AS SHOWN IN THE BARS TO THE RIGHT. THE FIRST BAR SHOWS 24 PERCENT OF THE SPENT ACID BEING USED AGAIN WITHIN THE REFINERY, REUSED FOR TREATING PURPOSES. A QUANTITY WAS CONSUMED IN WATER TREATING. FOR WHATEVER PURPOSE IT REPLACED FRESH ACID FOR SOME USE WITHIN THE REFINERY.

THERE IS ACTUALLY A VERY TINY BAR OF PURPLE DOWN AT THE BOTTOM THERE. A LITTLE BIT OF THE SR SLUDGE WAS REUSED, BUT MUCH LESS.

THE NEXT YELLOW BAR, WHICH IS LARGER AT 42 PERCENT SHOWS THE AMOUNT THAT WAS REGENERATED, SENT BACK TO STAUFFER FOR REPROCESSING FOR RECONVERSION INTO FRESH ACID.

AND THEN THE THIRD YELLOW BAR SHOWN ABOVE THE "SOLD BURNED" INVENTORY LINE IS 9 PERCENT. IN THE CASE OF SPENT ACID NONE OF THIS WAS BURNED, SO 9 PERCENT WAS EITHER SOLD OR REPRESENTED AN INVENTORY CHANGE. AN INVENTORY CHARGE MAY BE SUBSTANTIAL FROM YEAR TO YEAR, BUT OVER THE AVERAGE PERIOD WOULD NOT BE THAT LARGE.

Q. SO OVER THE TOTAL PERIOD 1942 THROUGH 1946, THIS WOULD INDICATE THEN THAT MOST OF THE SPENT ALKYLATION ACID FROM THE ALKYLATION UNIT WAS REGENERATED; IS THAT CORRECT?

A. THAT'S CORRECT.

Q. AND THE OPERATING REPORTS THEN ALSO INDICATE THAT ABOUT A THIRD OF THE SPENT ALKYLATION ACID WAS USED, REUSED WITHIN THE REFINERIES; IS THAT ACCURATE?



A. THAT'S ACCURATE.

Q. HOW ABOUT THE ACID SLUDGE; WHAT WAS THE DISPOSITION OF THAT?

A. EXCEPT FOR THE SMALL AMOUNT, WHICH WE TALKED ABOUT IN THE BOTTOM OF THEY YELLOW BAR, ESSENTIALLY NONE OF THE PD SLUDGE WAS REUSED AND MOST OF THE SR SLUDGE WAS NOT REUSED. SO NEGLIGIBLE I WOULD SAY. IT WAS NOT POSSIBLE AT THE STAUFFER FACILITY TO REGENERATE PD SLUDGE OR SR SLUDGE, SO NONE WAS REGENERATED.

THAT LEAVES TWO OPTIONS: SALE, BURNING AND INVENTORY, WHICH ACCOUNTED FOR 9 PERCENT OR DISPOSAL, WHICH ACCOUNTED FOR 16 PERCENT.

Q. WHEN YOU SAY 9 AND 16 PERCENT; IS THAT OF THE TOTAL ACID OR OF THE ACID SLUDGE?

A. THAT IS OF THE TOTAL AVAILABLE USED ACID. THE DISPOSAL WOULD BE 16 PERCENT OUT OF 25 PERCENT OR MOST OF THE SLUDGE WAS DISPOSED OF. BUT IN TERMS OF TOTAL AVAILABLE USED ACID, THE NUMBER IS 16.

Q. WHERE IN YOUR CALCULATIONS DID YOU DERIVE THE NUMBERS THAT ARE REPRESENTED IN THESE CHARTS?

A. THAT WAS IN MY FIRST DECLARATION.

Q. I WILL ASK THE CLERK TO HAND IT TO YOU. IT IS NUMBERED EXHIBIT 1600.

THE DEPUTY CLERK: EXHIBIT 1600 IS BEFORE THE WITNESS, YOUR HONOR.



BY MR. ZEVENBERGEN:

Q. MR. ANDERSON, IF YOU WOULD, PLEASE TURN TO THE PORTION OF THE DECLARATION OR OF THIS EXHIBIT WHERE YOU DID THE CALCULATIONS AND TELL US WHERE THEY ARE.

A. TABLE 1, WHICH PAGE IS NOT NUMBERED, BUT IT WOULD BE NUMBER 15 IF IT WERE NUMBERED. IT'S THE FIRST OF THE TABLES AT THE BACK.

Q. WHAT I WOULD LIKE TO YOU DO, SIR, AT FIRST THERE ARE AN EXTENSIVE NUMBER OF TABLES, AND BEFORE YOU GO INTO ANY DETAIL, PLEASE GIVE US A BIG PICTURE OF HOW THIS CALCULATION WORKS?

A. OKAY.

ON PAGE 10 THERE IS A LESS SIMPLIFIED VERSION OF THE REFINERY ACID FLOW THAT WE SAW A MOMENT AGO IN COLOR AND IT REPRESENTS ITSELF TO BE A SULFURIC ACID BALANCE.

Q. WHAT IS AN ACID BALANCE, SIR?

A. THIS WAS SORT OF LIKE A CHECKBOOK BALANCE. WE ARE LOOKING TO SEE EACH AND EVERY SOURCE OF INPUT TO A PARTICULAR PROCESS UNIT OR TREATING OPERATION. WE ARE LOOKING AT EVERYTHING THAT COMES IN. WE ARE LOOKING AT EVERYTHING THAT GOES OUT, ALL THE CHECKS THAT WERE WRITTEN AND ANY ACCUMULATION OR INVENTORY BUILD. THAT WHAT GOES IN MINUS WHAT COMES OUT EQUALS THE CHANGE IN INVENTORY, THEN THE CHECKBOOK BALANCES. IF THE CHECK BOOK DOESN'T BALANCE, THEN WE LOOK FOR A SOURCE OF ERROR. PERHAPS WE'VE FAILED TO



RECORD A CHECK PROPERLY. PERHAPS THERE IS SOME PROCESS THAT WE DON'T KNOW. BUT JUST AS THE CHECK BOOK SHOULD ALWAYS BALANCE, SO SHOULD THE MATERIAL BALANCE ALWAYS WORK.

Q. WITH RESPECT TO SHELL'S OPERATING REPORTS DURING THESE YEARS, DID THE CHECK BOOK BALANCE?

A. IT DID WITHIN A VERY ACCEPTABLE DEGREE OF ACCURACY LESS THAN ONE HALF OF ONE PERCENT OVER THE PERIOD. CONSIDERING THE STATE OF THE AVAILABLE INSTRUMENTATION AT THE TIME, THE FACT THAT THERE WAS A WAR GOING ON, I CONSIDER THIS TO BE A VERY ACCEPTABLE CLOSURE.

Q. HAVING EXPLAINED WHAT AN ACID BALANCE IS, LET ME RETURN TO THE QUESTION OF PLEASE GIVE US A BIG PICTURE OF HOW IT WAS YOU WENT ABOUT CALCULATING THE NUMBERS WE SEE ON THE CHART ON EXHIBIT 1585.

A. HAVING CONFIRMED THE MATERIAL BALANCE, THE NUMBERS REPORTED BY SHELL IN THEIR OPERATING REPORTS ARE TABULATED AT THE BOTTOM OF TABLE ONE.

Q. AND WHAT ARE THOSE NUMBERS?

A. THESE ARE EXPRESSED IN THIS TABLE AS BARRELS OF MATERIAL. ON THE NEXT PAGE THEY ARE EXPRESSED IN THOUSANDS OF POUNDS OR EXACTLY EQUIVALENT. IT LOOKS LIKE BARRELS FOR A MOMENT.

SO ACCORDING TO THE SHELL OPERATING REPORTS YOU SEE IN THE BOX AT THE BOTTOM ON LINE 29, "TOTAL USED ACIDS OF DISPOSAL SHELL IN 1941 SENT 1,714 BARRELS OF SPENT

Q. WOULD YOU EXPLAIN GENERALLY TO THE COURT WHAT YOU DID, PLEASE?
A. I BELIEVE WE MENTIONED BRIEFLY YESTERDAY THE NOTION OF THE MATERIAL BALANCE WHICH IS ANALOGOUS TO BALANCING YOUR CHECKBOOK; THE THINGS IN, THE THINGS OUT, THE ACCUMULATION OF INVENTORY, AND SEE IF THERE IS A CORRECT MATCH. I DID THAT. THE BALANCE WAS IN ONE HALF OF ONE PERCENT OVER THE RELEVANT YEARS. THAT'S A VERY GOOD AGREEMENT. IT GIVES ME CONFIDENCE THAT THE SHELL OPERATING REPORTS ARE SUBSTANTIALLY CORRECT.
Q. I'D LIKE TO DIRECT YOUR ATTENTION AT THIS POINT BACK TO TABLE -- I'M SORRY. BACK TO EXHIBIT 1585, WHICH IS THE BAR CHART, THAT AGAIN SHOWS SPENT ALKYLATION ACID AND ACID SLUDGE, AND ASK YOU, THIS IS A SUMMARY FOR THE FIVE-YEAR PERIOD 1942 THROUGH 1946; IS THAT CORRECT?
A. THAT'S CORRECT.
Q. IF WE TOOK IT ONE YEAR AT A TIME, MR. ANDERSON, WOULD THERE HAVE BEEN CHANGES IN THE RELATIVE PROPORTIONS OF BOTH THE SPENT ACID IN YELLOW AND THE ACID SLUDGE IN PURPLE THAT ONE WOULD FIND IN SHELL'S REFINERY?
A. YES, THERE DEFINITELY WOULD.
Q. IN THE COURSE OF YOUR ANALYSIS DID YOU EXAMINE THE DIFFERENCE OVER THAT FIVE-YEAR PERIOD?
A. YES, SIR.
Q. AT THIS POINT I WOULD DIRECT YOUR ATTENTION TO THE NEXT CHART, WHICH IS MARKED AS EXHIBIT 1586.





THE COURT: BEFORE YOU LEAVE 1585, MR. ANDERSON, WHEN YOU TELL THE COURT THAT THERE WERE SOME VARIATIONS, '42 THROUGH '46, IN THE FIGURES THAT YOU DEVELOPED WITH RESPECT TO THE SPENT SLUDGE AND THE LIKE, WHAT IS THE RANGE? TAKE THE 75 PERCENT, FOR EXAMPLE. THAT -- I TAKE IT THAT'S, WHAT, THE MEAN AVERAGE THAT YOU CAME TO FOR THE PERIOD?
THE WITNESS: YES, SIR.
THE COURT: AND WHAT WOULD THE VARIATION BE FROM YEAR TO YEAR IN THAT FIGURE?
THE WITNESS: IF I COULD REFER THE COURT TO TABLE 1 OF EXHIBIT 1600, I THINK WE CAN PERHAPS SEE SOME OF THE DIFFERENCES.
THE COURT: ALL RIGHT THEN. REDUCE THAT, IF YOU WILL, TO PERCENTAGES THAT I -- I'LL MAKE SOME NOTES ON THIS EXHIBIT 1585 -- AS TO THE PERCENTAGES THEREIN SET FORTH TO INDICATE THE VARIABLES THAT ARE INVOLVED WITHIN THOSE FOUR YEARS.
THE WITNESS: I DON'T ACTUALLY HAVE PERCENTAGES, BUT I THINK WE CAN SEE THE MAGNITUDE OF THE CHANGE IN THE NUMBERS BY LOOKING AT TABLE 1.
THE COURT: ALL RIGHT.
THE WITNESS: IN 1941 36,000 BARRELS PER DAY IN SPENT ALKYLATION ACID WERE PRODUCED. BY THE TIME WE GET TO 1944, THAT'S GONE UP TO 203,000. SO IT'S GONE UP BY FIVE TIMES. THE AMOUNT THAT WAS REUSED IN THE REFINERY IN 1941 WAS





35,000 BARRELS. IN 1940 IT WAS 40,000 BARRELS. A VERY SMALL INCREASE AND A VERY DIFFERENT PERCENTAGE.
IF WE LOOK AT NEXT TO THE STAUFFER CHEMICAL COMPANY FOR REGENERATION, IN 1941 THAT WAS 6,000 BARRELS PER DAY. BY 1944 IT WAS 148,000 BARRELS PER DAY. THAT'S GONE UP A VERY SUBSTANTIAL AMOUNT. I DON'T HAVE MY CALCULATOR WITH ME, BUT IT'S A VERY SIGNIFICANT FRACTION OF THE TOTAL THAT WAS PRODUCED IN THAT YEAR. IN 1941 IT WAS A SMALL FRACTION, A SMALL PERCENTAGE. BY 1944 IT WOULD BE FAIR TO SAY THAT MORE THAN HALF OF IT IS BEING REGENERATED.
THE COURT: I THINK YOU UNDERSTAND I HAVE SOMEWHAT INTEREST, MAYBE EVEN ANXIETY, AS TO WHAT CHANGES THERE WOULD BE IN THE CAPTION FOR DISPOSAL.
THE WITNESS: IN THE CASE OF SPENT ACID THAT'S EASY. IN 1941, 1,714 BARRELS WERE SENT TO DISPOSAL. NONE, ACCORDING TO THE SHELL OPERATING REPORTS, WAS SENT THEREAFTER. IN THE YEAR 1941 THERE WAS A FIRE IN THE ALKYLATION UNIT TANK. I SUSPECT THAT PERHAPS THIS SPENT ALKYLATION ACID HAD BEEN CONTAMINATED BY THE FIRE OR THE FIRE FIGHTING OPERATION, AND THAT MAY BE THE REASON WHY IN 1941 THERE WAS SOME CONTAMINATED SPENT ACID SENT TO DISPOSAL. ORDINARILY YOU WOULD NOT WANT TO --
THE COURT, AGAIN IN A BOTTOM LINE SENSE, WHAT I UNDERSTAND WHAT YOU'RE SAYING TO THE COURT IS, THAT SHELL IS CHARGEABLE FOR DISPOSAL, THAT IS, WHAT WENT TO THE SITE,





MCCOLL SITE, ONLY FOR THAT WHICH WAS DERIVED IN 1941 AND NONE THEREAFTER.
THE WITNESS: NO, SIR. SOME OF THE TREATING SLUDGE IS DIRECTLY ATTRIBUTABLE TO TREATING MATERIALS THAT ENDED UP IN AVIATION GASOLINE. IN ADDITION, THE REUSE OF THE SPENT ALKYLATION ACID FOR TREATING OTHER THINGS CAUSED MORE ACID TO BE USED AND MORE SLUDGE TO BE GENERATED. SO THERE IS AN INDIRECT EFFECT OF REUSING SPENT ALKYLATION ACID RATHER THAN FRESH ACID.
I CONSIDERED BOTH OF THOSE AND THAT INCREASES THE PERCENTAGE SUBSTANTIALLY OVER THE AMOUNT THAT WAS SENT STRAIGHT TO THE DUMP FROM THE PLANT.
BY MR. ZEVENBERGEN:
Q. BY THE PLANT, MR. ANDERSON, YOU MEAN THE ALKYLATION PLANT?
A. THE ALKYLATION PLANT, YES.
Q. JUST TO CLARIFY HERE, WE'RE TALKING ABOUT TWO DIFFERENT KINDS OF ACID GOING TO DISPOSAL IN GENERAL TERMS. ONE IS SPENT ALKYLATION ACID, WHICH, ACCORDING TO YOUR TABLE, NONE WENT IN THE PERIOD THE MCCOLL SITE WAS OPEN, AND THE OTHER IS ACID SLUDGE; IS THAT CORRECT, SIR?
A. THAT'S CORRECT. AND MORE SLUDGE WAS SENT TO DISPOSAL DURING THOSE YEARS BECAUSE SPENT ACID WAS BEING USED FOR TREATING.
Q. THEN YOUR CALCULATION, WITH RESPECT TO THE PERIOD 1942

TO 1946, SEEKS TO DETERMINE HOW MUCH OF THE ACID SLUDGE TO DISPOSAL CAME FROM AVGAS PRODUCTION; IS THAT CORRECT, SIR?
A. EITHER DIRECTLY FROM AVGAS PRODUCTION OR INDIRECTLY BY REUSING SPENT ACID, BOTH OF THOSE FACTORS, YES.
Q. WHEN YOU SAY INDIRECTLY BY REUSING SPENT ACID, WHY IS IT THAT YOU ATTRIBUTE THE SPENT ACID TO AVGAS?
A. WE DISCUSSED YESTERDAY THAT THE PURPOSE OF TREATING PETROLEUM PRODUCTS IS TO REMOVE CERTAIN OBJECTIONABLE MOLECULES, AND THE MEDIUM FOR DOING THAT IS THE ACID. WE MIGHT THINK OF THE ACID AS A SPONGE WHICH IS GOING TO SOAK UP THESE UNDESIRABLE MOLECULES. AND WHEN THE SPONGE IS FULLY SATURATED WITH BAD STUFF, WE NEED TO SEND IT TO DISPOSAL.
Q. LET ME CONTINUE WITH WHAT THE COURT WAS ASKING ABOUT AND WHERE WE WERE GOING NEXT, WHICH IS THE INCREASE IN THE ACID USAGE OVER THIS TIME. AND I WILL REFER YOU AGAIN AT THIS POINT TO EXHIBIT 1586 WHICH IS THE NEXT CHART.
THE CLERK: EXHIBIT 1586 IS BEFORE THE WITNESS, YOUR HONOR.
THE COURT: VERY WELL.
BY MR. ZEVENBERGEN:
Q. MR. ANDERSON, HAVE YOU SEEN THIS EXHIBIT BEFORE?
A. YES. I PREPARED THIS EXHIBIT.
Q. WHAT DOES IT SHOW, PLEASE?
A. IT SHOWS YEAR BY YEAR, FROM THE YEARS 1941 THROUGH 1947, TWO PIECES OF INFORMATION. THE BLACK LINE, THE SOLID LINE,





REFERS TO THE AXIS ON THE LEFT AND SHOWS US THE NUMBER OF BARRELS PER DAY OF AVIATION GASOLINE THAT WAS PRODUCED. AND AS YOU CAN SEE, IT CLIMBS VERY SHARPLY FROM 1941 TO 1944, DROPS OFF THEREAFTER. THIS INFORMATION COMES FROM THE SHELL OPERATING REPORTS.
THE DOTTED LINE, WHICH IS SHOWN IN RED ON THE LARGE EXHIBIT, IS THE AMOUNT OF ACID THAT WAS USED IN THE ALKYLATION PLANT. FRESH ACID.
THE COURT: YES. BUT WHAT DOES THAT GRAY BLOCK BENEATH THE GRAPH, RED BLACK INDICATE, WHERE IT SAYS ALKYLATE RELEASED FOR MOTOR GASOLINE USED IN LATE '45?
THE WITNESS: FROM THE YEARS '41 THROUGH '44 THERE IS A VERY STRONG CORRELATION, A VERY GOOD MATCH BETWEEN THE TWO LINES. THEY ARE NEARLY ON TOP OF EACH OTHER. THEY CHANGE DIRECTION NEARLY THE SAME TIME. THE SHAPE IS VERY SIMILAR. THAT IS NOT TRUE BEGINNING IN 1945 AND CARRYING THROUGH '46 AND '47. THE REASON FOR THAT IS THE ALKYLATE WAS RELEASED THROUGH USE OF MOTOR GASOLINE. THEREFORE THE ALKYLATION LOCATION PROCESS CONTINUED AT A RELATIVELY HIGH RATE, THE ACID REPRESENTED BY THE DOTTED LINE CONTINUED AT A RELATIVELY HIGH RATE, BUT LESSER THAT MATERIAL WENT INTO AVIATION GASOLINE.
SO WE START TO LOSE OUR CORRELATION BEGINNING IN '46, '47, BUT THERE IS A VERY GOOD REASON FOR THAT. NOT ALL OF THE ALKYLATE NOW BEING USED IS FOR AVIATION GASOLINE.
THE COURT: AND THE LEGEND INSIDE OF THAT BOTTOM





COLORED MARKING THAT HAS SOMETHING LIKE AN ARROW TO THE RIGHT IS NOT INDICATING IN ANY WAY QUANTITIES, BUT RATHER ONLY TO BE INFORMATIVE AS TO THE DATE WHEN ALKYLATE WAS FIRST RELEASED FOR USE IN MOTOR GASOLINE, IS IT?
THE WITNESS: YES. THE PURPOSE IS TO EXPLAIN WHY THE GAP BETWEEN THE DOTTED LINE AND THE SOLID LINE INCREASES.
THE COURT: VERY WELL.
BY MR. ZEVENBERGEN:
Q. MR. ANDERSON, THIS CHART SHOWS THE INCREASE IN FRESH ACID USAGE AND ITS CORRESPONDENCE TO AVGAS PRODUCTION; IS THAT CORRECT?
A. YES, SIR.
Q. LET'S TALK A LITTLE BIT ABOUT THE FRESH ACID THAT CAME INTO SHELL'S REFINERY. AND I'M REFERRING YOU BACK TO THE CHART THAT'S LABELED REFINERY ACID FLOW, IT'S MARKED AS EXHIBIT 1588. HOW MUCH OF THE FRESH ACID THAT CAME INTO SHELL'S REFINERY, AS A PERCENTAGE DURING THIS PERIOD, APPROXIMATELY WHAT PERCENTAGE OF THAT ACID WAS USED IN AVIATION GASOLINE PRODUCTION? APPROXIMATELY, SIR, DURING THE TIME PERIOD SHOWN ON THE CHART THAT IS MARKED EXHIBIT 1586, SAY, FROM 1941 THROUGH 1946, APPROXIMATELY WHAT PERCENTAGE OF THE FRESH ACID THAT STARTED IN SHELL'S REFINERY WAS FIRST USED IN THE ALKYLATION UNIT FOR AVGAS PRODUCTION?
A. THE ALKYLATION PLANT USED -- MAY I HAVE THE QUESTION AGAIN? I'M NOT SURE I FULLY UNDERSTAND.





Q. I ASKED YOU WHAT PERCENTAGE OF THE FRESH ACID COMING INTO SHELL'S REFINERY WAS FIRST USED IN ALKYLATION?
A. IN MY REPORT, EXHIBIT 1600 ON PAGE 10, THERE IS THE MORE COMPLICATED VERSION OF THIS SIMPLE DIAGRAM WE'RE LOOKING AT. THAT WILL SHOW FOR THE YEARS 1942 THROUGH 1946, THE TOTAL FRESH ACID USED BY SHELL WAS 356 MILLION POUNDS. OF THAT, 175 MILLION POUNDS WAS REGENERATED ACID RECEIVED FROM STAUFFER. SO SOMETHING ON THE ORDER OF 50 PERCENT. I'VE NOT DONE THE PERCENTAGE.
Q. PERHAPS I FRAMED MY QUESTION POORLY. I WAS ASKING ABOUT OF THE, ON YOUR CHART, 355 MILLION POUNDS OF FRESH ACID, HOW MUCH WENT INTO THE ALKY PLANTS?
A. OF THAT 356 MILLION, 321, OR ABOUT 90 PERCENT OF IT WAS USED FOR ALKYLATION.
Q. SO IN TERMS OF THE ACID THAT COMES INTO SHELL'S REFINERY TO BE USED, A VERY HIGH PROPORTION OF IT IS INITIALLY USED FOR AVGAS PRODUCTION; IS THAT CORRECT?
A. THAT'S CORRECT. 90 PERCENT OF IT.
THE COURT: AND THE OTHER TEN PERCENT GOES DOWN TO THE TREATING FLOWS, AS INDICATED ON EXHIBIT 1588, TO THE TREATING PROCEDURE PROCESS, DOES IT?
THE WITNESS: NOT QUITE. THE FIRST BOX IS SHOWN TO BE CONSUMPTION. ABOUT FOUR PERCENT OF IT GOES THERE. 90 PERCENT OF IT FOR ALKYLATION, AND FIVE PERCENT TO TREATING.
BY MR. ZEVENBERGEN:

Q. BY CONSUMPTION, IN TERMS OF REFINERY PROCESSES, WHAT DOES THAT MEAN?
A. PROCESSES WHICH TOTALLY CONSUME THE CHEMICAL. AN EXAMPLE WOULD BE FOR WATER TREATING OR AFFLUENT TREATING AND PRODUCED NO USED ACID.
Q. THEN THESE PROCESSES ARE -- THAT DO NOT PRODUCE USED ACID, THEY'RE NOT SHOWN THEN ON THE REFINERY ACID FLOW CHART THAT IS EXHIBIT 1588.
A. THERE WAS NO LINE LEAVING THE BOX LABELED CONSUMPTIONS.
Q. THANK YOU. SO THAT'S WHERE THAT CONSUMPTION IS REPRESENTED ON THAT CHART?
A. YES, SIR.
Q. YOU JUST TOLD US ABOUT THE INCREASE IN ACID USAGE FOR AVIATION GASOLINE. DURING THIS SAME PERIOD THAT YOU EXAMINED, WAS THERE A CORRESPONDING INCREASE IN THE AMOUNT OF ACID SLUDGE PRODUCED AT SHELL'S REFINERY?
A. NO, THERE WAS NOT.
Q. AT THIS TIME I WOULD LIKE YOU TO LOOK AT EXHIBIT 1599.
THE CLERK: EXHIBIT 1599 IS BEFORE THE WITNESS, YOUR HONOR.
THE COURT: THE QUESTION THAT WAS PUT TO YOU, MR. ANDERSON, WAS THERE ANY CORRESPONDING RELATIONSHIP? THAT'S NOT TO SAY THERE WAS NO RELATIONSHIP BETWEEN THOSE TWO FIGURES, BUT THAT THEY DID NOT EXACTLY CORRESPOND, I SUPPOSE IS WHAT YOU ARE SAYING, IS IT NOT?





THE WITNESS: THEY CORRESPONDED VERY POORLY.
THE COURT: IS THAT EXPRESSABLE IN TERMS OF PERCENTAGES?
THE WITNESS: IT'S EXPRESSABLE VISUALLY. I'M NOT SURE PERCENTAGES IS THE APPROPRIATE WAY, BUT I COULD TRY AND DEVELOP THOSE IF IT WOULD BE DESIRABLE.
BY MR. ZEVENBERGEN:
Q. MR. ANDERSON, PERHAPS THE BEST WAY IS TO USE THIS CHART, 1599, TO EXPLAIN THE CORRELATION, OR LACK OF CORRELATION, IF YOU WOULD PLEASE EXPLAIN IT THAT WAY. LET'S SEE IF THAT'S HELPFUL.
A. YES, SIR. THE TOP LINE, WITH MARKERS BEING EMPTY CIRCLES, REPRESENTS THE PRODUCTION OR THE USAGE OF ALKYLATION ACID, WHICH IS EXACTLY THE SAME LINE THAT WE SAW ON THE PREVIOUS EXHIBIT.
Q. SO THAT INDICATES THE AMOUNT OF ACID THAT'S BEING USED IN THE ALKYLATION UNIT; IS THAT CORRECT?
A. YES. AND IT WOULD BE ALMOST THE SAME IF WE EXPRESS THIS LINE AS BEING THE SPENT ALKYLATION ACID AVAILABLE FOR REUSE OR REGENERATION. THERE IS LITTLE LOSS IN THE ALKYLATION PROCESS SO THE LINES WOULD BE NEARLY IDENTICAL.
Q. WHAT DIRECTION IS THE ALKYLATION ACID USAGE GOING DURING THIS PERIOD?
A. IT INCREASES DRAMATICALLY BETWEEN 1942 AND 1944, WHICH IS THE PEAK YEAR, FALLS OFF TO 1946, AND PICKS UP AGAIN A





LITTLE BIT IN 1947. BUT THERE IS A VERY SUBSTANTIAL PEAK BETWEEN 1942 AND 1944.
THE COURT: INCIDENTALLY, THIS EXHIBIT 1599 HAS REFERENCE SOLELY TO SHELL, DOES IT?
THE WITNESS: YES, IT DOES.
THE COURT: ALL THE OTHERS SEEM TO INDICATE THAT THAT'S TRUE, BUT THE CAPTION ON THIS ONE DOES NOT.
THE WITNESS: I'M SORRY, YOUR HONOR. IT DOES REFER ONLY TO SHELL.
THE COURT: WHERE DOES IT SAY THAT?
THE WITNESS: IT DOES NOT, BUT SINCE I PREPARED THE CHART I KNOW IT DOES. I KNOW THAT TO BE TRUE.
BY MR. ZEVENBERGEN:
Q. AND DURING -- LET'S FOCUS ON THE PERIOD 1942 TO '44 WHEN YOU EXPLAINED THAT THE ACID USAGE FOR THE ALKYLATION PROCESS WAS GOING UP VERY SHARPLY. WHAT WAS HAPPENING DURING THAT SAME TIME WITH THE AMOUNT OF ACID SLUDGE THAT WAS BEING PRODUCED AT THE REFINERY?
A. THAT IS SHOWN BY THE LINE NEXT BELOW THE LINE WE HAVE JUST BEEN DISCUSSING. THE MARKERS ON THIS LINE ARE THE CLOSED CIRCLES. SLUDGE PRODUCTION, AS DISTINCT FROM SLUDGE DISPOSAL, THE AMOUNT OF SLUDGE THAT WAS PRODUCED, INCREASED SLIGHTLY BETWEEN 1941 AND '42 AND '43. A VERY SHALLOW SLOPE TO THAT LINE. 1943 WAS THE PEAK YEAR. IT DECLINED EACH YEAR THEREAFTER TO 1946, AND THEN INCREASED A LITTLE BIT IN 1947.





BUT THESE UNITS ARE EXACTLY THE SAME AS THE ALKYLATION ACID UNITS. THERE IS ONLY ONE SCALE ON THIS LINE. SO YOU CAN SEE THAT THE AMOUNT OF INCREASE IS VERY, VERY SUBSTANTIALLY LESS DURING THE WAR YEARS.
Q. LET ME GO BACK TO THE SOLID LINE THAT IS PEAKING FROM '42 THROUGH '44. YOU TESTIFIED A BIT AGO THAT APPROXIMATELY -- THAT THIS LINE REPRESENTS APPROXIMATELY 90 PERCENT OF THE TOTAL ACID USED IN SHELL'S REFINERY?
A. THAT'S CORRECT.
Q. IF YOU CAN, EXPLAIN TO US JUST IN LAY TERMS HOW IT IS THAT THE TOTAL ACID USAGE AT SHELL'S REFINERY CAN INCREASE SO DRAMATICALLY WHILE THE ACID SLUDGE PRODUCTION REMAINS RELATIVELY FLAT?
A. THE SLUDGE IS RELATED TO THE TREATING OPERATIONS. THOSE TREATING OPERATIONS WERE MAINLY FOR OTHER PRODUCTS: MOTOR GASOLINE, DIESEL FUEL, SPECIALTY PRODUCTS LIKE THINNERS, SOLVENTS, JET FUEL AS AN EXPERIMENTAL PRODUCT DURING THIS TIME. THE TREATING DID NOT RELATE TO TREATING AVIATION GASOLINE PRODUCTS.
THE COURT: WHAT PERCENTAGE OF THE PRODUCTION AT SHELL DURING THOSE YEARS WAS NOT AVGAS?
THE WITNESS: PROBABLY 80 PERCENT OF IT.
BY MR. ZEVENBERGEN:
Q. THEN FOLLOWING UP ON THAT QUESTION, MR. ANDERSON, IF 20 PERCENT OF THE PRODUCTION WAS AVGAS AT SHELL'S REFINERY, AND

A. IT PASSED THROUGH?
Q. ALL OF IT?
A. EVERYTHING THAT IS -- GIVEN YOUR ASSUMPTIONS NOW, WE ARE GOING BACK TO THE ASSUMPTIONS THAT YOU HAVE PROVIDED TO ME, WHICH ARE WE IGNORE THE FRESH ACID USED IN TREATING, WE IGNORE THE STRAIGHT RUN SLUDGE, FOCUSING ONLY ON PRESSURE DISTILLATE SLUDGE MADE FROM SPENT ACID, BY DEFINITION IT'S BEEN THROUGH THE ALKY PLANT, OTHERWISE IT WOULDN'T BE SPENT ACID.
Q. SO I CAN JUST PUT A ROUND CHART AND PUT A 100 PERCENT AND SAY IT'S RELATED TO THE ALKYLATION UNIT?
A. I'LL BE VERY HAPPY TO AGREE THAT A HUNDRED PERCENT OF THAT STUFF HAS BEEN THROUGH THE ALKY PLANT.
Q. OKAY.
MR. TAFT: I WOULD LIKE TO IDENTIFY AT LEAST WHAT WE'VE GOTTEN HERE SO FAR. MR. CLERK, COULD I HAVE OUR NEXT NUMBER?
MR. ZEVENBERGEN: WHILE THAT IS BEING IDENTIFIED, YOUR HONOR, I WAS ABOUT TO ASK A QUESTION THAT I THINK MR. TAFT IS ANSWERING. SO THAT I CAN HAVE THESE MATERIALS AVAILABLE ON REDIRECT, I'M ASKING IF MR. TAFT WILL SAVE THEM SO I CAN PUT THEM BACK UP.
MR. TAFT: AS SOON AS I IDENTIFY THEM, IT WON'T BE CHANGED, I'LL PRINT IT OUT AND BRING IT BACK TO THE COURT AND PUT IT IN AS PART OF THE RECORD.



MR. ZEVENBERGEN: THANK YOU.
THE DEPUTY CLERK: 564, YOUR HONOR.
MR. TAFT: 564, OKAY.
THE COURT: WHAT IS THE NUMBER, MR. CLERK?
MR. TAFT: 564.
THE COURT: ALL RIGHT.
MR. ANDERSON, BEFORE WE LEAVE WHAT IS PORTRAYED UP THERE AS EXHIBIT 564, A VARIANT OF EXHIBIT 1591, I'M GOING TO TRY TO PHRASE A QUESTION THAT MR. TAFT WILL NOT ADOPT AS HIS, AND I DON'T BLAME HIM FOR NOT DOING SO, BUT IN ANY EVENT, IT'S A QUESTION THAT THE ANSWER TO WHICH IS SIGNIFICANT TO ME.
YOU WILL RECALL THAT THE FIRST QUESTION PUT TO YOU ON CROSS EXAMINATION BY MR. TAFT WAS, YOU DO NOT REGARD YOURSELF AS AN EXPERT IN ALLOCATION AS THAT TERM IS INVOLVED IN THIS CASE AND YOUR ANSWER WAS, YES, YOU DID NOT. THAT'S SO; IS IT NOT?
THE WITNESS: I DO NOT REGARD MYSELF, NO.
THE COURT: ALL RIGHT.
UNHAPPILY THAT'S MY JOB. WHETHER I'M AN EXPERT OR NOT, I'M SUPPOSED TO BE BY THE TIME I MAKE THE DETERMINATION OF WHAT THOSE PERCENTAGE IS WILL BE.
SO I DON'T REGARD ANYTHING THAT YOU HAVE SAID IN YOUR TESTIMONY SO FAR AS SAYING THE ALLOCATION SHOULD BE AS FOLLOWS, BUT I DO UNDERSTAND THAT YOU, HAVING USED THE



WORD "ATTRIBUTED," HAVE GIVEN US YOUR EXPERT OPINION ON WHAT YOU PURPORT TO BE EXPERT, AND THAT IS WHAT ENDED UP AT THE MCCOLL SITE WHICH IS ATTRIBUTED TO AVGAS.
THE WITNESS: YES, SIR.
THE COURT: AND IN YOUR EXHIBIT 1591 YOU EMERGED, AS I IMAGINE THE GOVERNMENT WAS VERY PLEASED WITH, THERE IS AN ATTRIBUTION THERE TO AVGAS OF 12 PERCENT.
AND AS RAW MATERIALS THAT I MUST, FIRST OF ALL, TRY TO UNDERSTAND AND ULTIMATELY APPLY, I MUST USE ALL THAT I HEAR FROM EXPERTS, AND OTHERWISE IN MY PROCESS OF ALLOTTING IT. AND IN THAT CONNECTION NOW, AND THAT'S A LONG PREFACE TO MY QUESTION, BY HIS CROSS EXAMINATION I THINK MR. TAFT HAS ELICITED FROM YOU AN ACKNOWLEDGEMENT THAT NONE OF THE DISPOSED MATERIALS REPRESENTED BY THE YELLOW PORTION OF THE PIE ON EXHIBIT 1591 ARE IN ANY WAY ATTRIBUTABLE TO AVGAS, HIS CONTENTION BEING THAT YOU ARE WRONG THERE.
DO YOU UNDERSTAND WHAT I'M SAYING?
THE WITNESS: YES, SIR.
THE COURT: AND I DON'T KNOW WHAT QUESTION I SHOULD PUT TO YOU TO SAY WHEREIN IS THAT CONTENTION OF MR. TAFT'S WRONG IN YOUR EXPERT OPINION?
THE WITNESS: REFINING ENGINEERS ARE FREQUENTLY FACED WITH TRYING TO JUSTIFY A NEW PIECE OF EQUIPMENT, TRYING TO UNDERSTAND HOW A CHANGE IN A PROCESS VARIABLE HAS CAUSED GREATER PROFIT OR REDUCED PROFIT. THE



FUNDAMENTAL PRINCIPLE IS YOU ARE LOOKING FOR A CHANGE AND YOU ARE LOOKING FOR A CAUSE AND AN EFFECT.
I ATTEMPTED TO DO THAT. THESE OIL PRODUCTS WOULD HAVE BEEN TREATED REGARDLESS OF MUCH HOW AVIATION GASOLINE WAS MADE FOR THE U.S. GOVERNMENT OR FOR ANYBODY ELSE. THE PRODUCTS REQUIRED TREATING. THE IMPACT OF USING SPENT ACID INSTEAD OF FRESH IS CLEARLY MEASURABLE RIGHT THERE. IF WE ARE USING A DAMP SPONGE INSTEAD OF A DRY SPONGE, THE SPONGE HAS TO BE BIGGER BECAUSE IT IS DAMP. A BIGGER SPONGE GETS THROWN AWAY AT MCCOLL THAN OTHERWISE WOULD BE THE CASE.
SO I BELIEVE I HAVE FAIRLY ACCOUNTED FOR ALL THE DIFFERENCE. AND THE FACT THAT SPENT ACID WAS USED FOR TREATING RATHER THAN A FRESH ACID, IT MAKES NO DIFFERENCE THAT IT'S BEEN THROUGH THE ALKYLATION UNIT, OR THE CUMENE, OR RICHMOND REFINERY, OR IT CAME FROM STAUFFER. IT'S TOTALLY IRRELEVANT.
WHAT IS RELEVANT IS IT IS A DIFFERENT QUALITY. THAT QUALITY AFFECTS THE AMOUNT OF ACID THAT HAS TO BE THROWN AWAY. I'VE DONE THAT FAIRLY. AND I THINK THE FACT THAT IT'S BEEN THROUGH THE ALKYLATION UNIT, I WOULD HAVE BEEN HAPPY TO STIPULATE THAT A HUNDRED PERCENT OF IT HAS BEEN THROUGH THE ALKY UNIT, ABSOLUTELY IT DID, BUT IT PASSED THROUGH UNCHANGED.
THE COURT: BUT YOU SEE FOR MY PURPOSES IF I

ADOPT YOUR BOTTOM LINE THAT THAT WHICH WENT TO THE MCCOLL SITE IS ONLY 14 -- IS ONLY 12 PERCENT ATTRIBUTED TO, WHICH I UNDERSTAND TO MEAN IN ANY WAY INVOLVED IN THE PROCESS OF AVGAS OR RELATED TO, OR IN ANY WAY AS IT ARRIVED AT THE MCCOLL SITE AND TO CREATE THE CONDITION THERE, IS IN ANY WAY TO BE CONNECTED TO, ATTRIBUTED TO, INVOLVED IN, OR WHATEVER OTHER WORD WOULD SUGGEST THAT IT SHOULD BE PART OF WHAT WAS DERIVED AND LANDED AT MCCOLL IN CONNECTION WITH OR AS APART OF, OR ATTRIBUTABLE TO THE AVGAS PROGRAM.

DO YOU UNDERSTAND BY MY SAYING THAT WHAT I MUST LOOK TO?

AND IF I ACCEPT AS THE BOTTOM LINE AND AS THE FULL ANSWER, WHAT YOU HAVE DEPICTED IN THE PURPLE SLICE OF PIE ON EXHIBIT 1591, YOU HAVE STRUCK A STRONG BLOW FOR THE GOVERNMENT'S POSITION. I WILL TELL YOU THAT. I MEAN I DON'T ASK YOU TO UNDERSTAND IT, BUT I WILL TELL YOU THAT THAT'S WHERE I STAND.

AND IN THAT RESPECT, BY WAY OF CROSS EXAMINATION MR. TAFT HAS SUGGESTED AT LEAST BY HIS QUESTIONS AND HE FEELS IN PART SUPPORTED BY YOUR ANSWERS, THAT YOUR PURPLE PIECE OF PIE IS MUCH TOO SMALL BECAUSE IT SHOULD INCLUDE A GOODLY CHUNK OF WHAT IS DEPICTED IN THE REST OF THE YELLOW PORTION OF THE PIE. AND I GUESS I'VE SAID, "WHAT'S WRONG WITH HIS POSITION?"

AND YOU'VE ANSWERED BY SAYING, "WELL, MY



ANALYSIS EXPLAINS IT AND IS CORRECT."

I CONFESS I DON'T UNDERSTAND. ALTHOUGH I SOUGHT TO FOLLOW WHAT YOU WERE SAYING, I DO NOT FULLY UNDERSTAND WHY YOU HAVE MET THAT CONTENTION WHICH I UNDERSTAND TO BE PUT TO YOU. ANYTHING MORE YOU CAN SAY IN THAT RESPECT?

THE WITNESS: YES, LET ME TRY AGAIN.

WHAT I'VE TRIED TO DO IS SAY THAT IN THE ABSENCE OF AN ALKYLATION UNIT, IF THE ALKYLATION UNIT BURNED DOWN AND WAS NOT REPLACED, THERE WOULD STILL BE TREATING GOING ON. WE WOULD BE USING FRESH ACID THAT WE BOUGHT FROM STAUFFER AND OUR SLUDGE PILE WOULD BE SO HIGH, TWO HANDFULS, THAT BECAUSE OF THE AVIATION GASOLINE PROGRAM WE DID HAVE AN ALKYLATION UNIT A VERY LARGE ONE AND IT RAN A LOT OF ACID AND THAT INCREASED THE AMOUNT OF SLUDGE AT MCCOLL BY 14 PERCENT. I'VE HEARD NO DISAGREEMENT WITH THE FACT THAT THAT'S HOW MUCH BIGGER THE SLUDGE PILE IS.

THE OTHER WAY OF LOOKING AT THINGS IS TO SAY THAT ANY MOLECULE THAT IN ANY WAY PASSED THROUGH UNCHANGED, THAT THE ALKYLATION UNIT IS SOME WAY RELATED TO WHAT'S AT MCCOLL.

IN MY EXAMPLE WHERE THE ALKYLATION UNIT BURNED DOWN AND WAS NOT REPLACED, THERE WOULD BE SLUDGE AT MCCOLL. EXACTLY THE SAME AMOUNT. THE AVIATION GASOLINE PROGRAM DIDN'T CHANGE THAT. WE ARE ABLE TO REUSE AN AMOUNT OF FRESH



ACID FOR A SECOND PURPOSE. THAT CAUSES SOME DIRECT CHANGE IN QUANTITY AND THAT'S VERY RELEVANT, YOUR HONOR. YOU SHOULD KNOW WHAT THAT AMOUNT IS.

I'M HAPPY TO AGREE THAT A LOT OF OTHER SLUDGE PASSED THROUGH THE ALKYLATION UNIT THIS YEAR AND HAD WE NOT BUILT THE ALKYLATION UNIT, THAT SAME AMOUNT OF SLUDGE WOULD HAVE BEEN THERE, BUT IT WOULD NOT HAVE PASSED THROUGH THE ALKYLATION UNIT.

THE COURT: MR. TAFT, YOU MAY PROCEED.

BY MR. TAFT:

Q. SO I TAKE IT YOU'RE SAYING THAT BECAUSE SPENT ACID WAS USED, BASICALLY YOU DO HAVE -- ATTRIBUTABLE TO THE ALKYLATION UNIT YOU HAVE 14 PERCENT MORE SLUDGE?

A. THAT IS CORRECT OF EVERYTHING. HYDROCARBONS, ACID AND WATER, 14 PERCENT MORE OF EVERYTHING.

Q. ALL MIXED.

A. EVERYTHING.

Q. AND YOU HAVE ALSO SAID THAT LOOKING AT, FROM THE POINT OF VIEW OF THE ACTUAL MATERIALS YOU CAN STATE THAT 100 PERCENT WENT THROUGH THE ALKYLATION UNIT, FORGETTING THE BENZOL?

A. ON YOUR ASSUMPTIONS. WE CAN LOOK AT MY CHART AND SEE WHAT I BELIEVE IT ACTUALLY WAS. YOU MADE SOME SIMPLIFYING ASSUMPTIONS WHICH I AGREED TO FOR THE PURPOSE OF THIS DISCUSSION.



Q. AND WERE THOSE SIMPLIFYING ASSUMPTIONS, WHICH PROBABLY AMOUNT TO WHAT; 10 PERCENT OF THE MATERIAL, STRAIGHT RUN SLUDGE?

A. THE MATERIAL IS IN MY REPORT.

Q. YES. IT'S NOT A --

A. I'M HAPPY TO MAKE THE ASSUMPTION WITH YOU.

Q. FOR THE MOMENT WE'LL SAY IT'S 10 PERCENT.

SO YOU ALSO STATE THAT YOU CAN LOOK AT IT FROM THE PERSPECTIVE THAT 100 PERCENT, ELIMINATING THAT 10 PERCENT STRAIGHT RUN, THAT 100 PERCENT WENT THROUGH THE ALKYLATION UNIT?

A. SURE.

THE COURT: ALL RIGHT, THE AFTERNOON RECESS. WE WILL BE IN RECESS FOR 15 MINUTES.

THE DEPUTY CLERK: ALL RISE.

(SHORT RECESS.)

THE DEPUTY CLERK: REMAIN SEATED. COME TO ORDER. THIS UNITED STATES DISTRICT COURT IS AGAIN IN SESSION.

THE COURT: YOU MAY PROCEED, MR. TAFT.

MR. TAFT: THANK YOU, YOUR HONOR.

CROSS EXAMINATION CONTINUED

BY MR. TAFT:

Levin

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
WILLIAM A. WEINISCHKE
JOSHUA M. LEVIN
MICHAEL J. ZEVENBERGEN
Environmental Enforcement Section
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone: 202-514-4592
Telephone: 202-514-4198
Telephone: 206-526-6607
Facsimile: 202-514-8865

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MONICA L. MILLER (State Bar No. 157695)
Assistant United States Attorney
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
Telephone: 213-894-4061
Facsimile: 213-894-7819

Attorneys for United States of America

BILL LOCKYER, Attorney General
of the State of California
TIMOTHY R. PATTERSON (State Bar No. 072209)
Supervising Deputy Attorney General
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2013
Facsimile: (619) 6450-2012

Attorneys for Plaintiff State of California

PETER R. TAFT (State Bar No. 044662)
CYNTHIA L. BURCH (State Bar No. 086020)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
SHELL OIL COMPANY, TEXACO INC., ATLANTIC RICHFIELD COMPANY AND UNION OIL COMPANY



90-11-3-502

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,, Plaintiff, vs. SHELL OIL COMPANY, ET AL., Defendants. | CASE NO. CIV. 91 0589 RJK |
| AND RELATED CROSS-ACTION | JOINT REQUEST FOR STATUS CONFERENCE |

The Ninth Circuit Court of Appeals recently affirmed in part and reversed in part the prior decisions of this Court, see United States v. Shell, 294 F.3d 1045 (9th Cir. 2002), and the U.S. Supreme Court denied the Oil Companies' petitions for writs of certiorari on January 3, 2003. See Shell v. United States, 123 S. Ct. 850 (2003); Atlantic Richfield v. United States, 123 S. Ct. 850 (2003).

The United States, the State of California, and the Oil Companies request a status conference to discuss what further steps need to be taken following denial of the petitions for certiorari in the Supreme Court. The Oil Companies maintain that outstanding issues requiring resolution are 1) further allocation proceedings regarding non-benzol waste cleanup costs, and 2) determination of outstanding costs not previously resolved, and 3) resolution of remaining claims.

As to the first issue, the United States maintains that all allocation issues have been resolved, and that the Ninth Circuit's decision clearly holds that only benzol waste costs are to be allocated to the United States. Accordingly, no further action concerning allocation is warranted.[1] As to the second issue, co-plaintiffs

[1] The Ninth Circuit upheld the Court's allocation of 100% of the benzol waste costs to the United States. For the purpose of determining this allocation, the United States and the Oil Companies stipulate that 6.25% is the proper share of benzol

United States and the State of California agree with the Oil Companies that co-plaintiffs' remaining claims for CERCLA response costs not previously addressed require resolution. Finally, the United States maintains that the Oil Companies' contract-based (non-CERCLA) counterclaims filed against the United States should now be resolved. The parties' rationale for their positions on each of these three issues are set forth below.

I. WHETHER FURTHER ALLOCATION PROCEEDINGS ARE WARRANTED:

A. Oil Companies' Position:

The Oil Companies believe that there should be a new apportionment trial to determine the portion of liability that should be assigned to the United States based on its concession of liability for benzol waste. The Court of Appeals has already affirmed assigning 100% of the response costs relating to benzol waste to the United States. However, it did not reach the issue of whether any further allocation should be made to the United States for all or any part of the remaining response costs.

The United States admitted in its filing before the Ninth Circuit in this case last summer that all the waste at the McColl Site, not just the benzol waste, was subject to allocation:

> "We agree with the Oil Companies that the United States' liability for the benzol-related waste at the Site made all the waste at the Site potentially subject to allocation between the Oil Companies and United States pursuant to 42 U.S.C. 9613(f)(1) [CERCLA §113(f)(1)]."

---

waste at the McColl Site. This stipulation is based upon other stipulations that establish the range of percentages for benzol waste at the McColl Site, which result in benzol waste shares of 5.52%, 6.48%, and 6.75%. See Stipulations 432-434, 498. Absent any compelling basis for selecting any one of these percentages over another, the parties have agreed to average the three, resulting in a share of 6.25% for benzol waste at the McColl Site.