IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, AND TEXACO, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-141C (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION TO STAY ORAL ARGUMENT**

Defendant, the United States, respectfully requests that the Court stay oral argument upon plaintiffs' motion for summary judgment upon damages, currently set for August 21, 2008. On Friday, August 1, 2008, Counsel for plaintiffs stated that he could not provide plaintiffs' position until conferring with his clients.

The undersigned attorney for the United States was assigned this case on July, 22, 2008, and has been diligently working to familiarize himself with the facts and issues in this case. However, this matter has been in litigation in various fora since 1991, and possesses an extremely complex and lengthy factual record generated at the United States District Court for the Central District of California.

Moreover, in the 10 days since being assigned this case, the undersigned attorney for the United States has been required to devote substantial resources to other matters, including: (1) Watts-Healy Tibbitts a Joint Venture v. United States, Ct. No. 08-261 (motion for injunction pending possible appeal filed July 25, 2008, and other activities); (2) United States v. Optrex Am., Inc., No. 02-00646 (Ct. Int'l Trade) (post-judgment activities); (3) Trustees In Bankruptcy of North American Rubber Thread, Inc. v. United States, Consol. Ct. No. 05-00539 (motion for judgment filed August 1, 2008); (4) United States v. Ringstad, Ct. No. 07-00437 (Ct. Int'l Trade)

(Gov. response to motion to dismiss filed on July 28, 2008, and Government discovery responses served July 29, 2008); and (5) United Stated v. Canada, London Ct. Int'l Arb. nos. 7491 and 80101 (various activities in expedited international arbitrations).

The undersigned attorney will be on previously scheduled annual leave between August 4, 2008, and August 18, 2008, and will be inaccessible during that time. Likewise, Jeanne E. Davidson, the reviewer for this case will also be on annual leave beginning August 15, 2008, and will not return to the office until August 25, 2008. Rescheduling oral argument will therefore allow the undersigned attorney to fully prepare for oral argument.

For these reasons, we respectfully request that the Court grant this motion and reschedule oral argument.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

/s/ JEANNE E. DAVIDSON
Director

/s/ STEPHEN C. TOSINI
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 616-5196
Fax. (202) 514-7969
Attorneys for Defendant

August 1, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 1st day of August, 2008, a copy of the foregoing "MOTION TO STAY ORAL ARGUMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Stephen C. Tosini