**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 06-CV-141
(Senior Judge Smith)

**PLAINTIFFS' RESPONSE TO MOTION TO POSTPONE ORAL ARGUMENT**

Plaintiffs Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco Inc. (collectively, the "Oil Companies") do not oppose the Government's motion to postpone oral argument on the Oil Companies' motion for summary judgment in light of the appearance of new counsel and counsel's previously scheduled vacation. Counsel for the Oil Companies will consult with Government counsel upon his return from vacation, and with chambers, to identify a mutually agreeable new date for oral argument to propose to the Court.

August 4, 2008

Respectfully Submitted,

s/ Michael W. Kirk

Michael W. Kirk
*Counsel of Record*

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
(202) 220-9601 (fax)

Counsel for Plaintiffs

*Of Counsel*:

Michael Weitzner

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600
(202) 220-9601 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August 2008, I caused to be served by the Court's electronic filing system a copy of the foregoing on the following counsel:

Stephen C. Tosini, Esq.
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11014
Attn: Classification Unit—8th Floor
Washington, DC 20530

s/ Michael W. Kirk