# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.**, | No. 06-141C |
| *Plaintiffs*, | |
| v. | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | Filed: August 5, 2008 |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby **GRANTS** Defendant's Motion to Stay Oral Argument. The Court hereby **CANCELS** Oral Argument set for August 21, 2008. The parties are to contact the Judge's law clerk to set a new date.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE