# In the United States Court of Federal Claims

| | |
|---|---|
| **SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.**, | No. 06-141C |
| *Plaintiffs,* | |
| v. | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | Filed: September 8, 2008 |
| *Defendant.* | |

## ORDER

The Court hereby **SCHEDULES** oral argument for Thursday, October 2, 2008 at 2:00 p.m. in Courtroom #9, United States Court of Federal Claims, Washington, DC.

**It is so ORDERED.**

s/ Loren A. Smith
LOREN A.SMITH
SENIOR JUDGE