SHELL OIL, et al. vs. USA

CASE NO. 06-141C

VOLUMES 1-3

MASTER INDEX

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS | VR DR |
|---|---|---|---|---|---|
| Bookspan | 2-366 | 2-368 | 2-386 | | |
| Bourke | 2-392 | | | | 2-394 |
| | 2-405 | 2-406 | 2-440 | | |
| Brigham | 2-277 | 2-282 | 2-305 | | |
| Kipp | 1-109 | | | | 1-112 |
| | 1-117 | 1-125 | 1-231 | | |
| Kittrell | 3-497 | 3-499 | 3-638 | | |
| Medine | 2-308 | 2-312 | 2-354 | | |

| PX | Page | Description |
|----|------|-------------|
| 1 | 1-122 | Texas Avgas Contract |
| 2 | 1-122 | Richfield Avgas Contract |
| 3 | 1-122 | Shell Avgas Contract |
| 4 | 1-122 | Tidewater Avgas Contract |
| 5 | 1-122 | Union Avgas Contract |
| 6 | 1-122 | Union Avgas Contract |
| 7 | 1-122 | Shell Avgas Contract |
| 8 | 1-122 | Texas Avgas Contract |
| 9 | 1-122 | Tidewater Avgas Contract |
| 10 | 1-122 | Richfield Avgas Contract |
| 11 | 1-122 | CERCLA Stipulations |
| 12 | 1-122 | Judgment and Stipulation as to pre-October 31, 1998 costs incurred |
| 13 | 1-122 | 2006 Gov't Responses to Pls.' Proposed Findings of Uncontroverted Fact |
| 14 | 1-122 | 2008 Gov't Responses to Pls.' Proposed Findings of Uncontroverted Fact |
| 15 | 1-122 | 2012 Gov't Responses to Pls.' Proposed Findings of Uncontroverted Fact |
| 16 | 1-122 | Defendant's Response to Shell's First  RFAs |
| 297 | 2-276 | Total Costs Incurred, With Interest |
| 298 | 2-276 | Additional Interest on Pre-October 31, 1998 Costs |
| 605 | 1-122 | Transcript of CERCLA Allocation Trial |
| 606 | 1-122 | Transcript of CERCLA Allocation Trial |
| 607 | 1-122 | Transcript of CERCLA Allocation Trial |
| 609 | 1-122 | Transcript of CERCLA Allocation Trial |
| 610 | 1-122 | Transcript of CERCLA Allocation Trial |
| 611 | 1-122 | Transcript of CERCLA Allocation Trial |
| 613 | 1-122 | Post-Trial Brief for CERCLA Allocation Trial |
| 701 | 1-122 | Declaration of John McColl with exhibits |
| 704 | 1-122 | Deposition of Bruce Dunbar |

| **PX** | **Page** | **Description** |
|---|---|---|
| 706 | 1-122 | Deposition of John McColl |
| 707 | 1-122 | Deposition of James V. Willacy |
| 802 | 1-122 | Methods of Mixing Sludge Fuel |
| 803 | 1-122 | Sludge Conversion Process Improves Refinery Acid Recovery |
| 805 | 1-122 | Burning Various Types of Oil Refinery Fuels |
| 808 | 1-122 | Patent: US2368063 |
| 809 | 1-122 | Chemical Refining of Petroleum |
| 811 | 1-122 | A History of the Petroleum Administration for War 1941-1945 |
| 812 | 1-122 | Petroleum Refinery Engineering |
| 814 | 1-122 | Analysis of Sulfuric Acid and Acid Sludges from Petroleum Processes |
| 818 | 2-276 | Statistical Methods 8th Edition |
| 820 | 1-122 | Decomposition of Spent Alkylation Sulfuric Acid To Produce Sulfur Dioxide and Water |
| 823 | 1-122 | Acid Runaways in a Sulfuric Acid Alkylation Unit |
| 830 | 1-122 | Corrosion and Fouling in Sulfuric Acid Alkylation Units |
| 831 | 1-122 | Handbook of Petroleum Processing |
| 836 | 1-122 | Light Alkylate Naphtha |
| 841 | 1-122 | Patent: US1954488 |
| 851 | 1-122 | Patent: US2399805 |
| 852 | 1-122 | Patent: US2404452 |
| 901 | 1-122 | Expert Report Table 1.1:  Production of High Octane Avagas |
| 902 | 1-122 | Expert Report Table 1.2: Increase in Avgas Production Over 1942 Levels |
| 903 | 1-122 | Expert Report Table 2: Spent Alkylation Acid Generated at Shell Dominguez |
| 904 | 1-122 | Expert Report Revised Table 3.1: Destination of Acid Sludge and Spent Alkylation Acid |

| <u>PX</u> | <u>Page</u> | <u>Description</u> |
|------|-------|-------------|
| 905 | 1-122 | Expert Report Revised Table 3.2: Distribution of Acid Sludge and Spent Alkylation Acid at Shell's Refineries during WWII |
| 906 | 1-122 | Expert Report Table 4.1: Spent Alkylation Acid Available for Reprocessing |
| 907 | 1-122 | Expert Report Table 4.2: Net Available Capacity at General Chemical After Reprocessing Standard |
| 908 | 1-122 | Expert Report Table 4.3: Acid Reprocessing Capacity of Los Angeles Chemical Companies |
| 909 | 1-122 | Expert Report Table 4.4: Los Angeles Refineries Spent Alkylation Acid Storage Capacities |
| 910 | 1-122 | Expert Report Table 4.5: Total Spent Alkylation Acid Sent to McColl Site (Tons) |
| 911 | 1-122 | Expert Report Table 4.6: Barrels of Spent Alkylation Acid Sent to McColl Site |
| 912 | 1-122 | Expert Report Table 5: Acid Sludge Production Rate |
| 913 | 1-122 | Expert Report Revised Table 6: Sulfuric Acid Usage at Continuous Acid Treater |
| 914 | 1-122 | Expert Report Figure 1: Overview of Distillation Process |
| 915 | 1-122 | Expert Report Figure 2: Petroleum Flow Chart |
| 916 | 1-122 | Expert Report Revised Figure 3: Comparison of Spent Alkylation Acid Generated and Avgas Produced |
| 917 | 1-122 | Expert Report Revised Figure 4: Fresh Sulfuric Acid Usage at Shell Wilmington and Dominguez |
| 918 | 1-122 | Expert Report Figure 5: Spent Alkylation Acid Generated at Shell Dominguz |
| 919 | 1-122 | Expert Report Revised Figure 6: Destination of Acid Sludge and Spent Alkylation Acid |

| **PX** | **Page** | **Description** |
|---|---|---|
| 920 | 1-122 | Expert Report Figure 7: Acid Sulfuric Acid Usage of Various Processes |
| 921 | 1-122 | Expert Report Figure 8: Comparison of Total Sulfuric Usage |
| 922 | 1-122 | Expert Report Figure 9: Proportion of Crude Suitable for Avgas vs. Other Products |
| 923 | 1-122 | Expert Report Appendix 1: Number of Carbon Atoms in Organic Molecules |
| 924 | 1-122 | Rebuttal Report Figure 1: Increase in Avgas Production and Crude Throughput |
| 925 | 1-122 | Rebuttal Report Figure 2: Avgas Production Correlates with Crude Throughput |
| 926 | 1-122 | Rebuttal Report Figure 3: Sludge Production at Shell Refineries |
| 927 | 1-122 | Rebuttal Report Figure 4: Sulfuric Acid Usage at Continuous Acid Treater |
| 928 | 1-122 | Rebuttal Report Figure 5: Spent Alkylation Acid Generated and Sent for Reprocessing |
| 929 | 1-122 | Rebuttal Report Figure 6: Use of Synthetic Hydrocarbons |
| 930 | 1-122 | Rebuttal Report Figure 7: Acid Sludge Sent to Shell Point |
| 931 | 1-122 | Rebuttal Report Figure 8: Contribution of Sulfate to the McColl Site |
| 932 | 1-122 | Rebuttal Report Table 1: Crude Throughput at Shell Refineries |
| 933 | 1-122 | Rebuttal Report Table 2: Confidence in Correlation Between Avags Production and Crude Throughput |
| 934 | 1-122 | Rebuttal Report Table 3: Catalytic Cracker and Hyrdogenation Capacity to Offset Acid Treatment |
| 935 | 1-122 | Rebuttal Report Table 4: Sulfuric Acid Usage at Continuous Acid Treater |

| **PX** | **Page** | **Description** |
|--------|----------|-----------------|
| 936 | 1-122 | Rebuttal Report Table 5.1: Quantities of Sulfuric Acid, Sodium Hydroxide, and Sodium Carbonate Used in Continuous Acid Treatment |
| 937 | 1-122 | Rebuttal Report Table 5.2: Percent of Sulfuric Acid Neutralization at the Continuous Acid Treater |
| 938 | 1-122 | Rebuttal Report Table 6: Shell Alkylate Produced and Shipped Off-Site |
| 939 | 1-122 | Rebuttal Report Table 7: Comparison of Wartime and Post-War Avgas Operations |
| 940 | 1-122 | Rebuttal Report Table 8.1: Percent Sulfate in Sulfuric Acid |
| 941 | 1-122 | Rebuttal Report Table 8.2: Percent of Spent Alkylation Acid and Acid Sludge Composed of Sulfate from Sulfuric Acid |
| 942 | 1-122 | Rebuttal Report Table 8.3: Percent of Spent Alkylation Acid and Acid Sludge Composed from Organic Material |
| 943 | 1-122 | Rebuttal Report Table 8.4: Contribution of Sulfate: Sulfuric Acid v. Organic Material |
| 944 | 1-122 | Rebuttal Report Table 9.1: Calculation of Non-Benzol Acid Waste |
| 945 | 1-122 | Rebuttal Report Table 9.2: Acid Strength Calculations |
| 946 | 1-122 | Rebuttal Report Table 9.3: Calculations of Acid Mass |
| 947 | 1-122 | Rebuttal Report Table 10.1: Avgas Produced at Shell's Refineries in 1942 |
| 948 | 1-122 | Rebuttal Report Table 10.2: Calculations for Acid Waste at McColl Site |
| 949 | 1-122 | Rebuttal Report Table 10.3: Percentage of Oil Companies' Acid Sludge Dumped at McColl in 1942 |

| <u>PX</u> | <u>Page</u> | <u>Description</u> |
|---|---|---|
| 950 | 1-122 | Revised Rebuttal Report Table 10.4: Percentage of Oil Companies' Acid Sludge Generated by Non-DSC Contract Avgas Production in 1943 |
| 951 | 1-122 | Rebuttal Report Table 11: Calculation of Alleged Non-DSC Acid Mass |
| 952 | 1-122 | Waste to Disposal at Shell's Refineries |
| 953 | 1-122 | Percentage of Shell's Acid Waste Sent to McColl |
| 954 | 1-122 | Acid Sludge Production Rate at Shell's Refineries: 1944 vs. 1946 (Barrels) |
| 955 | 1-122 | Acid Sludge Production Rate at Shell's Refineries: 1944 vs. 1946 (Bar Graph) |
| 956 | 1-122 | Gregory G. Kipp CV |
| 957 | 2-276 | Opening Statement Demonstrative |
| 958 | 2-276 | Opening Statement Demonstrative |
| 1101 | 1-122 | Letter to Morgan re Acid Situation on West Coast and Approved Reprocessing Plants |
| 1102 | 1-122 | Table of West Coast Reprocessing Plants to be Completed in 1944 |
| 1103 | 1-122 | Shell Wilmington and Dominguez Refineries Operating Reports |
| 1104 | 1-122 | Shell Wilmington and Dominguez Refineries Operating Reports |
| 1105 | 1-122 | Memorandum from Shell Oil Co. to Shell Development Co. |
| 1106 | 1-122 | Memorandum to C.B. deBruyn re Acid Sludge |
| 1107 | 1-122 | Memorandum to J.F.M. Taylor re Disposal of Acid Waste |
| 1108 | 1-122 | Manual of Operations and Job Information for Alkylation Plant |
| 1109 | 1-122 | Fine Owner of Sump in Oil Overflow |
| 1110 | 1-122 | Minutes of Conference of Petroleum Industry |
| 1111 | 1-122 | Memo re Spent Acid Utilization |

| PX | Page | Description |
|---|---|---|
| 1112 | 1-122 | Sulfuric Acid Survey Questionnaire Form |
| 1113 | 1-122 | District 5 Sulfuric Acid Survey Results Table |
| 1114 | 1-122 | District 5 Sulfuric Acid Survey Responses and Survey Results Table |
| 1115 | 1-122 | Richfield Oil Corporation: 100-Octane Aviation Gasoline Cost Analysis and Breakdown |
| 1116 | 1-122 | Texas Co.: 100-Octane Aviation Gasoline Cost Analysis and Breakdown |
| 1119 | 1-122 | LA Health Department Report on Complaint |
| 1120 | 2-304 | Memo |
| 1121 | 1-122 | Tidewater Oil: 100-Octane Aviation Gasoline Cost Analysis and Breakdown |
| 1122 | 1-122 | 100 Octane Aviation Gasoline Privately Owned Plants Cost Analysis and Breakdown |
| 1123 | 1-122 | Acid Regeneration |
| 1124 | 1-122 | Letter to William J. Fox, Regional Planning Commission |
| 1125 | 1-122 | Meeting Minutes |
| 1126 | 1-122 | Transcript of Hearing Regarding M-3 Permit Case No. 210 – Rubbish Dump San Jose District |
| 1127 | 1-122 | Letter to Eli McColl Denying Permit Application |
| 1128 | 1-122 | Application for Certificate of Necessity (Shell) |
| 1129 | 1-122 | Letter to C.W. Balzer (Stauffer Priority Application) |
| 1130 | 1-122 | Memo to Head Office Manufacturing re Acid Sludge Disposal - Eli S. McColl Contract |
| 1131 | 1-122 | Sulfuric Acid Survey: Estimated Requirements of Petroleum Refiners 1942 |

| PX | Page | Description |
|---|---|---|
| 1132 | 1-122 | Letter to George Parkhurst re Stauffer Necessity Application |
| 1133 | 1-122 | Meeting Minutes |
| 1134 | 1-122 | Memo to Cragin re Shell Spent Acid Disposal |
| 1135 | 1-122 | Memo to DW Wilson re Spent Acid Disposal |
| 1136 | 1-122 | Letter to Levy re Stauffer Necessity Application |
| 1137 | 1-122 | Texas Co.: Reasonableness of Price Quoted |
| 1138 | 1-122 | Production of War Products at Humble Oil & Refining Company's Baytown Refinery |
| 1139 | 1-122 | Memo to Cumming re Actual Production 100 octane Avgas 1942 |
| 1140 | 1-122 | Letter to Halpern of Texaco re Sulfuric Acid Facilities |
| 1141 | 1-122 | Reasonableness of Price Quoted: Tidewater Oil |
| 1142 | 1-122 | Richfield Oil Corporation: 100-Octane Aviation Gasoline Cost Analysis and Breakdown |
| 1143 | 1-122 | Union Oil Company of California: 100-Octane Aviation Gasoline Cost Analysis and Breakdown |
| 1144 | 1-122 | Letter to Parkhurst re Sulfuric Acid Facilities |
| 1146 | 1-122 | Letter to Refining Cmte re Maximizing Avgas Production |
| 1148 | 1-122 | Memo to George Stoner re Four Party Agreement |
| 1150 | 1-122 | Letter to Elder re Reuse of Spent Alkylation Acid |
| 1151 | 1-122 | Meeting Minutes |
| 1152 | 1-122 | Letter to Stapleton re Sulfuric Acid for Alkylation Dist. 5 |

| **PX** | **Page** | **Description** |
|---|---|---|
| 1153 | 1-122 | Letter to Walter Whitman re Sulfuric Acid Requirements for West Coast |
| 1154 | 1-122 | Letter to Walter Whitman re Sulfuric Acid Requirements for West Coast |
| 1155 | 1-122 | Memo to GN McCluskey re New West Coast Reprocessing Facilities |
| 1156 | 1-122 | Reasonableness of Price Quoted: Shell Oil Co. Wood River |
| 1157 | 1-122 | Sulfuric Acid Reports |
| 1158 | 1-122 | Memo to GN McCluskey re New West Coast Reprocessing Facilities |
| 1160 | 1-122 | Letter to R.B. Cragin re Sulfuric Acid Requirements and Sludge Production |
| 1164 | 1-122 | Letter to Bayer |
| 1165 | 1-122 | Minutes of Regular Meeting of Board of Directors of Stauffer Chemical Company |
| 1166 | 1-122 | Letter to Holaday |
| 1167 | 1-122 | The Richfield Refinery (pamphlet) |
| 1168 | 1-122 | Meeting Minutes |
| 1169 | 1-122 | Minutes of Regular Meeting of Board of Directors of Stauffer Chemical Company |
| 1170 | 1-122 | Letter to Bayer |
| 1171 | 1-122 | Letter to Culbertson |
| 1172 | 1-122 | Meeting Minutes |
| 1173 | 1-122 | Meeting Minutes |
| 1174 | 1-122 | Meeting Minutes |
| 1175 | 1-122 | Spent Alkylation Acid Situation Forecast First Quarter, 1945 |
| 1176 | 1-122 | Recap of Aviation Gasoline Subcommittee (Dist. 5) Questionnaires Spent Alkylation Acid Situation |
| 1177 | 1-122 | Letter to Asiatic Petroleum Company (Monsanto Memo) |
| 1178 | 1-122 | Spent Alkylation Acid Forecast February, March and April, 1945 |

| PX | Page | Description |
|---|---|---|
| 1179 | 1-122 | Recap of Aviation Gasoline Subcommittee (Dist. 5) Questionnaires Spent Alkylation Acid Situation |
| 1180 | 1-122 | Telegram to Davidson re Spent Alkylation Acid Situation |
| 1181 | 1-122 | Telegram to DW Boardman re Spent Alkylation Acid Situation |
| 1182 | 1-122 | Meeting Minutes |
| 1183 | 1-122 | Memo to WH Whitman re Progress Report of Inorganics Branch |
| 1184 | 1-122 | Minutes of Regular Meeting of Board of Directors of Stauffer Chemical Company |
| 1186 | 1-122 | PJ Byrne re Spent Alkylation Acid in Southern California |
| 1188 | 1-122 | Meeting Minutes |
| 1189 | 1-122 | Aviation Gasoline Report to the War Production Board |
| 1190 | 1-122 | Union Wilmington August 1945 Operating Report |
| 1191 | 1-122 | Letter to Shell Oil Co. re Disposal Contract Termination |
| 1192 | 1-122 | Letter to Mayor and City Council of Fullerton re Expiration of Permit |
| 1193 | 1-122 | Meeting Minutes |
| 1196 | 1-122 | Investigation SP Ammonium Sulfate Report No. 11S |
| 1199 | 1-122 | Refineries' Waste Water Committee Meeting Minutes |
| 1200 | 1-122 | Refineries' Committee on Waste Disposal Meeting Minutes |
| 1201 | 1-122 | Union Memo to Sherborne re Refinery Acid Sludge |
| 1206 | 1-122 | Summary of Application for Necessity Certificate |
| 1207 | 2-276 | Sulfuric Acid Position--Pacific Coast |
| 1211 | 1-122 | Incorporated Wilmington and Dominguez Refineries Operating Report for Year 1940 |

| <u>PX</u> | <u>Page</u> | <u>Description</u> |
|---|---|---|
| 1218 | 1-122 | Incorporated Wilmington and Dominguez Refineries Operating Report for Year 1941 (Part 1 of 2) |
| 1219 | 1-122 | Incorporated Wilmington and Dominguez Refineries Operating Report for Year 1941 (Part 2 of 2) |
| 1223 | 1-122 | Incorporated Wilmington and Dominguez Refineries Operating Report for Year 1942 (Part 1 of 2) |
| 1224 | 1-122 | Incorporated Wilmington and Dominguez Refineries Operating Report for Year 1942 (Part 2 of 2) |
| 1228 | 1-122 | Acid Sludge General Chemical Co. |
| 1232 | 1-122 | Incorporated Wilmington and Dominguez Refineries Operating Report for Year 1943 (Part 2 of 2) |
| 1233 | 1-122 | Incorporated Wilmington and Dominguez Refineries Operating Report for Year 1943 (Part 1 of 2) |
| 1236 | 1-122 | Acid Recovery Facilities for the Texas Company 100 Octane Plant at Wilmington, California |
| 1250 | 1-122 | Wilmington and Dominguez Operating Report for Year 1944 (Part 1 of 2) |
| 1251 | 1-122 | Wilmington and Dominguez Operating Report for Year 1944 (Part 2 of 2) |
| 1258 | 1-122 | Fluid Catalytic Cracking Operations for the Month of September 1944 |
| 1264 | 1-122 | Telegram |
| 1265 | 1-122 | Yearly Operating Reports Wilmington and Dominguez 1944-1947 |
| 1266 | 1-122 | Telegram |
| 1270 | 1-122 | Sulfuric Acid for the Los Angeles Area |
| 1273 | 1-122 | Minutes of Meeting |
| 1275 | 1-122 | Minutes of Meeting July 18, 1945 |
| 1279 | 1-122 | Incorporated Wilmington and Dominguez Refineries Operating Report for Year 1946 |

| PX | Page | Description |
|---|---|---|
| 1282 | 1-122 | Memorandum to File |
| 1284 | 1-122 | Incorporated Wilmington and Dominguez Refineries Operating Report Year 1945 |
| 1298 | 2-304 | Letter to Knox |
| 1307 | 2-304 | Inter-Office Communication to Ralph K. Davies |
| 1308 | 2-304 | Letter to Mulligan |

| DX | Page | Description |
|----|------|-------------|
| 1 | 2-277 | Declaration of C. Satterfield with attachments (CERCLA) |
| 2 | 2-277 | Declaration of R. Anderson with attachments (CERCLA) |
| 3 | 2-277 | Shatterfield Report II - CERCLA |
| 4 | 2-277 | Declaration of R. Anderson with attachments (CERCLA) |
| 5 | 2-277 | Findings of fact and conclusions of law in Western Properties Serv. Corp. v. Shell Oil (C.D. Cali. Mar. 31, 1999) |
| 6 | 2-277 | Complaint, Ct. No. 06-141C (Fed. Cl.) |
| 7 | 2-277 | Plaintiff's Opposition to Motion to Dismiss and Cross Motion for Partial Summary Judgment in Shell Oil Co. v. United States (Fed. Cl. June 30, 2006) |
| 8 | 2-277 | Plaintiff's Reply ISO Cross Motion for Partial Summary Judgment in Shell Oil Co. v. United States (Fed. Cl. Sept. 1, 2006) |
| 9 | 2-277 | Reply Brief of Appellants, Shell Oil Co., et al. in Western Properties Servs. Corp. v. Shell Oil Co., 2002 WL 32302276 (9th Cir. 2002). |
| 10 | 2-277 | Pl.'s Resp. to Def.'s 1st Set Of Requests For Admission and Interrogatories, dated March 16, 2015 |
| 11 | 2-277 | Pl.'s Resp. to Def.'s 2d Set of Interrogs., dated Apr. 27, 2015 |
| 12 | 2-277 | Exxon Mobil Corp. v. United States, C.A. Nos. H-10-2386, H-11-1814, 2015 WL 3513949 (S.D. Tex. June 4, 2015) |
| 13 | 2-277 | Pl.'s Resp. to Def.'s 4th Set of Discovery., dated Oct. 1, 2015 |
| 14 | 2-277 | Plaintiffs' Supp Respose to 2d Set of Interrogatories |
| 15 | 2-277 | Plaintiffs' responses to Defendant's Fifth set of Discovery Requests in Shell Oil Co. v. United States (Fed. Cl.) |
| 16 | 2-277 | Contract between Defense Supplies Corporation and The Texas Company, Jan. 17, 1942 |

| DX | Page | Description |
|----|------|-------------|
| 17 | 2-277 | Contract between Defense Supplies Corporation and Shell Oil Company, Inc., Apr. 10, 1942 |
| 18 | 2-277 | Contract between Defense Supplies Corporation and Tidewater Assoc. Oil Co., June 10, 1942 |
| 19 | 2-277 | Shell-McColl Contracts - 1942-1944 |
| 20 | 2-277 | Agreement between the Army, Navy, DSC, and PAW |
| 21 | 2-277 | Contract between Defense Supplies Corporation and Union Oil Company, Dec. 31. 1942 |
| 22 | 2-277 | Contract between Defense Supplies Corporation and Richfield Oil Corporation, Feb. 3, 1942 |
| 23 | 2-277 | Contract between Defense Supplies Corporation and The Texas Company, Feb. 8, 1943 |
| 24 | 2-277 | Contract between Defense Supplies – Richfield (Watson Refinery – Second Contract), 2/20/1943, "Revised 2/16/1943 |
| 25 | 2-277 | Contract between Defense Supplies Corporation and Tidewater Assoc. Oil Co., Feb. 18, 1943 |
| 26 | 2-277 | Contract between Defense Supplies Corporation and Richfield Oil Corporation, Feb. 20, 1943, revised 3/23/43 |
| 27 | 2-277 | Gray Trucking - Shell Contract -1933 |
| 28 | 2-277 | Contract between Defense Supplies Corporation and Union Oil Company, revised July 29, 1943 |
| 29 | 2-277 | Contract between Defense Supplies Corporation and Shell Oil Company, Inc., revised January 1, 1944 |
| 30 | 2-277 | "Shell Oil Company, Wilmington and Dominguez Refineries, Operating Report, Year 1939 |
| 31 | 2-277 | Shell Oil Company,Wilmington and Dominguez Refineries, Operating Report, Year 1940 (excerpt) |
| 32 | 2-277 | Shell Oil Company, Wilmington and Dominguez Refineries, Operating Report, Year 1941 |
| 33 | 2-277 | Richfield Operations Report |
| 34 | 2-277 | Shell Oil Co., Wilmington and Dominguez Refineries, Operating Report, 1942 |
| 35 | 2-277 | Shell Oil Company, Wilmington and Dominguez |

| **DX** | **Page** | **Description** |
|---|---|---|
| | | Refineries, Operating Report, Year 1943 |
| 36 | 2-277 | Wilmington and Dominguez Refineries Operating Report, 1944 |
| 37 | 2-277 | Shell Oil Company, Wilmington and Dominguez Refineries Operating Report, 1945 |
| 38 | 2-277 | Shell Oil Company, Wilmington and Dominguez Refineries Operating Report, 1946 |
| 39 | 2-277 | Richfield Oil Corporation and Subsidiaries Annual Report December 31, 1939 |
| 40 | 2-277 | Richfield Annual Report 1940 |
| 41 | 2-277 | Shell Union Oil Corp., Annual Report For the Year Ended, December 31, 1941 |
| 42 | 2-277 | Richfield Annual Report 1941 |
| 43 | 2-277 | Richfield Annual Report 1942 |
| 44 | 2-277 | Richfield Annual Report 1943 |
| 45 | 2-277 | Richfield Annual Report - 1944 Shell Oil Company, Incorporated, Wilmington and |
| 46 | 2-277 | The Texas Co. Annual Report 1943 |
| 47 | 2-277 | Richfield Annual Report 1945 |
| 48 | 2-277 | Richfield Annual Report 1946 |
| 49 | 2-277 | The Texas Company, 1946 Annual Report |
| 50 | 2-277 | The Texas Company and Subsidiary Companies, Annual Report, 1950 |
| 51 | 2-277 | Richfield Oil Company, Annual Report for 1950 |
| 52 | 2-277 | The Oil and Gas Journal, Refineries Operating In the United States - 1938 |
| 53 | 2-277 | Refineries Operating In the United States - 1943 |
| 54 | 2-277 | The Oil and Gas Journal, Refineries Operating In the United States - 1945 |
| 55 | 2-277 | Refinery Sulphuric Acid Survey, Douglas Oil & Refinery Co. |
| 56 | 2-277 | Refinery Sulphuric Acid Survey, The Texas Company - Los Angeles Works |

| DX | Page | Description |
|---|---|---|
| 57 | 2-277 | Refinery Sulphuric Acid Survey, Wilmington Refinery (Shell) |
| 58 | 2-277 | Refinery Sulphuric Acid Survey, Martinez Refinery (Shell) |
| 59 | 2-277 | Refining Committee District 5 Sulfuric Acid Survey |
| 60 | 2-277 | Refinery Sulfuric Acid Survey, Petroleum Coordinator for War, Refining Committee—District 5 |
| 61 | 2-277 | Refining Committee - District 5, Refinery Sulfuric Acid Survey |
| 62 | 2-277 | "Sulfuric Acid Survey, Estimated Requirements of Petroleum Refiners 1942," compiled by Office of Petroleum Coordinator for War, Refining Division, Construction Section |
| 63 | 2-277 | E.L. Hildebrand, The Oil and Gas Journal, "Handling Sulfuric Acid Sludges" |
| 64 | 2-277 | Memorandum for A.W. Raine Re: Amounts and Concentration of Separated Sludge Acid Available for Recovery |
| 65 | 1-122 | J.B. Rather, National Petroleum News, "Acid Sludge Disposal Remains Unsolved Problem to Refining Plants" |
| 66 | 2-277 | Refiner and Natural Gasoline Manufacturer, "Burning Acid Sludge" |
| 67 | 2-277 | H. Wade, Oil Bulletin, " Air Pollution at Long Beach" |
| 68 | 2-277 | A. Anderson, Refiner and Natural Gasoline Manufacturer, "Recent Acid Sludge Burner Research" |
| 69 | 2-277 | Shell Oil Co., Gray Trucking Co. Contract Docs |
| 70 | 2-277 | Nuisance Letter - 1932 |
| 71 | 2-277 | Minutes of refiners' committee on waste disposal |
| 72 | 1-122 | B. Stagner,  Refiner and Natural Gasoline Manufacturer, "Sulfur Dioxide and Fresh Sulfuric Acide From Refinery Acid Sludge" |
| 73 | 2-277 | Gray Trucking Nuisance Petitions - 1936 |

| DX | Page | Description |
|----|------|-------------|
| 74 | 2-277 | Westminster Gazette, "Health Officer Says Fumes Are Deadly" |
| 75 | 2-277 | Minutes of committee on refinery odors |
| 76 | 2-277 | Gray Trucking Nuisance Letter - 1936 |
| 77 | 2-277 | June 1938 Advertisement in Petroleum World, cited in Bookspan Report at 12. |
| 78 | 2-277 | Acid Sludge Memorandum from L. Rosenstein to C. deBruyn |
| 79 | 2-277 | J. Hill, Industrial and Engineering Chemistry, "Waste Problems in the Petroleum Industry" |
| 80 | 2-277 | Gray Trucking Nuisance Report - 1940 |
| 81 | 2-277 | Shell Letter from Supt. Of Watson Refinery to Coyle and Sullivan Re: Sludge |
| 82 | 2-277 | Newspaper articles re Thomas Ranch |
| 83 | 2-277 | M-3 Permit Case No. 210 - Rubbish Dump, San Jose District - Testimony and supporting documents |
| 84 | 2-277 | News report and fish and game reports re: illegal dumping/overflows |
| 85 | 2-277 | L. Burroughs, Petroleum Refiner, "Disposal of Refinery Wastes" |
| 86 | 2-277 | Shell dumping request - 1948 |
| 87 | 2-277 | Memo from J. Partia to R. King re: petroleum indstries' waste |
| 89 | 1-219 | Letter from E. McColl to N. Hiltscher |
| 90 | 2-277 | McColl 1951 Dumping Letter |
| 91 | 2-277 | Memo to file by D. Bretisus re: Shell Dominguez plant |
| 92 | 1-219 | Minutes of area refineries meeting Re: Nuisance Acid Sludge |
| 93 | 2-277 | Internal Union Oil memo from J. Sherborne to H. Ellis re: refinery acid sludge disposal in Fullerton sumps |
| 94 | 2-277 | Letter from P. Merkus, Shell Oil refinery manager, to various oil companies re: rehab of acid sludge disposal ponds by E. McColl |

| DX | Page | Description |
|---|---|---|
| 95 | 2-277 | Letter to T. Edwards re: oil companies' plan to loan money to E. McColl (with attached correspodence and meeting minutes) |
| 96 | 1-219 | Declaration of John McColl, July 29, 1987, Shell Oil Co. vs. Accident and Casualty Insurance Company, et al. |
| 97 | 2-277 | Declaration of John McColl with exhibits, July 29, 1987, Shell Oil Co. vs. Accident and Casualty Insurance Company, et al. |
| 98 | 2-277 | Image of 1,200 and 2,400 Barrel Agistators, ca. 1916, source: Bacon, R.F.; and Hamor, W.A., The American Petroleum Institute, Volume II (1916) |
| 99 | 2-277 | C. Ellis, "Process for Making Motor Fuel", U.S. Patent 1,318,061 |
| 101 | 2-277 | C. Kettering, National Petroleum News, "Automotive Developments Held Back by Lack of True Anti-Knock Fuels" |
| 102 | 2-277 | A. Claydon, National Petroleum News, "Automobile Engineers to Rate Knocking by Octane Number" |
| 103 | 2-277 | G. Vaughn, The Oil and Gas Journal, "Fuel Problems in Aviation Engines" |
| 104 | 2-277 | W. Ziegenhain, The Oil and Gas Journal, "Many 1932 Model Cars Will Need Gasoline of Higher Octane Number" |
| 105 | 2-277 | C. Wilson, The Oil and Gas Journal, "Car Manufacturers Want Higher Octanes" |
| 106 | 2-277 | The Oil and Gas Journal, "New Airplanes Demand 100 Octane Number Motor Fuel for Starting," |
| 107 | 2-277 | Letter from J. Doolittle to Bureau of Aeronautics |
| 108 | 2-277 | National Petroleum News, "Air Corps Buys 900,000 Gallons of Super-Fuel in 1935" |
| 109 | 2-277 | National Petroleum News, "Royal Dutch Shell Operations In U.S. Profitable in 1935" |
| 110 | 2-277 | H. Ralph, The Oil and Gas Journal, "Three Industries Cooperate to Advance Aviation" |

| DX | Page | Description |
|---|---|---|
| 111 | 2-277 | American Petroleum Institute Quarterly, "3,000 Oil Men Discuss Industry at Institute's Eighteenth Annual Meeting" (partial) |
| 112 | 2-277 | Dubbscracking advertisement, Petroleum World |
| 113 | 2-277 | W. Platt, National Petroleum News, "Oil Industry Prepared to Meet Wartime Demands for Products, No Runaway Market is Expected" |
| 115 | 2-277 | J. Collins, Petroleum World, "Now—Desulphurizaton Without Sludge" |
| 116 | 2-277 | National Petroleum News, "Defense Plan Begins to Shape Up," "Ickes Studies War-Oil Plan," "See Aviation 'Gas' Civil Demand Rise," and "Fueling of Warplane Fleet Studied By Defense Group" |
| 117 | 2-277 | Memorandum re District 5 Products Sold to Federal Government 1942-45 |
| 118 | 2-277 | Letter from Shell to Petroleum Coordinator for National Defense re: avgas production, capacity, properties, and compositions |
| 119 | 2-277 | Letter from Texas Company to Subcommittee on Aviation Gasoline re: avgas Questionnaires |
| 120 | 2-277 | D.W. Wilson, Memorandum for the Files re: 100 octane aviation gasoline |
| 121 | 2-277 | Letter from W. Gary, Director of Refining, to A. Fraser, Shell Oil, re: potential increase in avgas production |
| 122 | 2-277 | D.W. Wilson, Memorandum of Conference re: Union Oil production of toluene and 100 octane avgas |
| 123 | 2-277 | Excerpt from transcript of Conference of Petroleum Industry Committee Chairmen re: alkylation royalty rates |
| 124 | 2-277 | Letter from W.H. Geis, Union Oil, to W. Gary, OPC, re: expected 100 octange avgas production |
| 125 | 2-277 | Letter from H. Sinclair, Richfield Oil, to DSC re: erection of additional refinery facilities in Watson, California |
| 126 | 2-277 | Letter from M. Halpern, Texas Company, to W. Gary, OPC, re: estimated costs of 100 octane |

| DX | Page | Description |
|----|------|-------------|
| | | avgas |
| 127 | 2-277 | Letter from E. Isom, Richfield Oil, to W. Gary, OPC, re: 100 octane avgas prices |
| 128 | 2-277 | Letter from Chairman, Richfield Oil, to R. Davies, Deputy Petroleum Coordinator for National Defense, re: proposal to erect additional facilities to manufacture avgas |
| 129 | 2-277 | Letter from M. Halpern, Texas Company, to W. Gary, OPC, re: estimated costs of 100 octane avgas production |
| 130 | 2-277 | Memo to file by B. Brown, G. Parkhurst, and W. Gary re: Sinclair and Richfield avgas contract negotiations |
| 131 | 2-277 | Internal OPC memo from D. Wilson to W. Gary re:  Richfield Price Negotiations |
| 132 | 2-277 | Internal OPC memo from D. Wilson to W. Gary re: proposed Union Oil avgas plant |
| 133 | 2-277 | Letter from R. Taylor, Union Oil, to H. Ickes, Petroleum Coordinator for National Defense, re: submitted avgas contract |
| 134 | 2-277 | Memo from B. Brown re: avgas supply and capacity |
| 135 | 2-277 | Internal OPC memo from D. Wilson to W. Gary re: conference with Shell Oil re: 100 octane avgas |
| 136 | 2-277 | 100-Octane Aviation Gasoline Cost Analysis and Breakdown prepared by Shell Oil for DSC |
| 137 | 2-277 | Avgas Price Negotiation Memo by B. Brown, D. Wilson, and G. Parkhurst of OPC - 1942 |
| 138 | 2-277 | Letter from R. Herndon, Texas Company, to R. Cragin, OPC, re: Navy Department avgas contracts |
| 139 | 2-277 | Letter from R. Isom, Richfield Oil, to R. Davies, Department of Interior, re: proposal for supplying 100 octane avgas |
| 140 | 2-277 | Internal OPC memo from G. Parkhurst to B. Brown re: proposed Richfield Oil avgas expansion |

| DX | Page | Description |
|---|---|---|
| 141 | 2-277 | Letter from W. Stewart, Union Oil, to B. Brown, OPC, re: Union's preference to negotiate directly with Army and Navy |
| 142 | 2-277 | Various Reports on Refining and Refined Products, PAW District 5 |
| 143 | 2-277 | Internal OPC memo from G. Parkhurst to B. Brown re: 100 octane avgas Richfield Oil |
| 144 | 2-277 | Letter from R. Gragin to G. Parkhurst re: Army and Navy base prices for 100 octane avgas |
| 145 | 2-277 | Letter from R. Taylor, Union Oil, to R. Davies, Deputy Petroleum Coordinator for War, proposing Executive Order (with attachment) |
| 146 | 2-277 | Letter from M. Halpern, Texas Company, to E. Cumming, OPC, re: proposal to consturct additional avgas facilities |
| 147 | 2-277 | Letter from W. Stewart, Union Oil, to G. Parkhurst, Office of Petroleum Adminstration for War, re: avgas contract terms |
| 148 | 2-277 | PAW District 5 Summary Report |
| 149 | 2-277 | Internal OPC memo from B. Brown to R. Davies re: avgas discusions with Sinclair Refining Co. |
| 150 | 2-277 | Shell Oil Co. table re: value of current 1942-43 contracts |
| 151 | 2-277 | Letter from M. Halpern, Texas Company, to G. Parkhurst, PAW, re: 100 octane avgas |
| 152 | 2-277 | PAW memo re: Richfield Oil price negotiation |
| 153 | 2-277 | Internal OPC memo from G. Skerritt to K. Stone re: DSC avgas purchase, Jan./Feb. 1943 |
| 154 | 2-277 | Aviation Gasoline Subcommittee Meeting Minutes- 8.10.43 |
| 155 | 2-277 | Letter from Union Oil to Paymaster General of Navy re: avgas contract deliveries in August 1943 |
| 156 | 2-277 | Memo of recommendation from G. Parkhurst, PAW, re: Union Oil avgas contract |
| 157 | 2-277 | Various requests for PAW exceptions, 1943-45 |

| <u>DX</u> | <u>Page</u> | <u>Description</u> |
|---|---|---|
| 158 | 2-277 | Letter from V. Stapleton, Akylation Subcommittee Chairman, to R. Follis, District 5 Techial Subcommittee, re: District 5 acid |
| 159 | 2-277 | Aviation Gasoline Subcommittee Meeting Minutes 10.19.43 |
| 160 | 2-277 | Letter from R. Follis, District 5 avgas subcommittee chairman, to V. Stapleton, Texas Co., re: sulfuric acid for alyklation district 5 |
| 161 | 2-277 | W. Tidwell & B. O'Callaghan, Monograph: The Role of DSC in the Wartime Aviation Gasoline Program |
| 162 | 2-277 | "General Summary—Sulfuric Acid Reports," November 29, 1943-December 14, 1943; Exhibit Smith-4, 8-1080, Defendant's Exhibit 280, |
| 163 | 2-277 | Various acid reports from R. Smith to P. Blakemore |
| 164 | 2-277 | PAW May-June Petroleum Supply Program |
| 165 | 2-277 | Refinery Committee District 5 Minutes |
| 166 | 2-277 | PAW press release Re:  Peacetime Uses |
| 167 | 2-277 | PAW press release Re: rumors of over abundance of motor fuel |
| 168 | 2-277 | Letter from R. Follins, District 5 Avgas Subcommittee, to R. Cragin, PAW, re: efficient use of sulfuric acid |
| 169 | 2-277 | PAW press release Re:  Motor Gas |
| 170 | 2-277 | Agreement Extending and Modifying The Aviation Gasoline Reimbursement Plant+C166 and the Four-Party Purchase Agreement |
| 171 | 2-277 | Letter from M. Halpern, Texas Company, to G. Parkhurst, PAW, re: historical avgas data |
| 172 | 2-277 | District 5 Avgas Subcommittee Meeting Minutes |
| 173 | 2-277 | District 5 Avgas Subcommittee Meeting Minutes |
| 174 | 2-277 | Memo from H. Stiles to F. Jayne re: unit prices for 100 octane avgas 1935-41 |
| 175 | 2-277 | Avgas subcommittee meeting minutes |
| 176 | 2-277 | Science Newsletter, "Better Postwar Cars" |

| <u>DX</u> | <u>Page</u> | <u>Description</u> |
|---|---|---|
| 177 | 2-277 | Avgas subcommittee meeting minutes |
| 178 | 2-277 | Detail of Petroleum demand data – PAW District 5, Statistical Section |
| 179 | 2-277 | District 5 avgas subcommittee meeting minutes |
| 180 | 2-277 | Various letters from district 5 to PAW |
| 181 | 2-277 | Shell Wilshire Agreement |
| 182 | 2-277 | District 5 avgas subcommittee meeting minutes |
| 183 | 2-277 | Statements of Tank Car Shipments from District 5 to District 1 and District 3 |
| 184 | 2-277 | District 5 avgas subcommittee meeting minutes |
| 185 | 2-277 | District 5 avgas subcommittee meeting minutes |
| 186 | 2-277 | Letter from P. Byrne, PAW, to M. Yonker, District 5, re: sulfuric acid |
| 187 | 2-277 | Telegram from P. Davies, PAW, to all refiners re: end of war |
| 188 | 2-277 | Telegram from A. Frame, director of refining, to H. Gallagher, district 5 director, re: end of war |
| 189 | 2-277 | E.L. Hildebrand, The Oil and Gas Journal, "Handling Sulfuric Acid Sludges" |
| 190 | 2-277 | Advertisement, Torrace (CA) Herald, September 20, 1945 |
| 191 | 2-277 | E.F. Lindsley, Scientific American, "Fuels Rated By Performance" |
| 192 | 2-277 | A.P. Frame, "Postwar Effects of Refinery Wartime Construction," Oil and Gas Journal |
| 193 | 2-277 | J. Carmical, "New Oil Processes Benefit Motorists," New York Times, Apri 21, 1946 |
| 194 | 2-277 | B. Pierce, New York Times, "Shortages Restrict Production of the Fuel Which New Cars Are Designed to Use" |
| 195 | 2-277 | V. Biske, Institute of Petroleum Review, "Acid Sludge Disposal" |
| 196 | 2-277 | New York Times, "Unfilled Backlog for Autos Grows: Record Production this Year Will Not Satisfy Demand" |

| DX | Page | Description |
|---|---|---|
| 197 | 2-277 | New York Times, "Output Held High in Auto Industry" |
| 198 | 2-277 | New York Times, "New Engine for Buicks: High-Compression Design Will Use the Latest Octane Fuels" |
| 199 | 2-277 | Science News Letter, "Car Industry Looks Ahead" |
| 200 | 2-277 | Shell News, "Wilmington Refinery to Serve the West" |
| 201 | 2-277 | Octane Number Data (Blade 1955) |
| 202 | 2-277 | E. Welty and F. Taylor, The Black Bonanza, The Fabulous Life and Times of the Union Oil Company of California (excerpt) |
| 203 | 2-277 | C. Jones, From the Rio Grande to the Artic, The Story of the Richfield Oil Corp. (excerpt) |
| 204 | 2-277 | M. Gladstone, L.A. Times, "Gas Seeping Into Mobile Home Park" |
| 205 | 2-277 | Texaco Website, 1901-2014 timeline |
| 206 | 2-277 | McColl pre-SARA Record of Decision (ROD) |
| 207 | 2-277 | L.A. Times, "State Orders Cleanup of Old Gardena Dump Site" |
| 208 | 2-277 | McColl Source Record of Decision (ROD) |
| 209 | 2-277 | J. Gary & G. Handwerk, Petroleum Refining Technology and Economics (3d ed) (excerpt) |
| 210 | 2-277 | HF alkylation description and block diagram |
| 211 | 2-277 | McColl Groundwater Record of Decision (ROD) |
| 212 | 2-277 | S. Howarth, A Century of Oil, The "Shell" Transport and Trading Company, 1897-1997 (excerpt) |
| 213 | 2-277 | EPA, "McColl Superfund Site -- Five-Year Review Complete" |
| 214 | 2-277 | Octane History Chart |
| 215 | 2-277 | U.S. Energy Info Administration, "Alkylation is an important source for octane in gasoline," available at http://www.eia.gov/todayinenergy/detail.cfm?id=9971 |

| DX | Page | Description |
|---|---|---|
| 216 | 2-277 | Shell Oil Co., "Post-war expansion," available at http://www.shell.com/global/aboutshell/who-we-are/our-history/post-war-expansion.html |
| 217 | 2-277 | California Energy Comm'n, "California Oil Refinery History," available at http://energyalmanac.ca.gov/petroleum/refinery_history.html |
| 218 | 2-277 | Shell Oil Co., "Shell in Carson Southern California, About Carson," available at http://www.shell.us/about-us/projects-and-locations/shell-in-carson-southern-california/about-carson.html |
| 219 | 2-277 | EPA Overview of Ralph Gray Trucking Co. superfund site |
| 220 | 2-277 | Appendix C, Brownfield Property Listing |
| 221 | 2-277 | 1940 California road map |
| 222 | 2-277 | Snedecor & Cochran, Statistical Methods, Chapter 10: Correlation (8th ed.1989) |
| 223 | 2-277 | Excerpts of record in Western Properties Servs. Corp. v. Shell Oil Co. (9th Cir.) |
| 224 | 2-277 | EDR Aerial Photo Decade Package, McColl Superfund site in Fullerton, California |
| 225 | 2-277 | V. Kalichevsky & B. Stagner, Chemical Refining of Petroleum, "Chapter III: Sulfuric Acid Sludge and Hydrogen Sulfide; Recovery and Manufacture of Sulfuric Acid" (revised ed.) |
| 226 | 2-277 | Spent alkylation acid situation forecast, Q1 1945 |
| 227 | 2-277 | Spent alkylation acid situation forecast, February-April 1945 |
| 228 | 2-277 | W. Nelson, Petroleum Refinery Engineering (3d ed.) (excerpt) |
| 229 | 2-277 | F. Weiss et al., Analytical Chemistry, "Analysis of Sulfuric and Acid Sludges from Petroleum Processes" |
| 230 | 2-277 | Aerial photograph 1963 |
| 231 | 2-277 | Aerial photographs 1968-1981 |

| DX | Page | Description |
|----|------|-------------|
| 232 | 2-277 | EPA Report, "Trace Elements Associated with Oil Shale and its Processing" |
| 233 | 2-277 | Radian Corp., Technical Memo: "McColl Phase II, Physical and Chemical Characterization and Distribution of the Waste at the McColl Site" (submitted to California Department of Health Services) |
| 234 | 2-277 | L. Streebin et al., U.S. Department of Commerce, "Land Treatment of Petroleum Refinery Sludges" |
| 235 | 2-277 | EPA Superfund Record of Decision (ROD) McColl site |
| 236 | 2-277 | EPA Research Symposium, "Land disposal, remedial action, incineration and treatment of hazardous waste" |
| 237 | 2-277 | CH2M Hill, McColl Site Field Report for EPA |
| 238 | 2-277 | CH2M Hill, McColl Site Field Report for EPA |
| 239 | 2-277 | W. Cullen & K. Reimer, "Arsenic Speciation in the Environment" |
| 240 | 2-277 | B. Puri & K. Irgolic, "Determination of arsenic in crude petroleum and liquid hydrocarbons" |
| 241 | 2-277 | Aerial photo |
| 242 | 2-277 | Environmental Solutions, Inc., McColl Superfund Site: Selective Excavation Treatment and RCRA Equivalent Closure Report |
| 243 | 2-277 | Clement Int'l Corp., Addendum to the Baseline Public Health Evaluation for McColl Superfund Site (prepared for EPA) |
| 244 | 2-277 | Clement Int'l Corp., Baseline Public Health Evaluation for McColl Superfund Site (prepared for EPA) |
| 245 | 2-277 | EPA Demonstration of a Trial Excavation at the McColl Superfund Site, Applications Analysis Report |
| 246 | 2-277 | ICF Technology Inc., Public Health Evaluation of Remedial Alternatives at McColl Superfund Site, Vol. 1 (prepared for EPA) |

| DX | Page | Description |
|---|---|---|
| 247 | 2-277 | ICF Technology Inc., Public Health Evaluation of Remedial Alternatives at McColl Superfund Site, Vol. 2 attachments (prepared for EPA) |
| 248 | 2-277 | E. Calabrese & P. Kostecki, Principles and Practices for Petroleum Contaminated Soils, "Chapter 9: Mathematical Hydrocarbon Fate Modeling in Soil Systems" |
| 249 | 2-277 | S. Sung et al., Ind. Eng. Chem. Res., "Decomposition of Spent Alkylation Sulfuric Acid to Produce Sulfur Dioxide and Water" |
| 250 | 2-277 | EPA Superfund Record of Decision (ROD) McColl site |
| 251 | 2-277 | Aerial photographs 1994-2005 |
| 252 | 2-277 | McColl Superfund Site Treatability Study, Phase V Final Report (prepared for EPA) |
| 253 | 2-277 | McColl site aerial photographs 1995-1998 |
| 254 | 2-277 | Environ Corporation, Fate and Transport of Tetrahydrothiophenes at the McColl Site |
| 255 | 2-277 | Environ Corporation, Quarterly Groundwater Monitoring Report Q1 Sampling Period (1994) at McColl Site |
| 256 | 2-277 | ICF Technology, Inc., Final Baseline Risk Assessment for McColl Superfund Site Groundwater Operable Unit (prepared for EPA) |
| 257 | 2-277 | Environ Corporation, Quarterly Groundwater Monitoring Report Q2 Sampling Period (1995) at McColl Site (prepared for EPA) |
| 258 | 2-277 | Environ Corporation, Quarterly Groundwater Monitoring Report Q3 Sampling Period (1995) at McColl Site (prepared for EPA) |
| 259 | 2-277 | F. Manning & R. Thompson, Oilfield Processing Volume Two: Crude Oil, "Chapter 2: Characterization of Crude Oils" |
| 260 | 2-277 | Memo from M. Rorty, ICF Technology Inc., to M. Wolfram, EPA; re: period and regional aquifer wells, McColl groundwater |
| 261 | 2-277 | Environ Corporation, Final Remedial Investigation Report Groundwater Operable Unit at McColl Site (prepared for EPA) |

| DX | Page | Description |
|----|------|-------------|
| 262 | 2-277 | Environ Corporation, Final Remedial Investigation Report Groundwater Operable Unit at McColl Site - Appendicies (prepared for EPA) |
| 263 | 2-277 | Environ Corporation, Final Remedial Investigation Report Groundwater Operable Unit at McColl Site - Overize figures (prepared for EPA) |
| 264 | 2-277 | Environ Corporation, Final Remedial Investigation Report Groundwater Operable Unit at McColl Site - Additional oversize figures (prepared for EPA) |
| 265 | 2-277 | The McColl Site Group, Task 4 Full-Scale Treatability Study Report Draft for McColl Site (prepared for EPA) |
| 266 | 2-277 | GeoSyntec Consultants, Task 13.4 Final Material Compatibility Laboratory Testing Report for McColl Superfund Site (prepared for EPA) |
| 267 | 2-277 | EPA Feasibility Study Report Groundwater Operable Unit at McColl Site |
| 268 | 2-277 | GeoSyntec Consultants, Task 14.2 Draft Integrated Conceptual Design Report for McColl Superfund Site (prepared for EPA) |
| 269 | 2-277 | EPA Superfund Record of Decision (ROD) McColl site |
| 270 | 2-277 | Parsons Engineering Science, Operations and Maintenance Plan at the McColl Superfund Site (prepared for EPA) |
| 271 | 2-277 | EPA Superfund Closeout Report for McColl Superfund Site |
| 272 | 2-277 | Parsons Engineering Science, Remedial Action Report at the McColl Superfund Site (prepared for EPA) |
| 273 | 2-277 | J. Matschullat, The Science of the Total Environment, "Arsenic in the geosphere - a review" |
| 274 | 2-277 | Montgomery Watson Harza, McColl Superfund Site Five-Year Review Report (prepared for U.S. Army Corps of Engineers) |

| <u>DX</u> | <u>Page</u> | <u>Description</u> |
|---|---|---|
| 275 | 2-277 | Montgomery Watson Harza, McColl Superfund Site Annual Reports 2000 & 2001 (prepared for U.S. Army Corps of Engineers) |
| 276 | 2-277 | EPA First 5-Year Review Report at McColl Superfund Site |
| 277 | 2-277 | C2REM, 2002 Operations, Maintenance & Monitoring Annual Report at McColl Superfund Site (prepared for McColl Site Group) |
| 278 | 2-277 | C2REM, Draft 2003 Operations, Maintenance & Monitoring Annual Report at McColl Superfund Site (prepared for McColl Site Group) |
| 279 | 2-277 | EPA Superfund Explanation of Significant Differences at McColl Site |
| 280 | 2-277 | C2REM, Draft 2004 Operations, Maintenance & Monitoring Annual Report at McColl Superfund Site (prepared for EPA) |
| 281 | 2-277 | C2REM, Final 2005 Operations, Maintenance & Monitoring Annual Report at McColl Superfund Site (prepared for EPA) |
| 282 | 2-277 | C. Duyck et al., Spectrochimica Acta Part B, "The determination of trace elements in crude oil and its heavy fractions by atomic spectrometry" |
| 283 | 2-277 | U.S. Army Corps of Engineers, Final Second 5-Year Review Report for McColl Superfund Site (prepared for EPA) |
| 284 | 2-277 | C2REM, 2007 Operations, Maintenance & Monitoring Annual Report at McColl Superfund Site (prepared for EPA) |
| 285 | 2-277 | Aerial photographs 2009-2010 |
| 286 | 2-277 | C. Reimann et al., Applied Geochemistry, "Arsenic distribution in the environment: The effects of scale" |
| 287 | 2-277 | Alberta Research Council, Final Report: Potential Release of Heavy Metals and Mercury from the UOG Industry into the Ambient Environment - Literature Review (prepared for Petroleum Technology Alliance Canada) |
| 288 | 2-277 | Aerial photograph 2012 |

| DX | Page | Description |
| --- | --- | --- |
| 289 | 2-277 | U.S. Army Corps of Engineers, Third 5-Year Review Report for McColl Superfund Site (approved by EPA) |
| 290 | 2-277 | G. Hu et al., Journal of Hazardous Materials, "Recent developments in the treatment of oily sludge from petroleum industry" |
| 291 | 2-277 | J. Speight, The Chemistry and Technology of Petroleum (5th ed) (excerpt) |
| 292 | 2-277 | Kalichevsky, Petroleum Refining With Chemicals |
| 293 | 2-277 | Shell Annual Report |
| 294 | 2-277 | Large Gasoline Order for Planes |
| 295 | 2-277 | Refineries Operating In United States (1941) |
| 296 | 1-219 | Refineries Operating In United States (1942) |
| 297 | 2-277 | General Summary - Sulfuric Acid Reports |
| 298 | 2-277 | NARA Folder - District 5 PAW Directive of 9/29/43 - Reports |
| 299 | 2-277 | Skerrit to Stone - DSC Purchases 100 Octane, January and February 1943 |
| 300 | 2-277 | Petroleum World, Petroleum Administrator Orders Cur In Civilian Gasoline Consumption |
| 301 | 2-277 | NARA Folder - Detail of Demand Data Reported to US Bureau of Mines |
| 302 | 2-277 | NARA Folder - Docs of the Stat. Com. Of Dist. 5 1942-1945 |
| 303 | 2-277 | NARA Folder - Records Related To The Storage And Supply Of Petroleum Products for the Navy 1943-1945 |
| 304 | 2-277 | PAW Comparison Of Estimated With Actual Demand, Refinery  Operations and Crude Production |
| 305 | 2-277 | NARA Folder - PAW District 5 Reports on Refining and Refined Products |
| 306 | 2-277 | Oil Industry Says It Can Meet Military Demands For Gasoline |
| 307 | 2-277 | Inspector's Report |
| 308 | 2-277 | Gas Seeing Into Mobile Home Park |

| **DX** | **Page** | **Description** |
|---|---|---|
| 309 | 2-277 | FRE 1006 re McColl site contents |
| 310 | 2-277 | FRE 1006 re Planned Blending Program |
| 311 | 2-277 | FRE 1006 re Crud Oil Distillation Temperatures |
| 312 | 2-277 | FRE 1006 dr Kittrell Presentation |
| 1000 | 2-277 | Bookspan Table 1 |
| 1001 | 2-277 | Bookspan Table 2 |
| 1002 | 2-277 | Bookspan Table 3 |
| 1003 | 2-277 | Bookspan Table 4 |
| 1004 | 2-277 | Bookspan Figure 1 |
| 1005 | 2-277 | Bookspan Figure 2 |
| 1006 | 2-277 | Brigham Table One |
| 1007 | 2-277 | Brigham Table Two |
| 1008 | 2-277 | Brigham Table Three |
| 1009 | 2-277 | Brigham Table Four |
| 1010 | 2-277 | Brigham Table Five |
| 1011 | 2-277 | Brigham Table Six |
| 1012 | 2-277 | Brigham Table Seven |
| 1013 | 2-277 | Brigham Figure Three (One) |
| 1014 | 2-277 | Brigham Figure Two |
| 1015 | 2-277 | Brigham Table Eight |
| 1016 | 2-277 | Brigham Figure Three |
| 1017 | 2-277 | Brigham Appendix One |
| 1018 | 2-277 | Kittrell Initial Report Image of 1,200 and 2,400 Barrel Agitators ca. 1016 |
| 1019 | 2-277 | Kittrell Initial Report Figure 1 |
| 1020 | 2-277 | Kittrell Initial Report Figure 2 |
| 1021 | 2-277 | Kittrell Initial Report Figure 3 |
| 1022 | 2-277 | Kittrell Initial Report Figure 4 |
| 1023 | 2-277 | Kittrell Initial Report Figure 5 |
| 1024 | 2-277 | Kittrell Initial Report Table 1 |
| 1025 | 2-277 | Kittrell Initial Report Table 2 |
| 1026 | 2-277 | Kittrell Initial Report Table 3 |

| DX | Page | Description |
|---|---|---|
| 1027 | 2-277 | Kittrell Initial Report Table 4 |
| 1028 | 2-277 | Kittrell Initial Report Table 5 |
| 1029 | 2-277 | Kittrell Initial Report Table 6 |
| 1030 | 2-277 | Kittrell Initial Report Table 7 |
| 1031 | 2-277 | Kittrell Initial Report Table 8 |
| 1032 | 2-277 | Kittrell Initial Report Table 9 |
| 1033 | 2-277 | Kittrell Initial Report Table 10 |
| 1034 | 2-277 | Kittrell Initial Report Table 11 |
| 1035 | 2-277 | Kittrell Rebuttal Report Figure 1 |
| 1036 | 2-277 | Kittrell Rebuttal Report Figure 2 |
| 1037 | 2-277 | Kittrell Rebuttal Report Figure 3 |
| 1038 | 2-277 | Kittrell Rebuttal Report Table 1 |
| 1039 | 2-277 | Kittrell Rebuttal Report Figure 4 |
| 1040 | 2-277 | Kittrell Rebuttal Report Table 2 |
| 1041 | 2-277 | Kittrell Rebuttal Report Table 3 |
| 1042 | 2-277 | Kittrell Rebuttal Report Table 4 |
| 1043 | 2-277 | Medine Figure 1 |
| 1044 | 2-277 | Medine Figure 2 |
| 1045 | 2-277 | Medine Figure 3 |
| 1046 | 2-277 | Medine Figure 4 |
| 1047 | 2-277 | Medine Figure 5 |
| 1048 | 2-277 | Medine Table 1 |
| 1049 | 2-277 | Medine Table 2 |
| 1050 | 2-277 | Medine Table 3 |
| 1051 | 2-277 | Medine Table 4 |
| 1052 | 2-277 | Medine Table 5 |
| 1053 | 3-499 | Kittrell Witness Testimony |
| 1054 | 3-499 | Brigham Witness Testimony |
| 1055 | 3-499 | Bookspan Witness Testimony |
| 1056 | 3-499 | Medine Witness Testimony |