## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHELL OIL COMPANY, ATLANTIC RICHFIELD COMPANY, TEXACO INC., and UNION OIL COMPANY OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Consol. Ct. No. 06-141C<br>(Judge Braden) |

### DEFENDANT'S RESPONSE TO THE COURT'S EMAIL OF AUGUST 24, 2016

Defendant, the United States, respectfully responds to the Court's email of August 24, 2016. In its email, the Court directed the parties to address a question regarding the location of Shell Oil Co.'s Wilmington refinery. Shell's Wilmington refinery is located in the Wilmington neighborhood of Los Angeles, California. *See*, *e.g*., DX86 at 1 (1948 Los Angeles County Engineer memorandum regarding Shell's request to dump liquid waste from its Wilmington refinery into the Los Angeles County sewer system after previously dumping its liquid waste into the Dominguez Channel, a waterway that runs through Los Angeles, California).

                                              Respectfully Submitted,

                                              BENJAMIN C. MIZER
                                              Principal Deputy Assistant Attorney General

                                              ROBERT E. KIRSCHMAN
                                              Director

                                              /s/ FRANKLIN E. WHITE, JR.
                                              Assistant Director

/s/  STEPHEN C. TOSINI
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-5196
stephen.tosini@usdoj.gov

August 24, 2016                              Counsel for Defendant

## **CERTIFICATE OF FILING**

I hereby certify that on the 24th day of August 2016, a copy of the foregoing "DEFENDANT'S RESPONSE TO THE COURT'S EMAIL OF AUGUST 24, 2016" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Stephen C. Tosini