## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SHELL OIL COMPANY,<br>ATLANTIC RICHFIELD COMPANY,<br>TEXACO INC.,<br>AND UNION OIL COMPANY OF CALIFORNIA<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:06-cv-00141-SGB<br>Hon. Susan G. Braden |

### PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

Plaintiffs respectfully move for leave to supplement the record to include in evidence a complete copy of the 1993 EPA Record of Decision that includes all of the figures and tables, PX 517A (copy attached), as requested by the court. Both Plaintiffs and the Government introduced into evidence the text of this document, *see* PX 517, DX 208, DX 250, but none of those versions included the figures and tables.

October 18, 2016

*Of counsel*:
Vincent J. Colatriano

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Respectfully submitted,

s/ Michael W. Kirk
Michael W. Kirk
*Counsel of Record*

COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
mkirk@cooperkirk.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October 2016, I caused to be served by the Court's electronic filing system a copy of the foregoing on the following counsel:

>Stephen C. Tosini, Esq.
>U.S. Department of Justice
>Commercial Litigation Branch
>Civil Division
>1100 L Street, N.W.
>Room 12006
>Attn: Classification Unit—8th Floor
>Washington, DC 20530

/s/ Michael W. Kirk
Michael W. Kirk