# In the United States Court of Federal Claims

Consl. Ct. No. 06-141 C
Filed: October 18, 2016

*****************************************
\*
\*
SHELL OIL COMPANY, ATLANTIC          \*
RICHFIELD COMPANY, TEXACO INC., and  \*
UNION OIL COMPANY OF CALIFORNIA,     \*
\*
    Plaintiffs,                      \*
\*
v.                                   \*
\*
THE UNITED STATES,                   \*
\*
    Defendant.                       \*
\*
\*
*****************************************

**ORDER**

On October 14, 2016, the court requested that the parties supplement the record to include in evidence the complete copy of the 1993 EPA Record Of Decision (ROD) that included all tables and figures. Both Plaintiffs and the Government had introduced into evidence the text of the 1993 ROD, *see* PX 517, DX 208, DX 250, but none of those versions included the figures and tables.

On October 18, 2016 Plaintiffs filed a Motion To Supplement The Record to include a complete copy of the 1993 ROD that included all of the figures and tables, attaching the document to the motion and marking it as PX 517A. Plaintiffs' motion is **granted** and the attached complete 1993 ROD, PX 517A, is deemed filed.

**IT IS SO ORDERED.**

                                               s/ Susan G. Braden
                                               **SUSAN G. BRADEN**
                                               **Judge**