# In the United States Court of Federal Claims

Consl. Ct. No. 06-141 C
Filed: November 2, 2016

```
*****************************************
                                         *
                                         *
                                         *
SHELL OIL COMPANY, ATLANTIC              *
RICHFIELD COMPANY, TEXACO INC., and      *
UNION OIL COMPANY OF CALIFORNIA,         *
                                         *
      Plaintiffs,                        *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
      Defendant.                         *
                                         *
                                         *
                                         *
*****************************************
```

## SCHEDULING ORDER

The court will hold oral argument in this case at 10:00 am EST on Monday, November 21, 2016, at the United States Court of Federal Claims.

**IT IS SO ORDERED.**

                                                s/ Susan G. Braden
                                                **SUSAN G. BRADEN**
                                                **Judge**